1

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)

2

STEPHEN J. NEWMAN (State Bar No. 181570)
DEBORAH E. BARACK (State Bar No. 207493)

3

2029 Century Park East
Los Angeles, California  90067-3086

4

Telephone: 310-556-5800
Facsimile: 310-556-5959

5

Email: dbarack@stroock.com, lacalendar@stroock.com

6

Attorneys for Defendant
  TRANSUNION LLC

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13

ERIC ROBERT DREW,                              )   Case No. C-07-0726-SI
                                               )
14

           Plaintiff,                          )   **ANSWER OF DEFENDANT**
                                               )   **TRANSUNION LLC TO COMPLAINT**
15

      vs.                                      )
                                               )
16

EQUIFAX INFORMATION SERVICES, LLC, )
EXPERIAN INFORMATION SOLUTIONS,   )
17

INC. TRANSUNION LLC, NCAC, BANK OF )
AMERICA, FLEET CREDIT CARD        )
18

SERVICE,  AT&T UNIVERSAL CARD     )
SERVICES, CITIGROUP, BANK ONE     )
19

CARDMEMBER SERVICES, FIRST USA    )
BANK, N.A. and DOES 1-100,        )
20

                                               )
           Defendant.                          )
21

_____  )

22

23

24

25

26

27

28

50356192v3

Defendant TransUnion LLC ("TU") hereby answers the Complaint (the "Complaint") dated December 18, 2006, filed by plaintiff Eric Robert Drew ("Plaintiff") as follows:

**PARTIES**

1.      Answering Paragraph 1 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

2.      Answering Paragraph 2 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 2.

3.      Answering Paragraph 3 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 3.

4.      Answering Paragraph 4 of the Complaint, TU admits the allegations contained therein.

5.      Answering Paragraph 5 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 5.

6.      Answering Paragraph 6 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 6.

7.      Answering Paragraph 7 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 7.

8.      Answering Paragraph 8 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 8.

9.      Answering Paragraph 9 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 9.

10.     Answering Paragraph 10 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 10.

11.     Answering Paragraph 11 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 11.

12.     Answering Paragraph 12 of the Complaint, TU denies the allegations contained therein.

13.     Answering Paragraph 13 of the Complaint, TU denies the allegations contained therein.

14.     Answering Paragraph 14 of the Complaint, TU denies the allegations contained therein.

15.     Answering Paragraph 15 of the Complaint, TU denies the allegations contained therein.

16.     Answering Paragraph 16 of the Complaint, TU denies the allegations contained therein.

17.     Answering Paragraph 17 of the Complaint, TU denies the allegations contained therein.

18.     Answering Paragraph 18 of the Complaint, TU denies the allegations contained therein.

19.     Answering Paragraph 19 of the Complaint, TU denies the allegations contained therein.

20.     Answering Paragraph 20 of the Complaint, TU denies the allegations contained therein.

21.     Answering Paragraph 21 of the Complaint, TU denies the allegations contained therein.

22.     Answering Paragraph 22 of the Complaint, TU denies the allegations contained therein.

23.     Answering Paragraph 23 of the Complaint, TU denies the allegations contained therein.

24.     Answering Paragraph 24 of the Complaint, TU denies the allegations contained therein.

25.     Answering Paragraph 25 of the Complaint, TU denies the allegations contained therein.

## GENERAL ALLEGATIONS

26.     Answering Paragraph 26 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

27.     Answering Paragraph 27 of the Complaint, TU admits the allegations contained therein as to TU.    Except as expressly admitted, TU lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 27 and, for that reason denies such allegations.

28.     Answering Paragraph 28 of the Complaint, TU denies the allegations contained therein.

29.     Answering Paragraph 29 of the Complaint, TU denies the allegations contained therein.

30.     Answering Paragraph 30 of the Complaint, TU denies the allegations contained therein.

31.     Answering Paragraph 31 of the Complaint, TU denies the allegations contained therein.

32.     Answering Paragraph 32 of the Complaint, TU denies the allegations contained therein.

ANSWER OF DEFENDANT TRANSUNION LLC TO COMPLAINT; Case No. C-07-0726-SI

33.     Answering Paragraph 33 of the Complaint, TU admits the allegations contained therein.

34.     Answering Paragraph 34 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 34.

35.     Answering Paragraph 35 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 35.

36.     Answering Paragraph 36 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

37.     Answering Paragraph 37 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

38.     Answering Paragraph 38 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

39.     Answering Paragraph 39 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

40.     Answering Paragraph 40 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

41.     Answering Paragraph 41 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

42.     Answering Paragraph 42 of the Complaint, TU denies the allegations contained therein.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

43.     Answering Paragraph 43 of the Complaint, TU denies the allegations contained therein.

44.     Answering Paragraph 44 of the Complaint, TU denies the allegations contained therein.

45.     Answering Paragraph 45 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

46.     Answering Paragraph 46 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

47.     Answering Paragraph 47 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

48.     Answering Paragraph 48 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

49.     Answering Paragraph 49 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

50.     Answering Paragraph 50 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

51.     Answering Paragraph 51 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

52.     Answering Paragraph 52 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

53.     Answering Paragraph 53 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

54.     Answering Paragraph 54 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

55.     Answering Paragraph 55 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

56.     Answering Paragraph 56 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

57.     Answering Paragraph 57 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

58.     Answering Paragraph 58 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

59.     Answering Paragraph 59 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 59.

60.     Answering Paragraph 60 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 60.

61.     Answering Paragraph 61 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 61.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

ANSWER OF DEFENDANT TRANSUNION LLC TO COMPLAINT; Case No. C-07-0726-SI

62.     Answering Paragraph 62 of the Complaint, TU denies the allegations contained therein.

63.     Answering Paragraph 63 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

64.     Answering Paragraph 64 of the Complaint, TU denies the allegations contained therein.

65.     Answering Paragraph 65 of the Complaint, TU denies the allegations contained therein.

66.     Answering Paragraph 66 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

67.     Answering Paragraph 67 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

68.     Answering Paragraph 68 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

69.     Answering Paragraph 69 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

70.     Answering Paragraph 70 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

71.     Answering Paragraph 71 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

ANSWER OF DEFENDANT TRANSUNION LLC TO COMPLAINT; Case No. C-07-0726-SI

72.     Answering Paragraph 72 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

73.     Answering Paragraph 73 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

74.     Answering Paragraph 74 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

75.     Answering Paragraph 75 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

76.     Answering Paragraph 76 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

77.     Answering Paragraph 77 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

78.     Answering Paragraph 78 of the Complaint, TU denies the allegations contained therein.

79.     Answering Paragraph 79 of the Complaint, TU denies the allegations contained therein.

80.     Answering Paragraph 80 of the Complaint, TU denies the allegations contained therein.

81.     Answering Paragraph 81 of the Complaint, TU denies the allegations contained therein.

82.     Answering Paragraph 82 of the Complaint, TU denies the allegations contained therein.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

50356192v3

- 8 -

83.     Answering Paragraph 83 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

84.     Answering Paragraph 84 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

85.     Answering Paragraph 85 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

86.     Answering Paragraph 86 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

87.     Answering Paragraph 87 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

88.     Answering Paragraph 88 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

89.     Answering Paragraph 89 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

90.     Answering Paragraph 90 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

91.     Answering Paragraph 91 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

50356192v3

ANSWER OF DEFENDANT TRANSUNION LLC TO COMPLAINT; Case No. C-07-0726-SI

92. Answering Paragraph 92 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

93. Answering Paragraph 93 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

94. Answering Paragraph 94 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

95. Answering Paragraph 95 of the Complaint, TU denies the allegations contained therein.

96. Answering Paragraph 96 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

97. Answering Paragraph 97 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

98. Answering Paragraph 98 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

99. Answering Paragraph 99 of the Complaint, TU denies the allegations contained therein.

100. Answering Paragraph 100 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

101. Answering Paragraph 101 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

102.    Answering Paragraph 102 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

103.    Answering Paragraph 103 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

104.    Answering Paragraph 104 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

105.    Answering Paragraph 105 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

106.    Answering Paragraph 106 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

107.    Answering Paragraph 107 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

108.    Answering Paragraph 108 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

109.    Answering Paragraph 109 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

110.    Answering Paragraph 110 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

50356192v3

111.    Answering Paragraph 111 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

112.    Answering Paragraph 112 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

113.    Answering Paragraph 113 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

114.    Answering Paragraph 114 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

115.    Answering Paragraph 115 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

116.    Answering Paragraph 116 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

117.    Answering Paragraph 117 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

118.    Answering Paragraph 118 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

119.    Answering Paragraph 119 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

ANSWER OF DEFENDANT TRANSUNION LLC TO COMPLAINT; Case No. C-07-0726-SI

120.    Answering Paragraph 120 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

121.    Answering Paragraph 121 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

122.    Answering Paragraph 122 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

123.    Answering Paragraph 123 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

124.    Answering Paragraph 124 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

125.    Answering Paragraph 125 of the Complaint, TU denies the allegations contained therein.

126.    Answering Paragraph 126 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

127.    Answering Paragraph 127 of the Complaint, TU denies the allegations contained therein.

128.    Answering Paragraph 128 of the Complaint, TU denies the allegations contained therein.

129.    Answering Paragraph 129 of the Complaint, TU denies the allegations contained therein.

130.    Answering Paragraph 130 of the Complaint, TU denies the allegations contained therein.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

50356192v3

- 13 -

131.   Answering Paragraph 131 of the Complaint, TU denies the allegations contained therein.

132.   Answering Paragraph 132 of the Complaint, TU denies the allegations contained therein.

133.   Answering Paragraph 133 of the Complaint, TU denies the allegations contained therein.

134.   Answering Paragraph 134 of the Complaint, TU denies the allegations contained therein.

135.   Answering Paragraph 135 of the Complaint, TU denies the allegations contained therein.

136.   Answering Paragraph 136 of the Complaint, TU denies the allegations contained therein.

## **FIRST CAUSE OF ACTION**

137.   Answering Paragraph 137 of the Complaint, TU incorporates its responses to Paragraphs 1 through 136, supra, as if fully set forth herein.

138.   Answering Paragraph 138 of the Complaint, TU denies the allegations contained therein.

139.   Answering Paragraph 139 of the Complaint, TU denies the allegations contained therein.

140.   Answering Paragraph 140 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

141.   Answering Paragraph 141 of the Complaint, TU denies the allegations contained therein.

142.   Answering Paragraph 142 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

143.    Answering Paragraph 143 of the Complaint, TU denies the allegations contained therein.

144.    Answering Paragraph 144 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

145.    Answering Paragraph 145 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

146.    Answering Paragraph 146 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

147.    Answering Paragraph 147 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

148.    Answering Paragraph 148 of the Complaint, TU denies the allegations contained therein.

149.    Answering Paragraph 149 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

150.    Answering Paragraph 150 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

151.    Answering Paragraph 151 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

152.    Answering Paragraph 152 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

153.    Answering Paragraph 153 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

154.    Answering Paragraph 154 of the Complaint, TU denies the allegations contained therein.

155.    Answering Paragraph 155 of the Complaint, TU denies the allegations contained therein.

156.    Answering Paragraph 156 of the Complaint, TU denies the allegations contained therein.

157.    Answering Paragraph 157 of the Complaint, TU denies the allegations contained therein.

158.    Answering Paragraph 158 of the Complaint, TU denies the allegations contained therein.

159.    Answering Paragraph 159 of the Complaint, TU denies the allegations contained therein.

160.    Answering Paragraph 160 of the Complaint, TU denies the allegations contained therein.

161.    Answering Paragraph 161 of the Complaint, TU admits the allegations contained therein as to TU.  Except as expressly admitted, TU lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 161 and, for that reason denies such allegations.

162.    Answering Paragraph 162 of the Complaint, TU admits the allegations contained therein as to TU.  Except as expressly admitted, TU lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 162 and, for that reason denies such allegations.

163.    Answering Paragraph 163 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

1        164.    Answering Paragraph 164 of the Complaint, TU is without sufficient knowledge or

2  information to form a belief as to the truth of the allegations contained therein and, for that reason,

3  denies such allegations.

4        165.    Answering Paragraph 165 of the Complaint, TU is without sufficient knowledge or

5  information to form a belief as to the truth of the allegations contained therein and, for that reason,

6  denies such allegations.

7        166.    Answering Paragraph 166 of the Complaint, TU denies the allegations contained

8  therein.

9        167.    Answering Paragraph 167 of the Complaint, TU denies the allegations contained

10  therein.

11        168.    Answering Paragraph 168 of the Complaint, TU denies the allegations contained

12  therein.

13        169.    Answering Paragraph 169 of the Complaint, TU denies the allegations contained

14  therein.

15        170.    Answering Paragraph 170 of the Complaint, TU denies the allegations contained

16  therein.

17        171.    Answering Paragraph 171 of the Complaint, TU denies the allegations contained

18  therein.

19        172.    Answering Paragraph 172 of the Complaint, TU denies the allegations contained

20  therein.

21        173.    Answering Paragraph 173 of the Complaint, TU denies the allegations contained

22  therein.

23        174.    Answering Paragraph 174 of the Complaint, TU denies the allegations contained

24  therein.

25        175.    Answering Paragraph 175 of the Complaint, TU denies the allegations contained

26  therein.

27        176.    Answering Paragraph 176 of the Complaint, TU denies the allegations contained

28  therein.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

177.   Answering Paragraph 177 of the Complaint, TU denies the allegations contained therein.

178.   Answering Paragraph 178 of the Complaint, TU denies the allegations contained therein.

179.   Answering Paragraph 179 of the Complaint, TU denies the allegations contained therein.

180.   Answering Paragraph 180 of the Complaint, TU denies the allegations contained therein.

181.   Answering Paragraph 181 of the Complaint, TU denies the allegations contained therein.

182.   Answering Paragraph 182 of the Complaint, TU denies the allegations contained therein.

183.   Answering Paragraph 183 of the Complaint, TU denies the allegations contained therein.

## SECOND CAUSE OF ACTION

184.   Answering Paragraph 184 of the Complaint, TU incorporates its responses to Paragraphs 1 through 183, supra, as if fully set forth herein.

185.   Answering Paragraph 185 of the Complaint, TU denies the allegations contained therein.

186.   Answering Paragraph 186 of the Complaint, TU denies the allegations contained therein.

187.   Answering Paragraph 187 of the Complaint, TU denies the allegations contained therein.

188.   Answering Paragraph 188 of the Complaint, TU denies the allegations contained therein.

189.   Answering Paragraph 189 of the Complaint, TU denies the allegations contained therein.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 18 -

ANSWER OF DEFENDANT TRANSUNION LLC TO COMPLAINT; Case No. C-07-0726-SI

190.    Answering Paragraph 190 of the Complaint, TU denies the allegations contained therein.

191.    Answering Paragraph 191 of the Complaint, TU denies the allegations contained therein.

192.    Answering Paragraph 192 of the Complaint, TU denies the allegations contained therein.

## THIRD CAUSE OF ACTION

193.    Answering Paragraph 193 of the Complaint, TU incorporates its responses to Paragraphs 1 through 192, supra, as if fully set forth herein.

194.    Answering Paragraph 194 of the Complaint, TU denies the allegations contained therein.

195.    Answering Paragraph 195 of the Complaint, TU denies the allegations contained therein.

196.    Answering Paragraph 196 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

197.    Answering Paragraph 197 of the Complaint, TU denies the allegations contained therein.

198.    Answering Paragraph 198 of the Complaint, TU denies the allegations contained therein.

199.    Answering Paragraph 199 of the Complaint, TU denies the allegations contained therein.

200.    Answering Paragraph 200 of the Complaint, TU denies the allegations contained therein.

## FOURTH CAUSE OF ACTION

201.    Answering Paragraph 201 of the Complaint, TU incorporates its responses to Paragraphs 1 through 200, supra, as if fully set forth herein.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

202.    Answering Paragraph 202 of the Complaint, TU denies the allegations contained therein.

203.    Answering Paragraph 203 of the Complaint, TU denies the allegations contained therein.

204.    Answering Paragraph 204 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

205.    Answering Paragraph 205 of the Complaint, TU denies the allegations contained therein.

206.    Answering Paragraph 206 of the Complaint, TU denies the allegations contained therein.

207.    Answering Paragraph 207 of the Complaint, TU denies the allegations contained therein.

208.    Answering Paragraph 208 of the Complaint, TU denies the allegations contained therein.

209.    Answering Paragraph 209 of the Complaint, TU denies the allegations contained therein.

## FIFTH CAUSE OF ACTION

210.    Answering Paragraph 210 of the Complaint, TU incorporates its responses to Paragraphs 1 through 209, supra, as if fully set forth herein.

211.    Answering Paragraph 211 of the Complaint, TU denies the allegations contained therein.

212.    Answering Paragraph 212 of the Complaint, TU denies the allegations contained therein.

213.    Answering Paragraph 213 of the Complaint, TU denies the allegations contained therein.

50356192v3

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

214.    Answering Paragraph 214 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

215.    Answering Paragraph 215 of the Complaint, TU denies the allegations contained therein.

216.    Answering Paragraph 216 of the Complaint, TU denies the allegations contained therein.

217.    Answering Paragraph 217 of the Complaint, TU denies the allegations contained therein.

218.    Answering Paragraph 218 of the Complaint, TU denies the allegations contained therein.

## SIXTH CAUSE OF ACTION

219.    Answering Paragraph 219 of the Complaint, TU incorporates its responses to Paragraphs 1 through 218, supra, as if fully set forth herein.

220.    Answering Paragraph 220 of the Complaint, TU denies the allegations contained therein.

221.    Answering Paragraph 221 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

222.    Answering Paragraph 222 of the Complaint, TU denies the allegations contained therein.

223.    Answering Paragraph 223 of the Complaint, TU denies the allegations contained therein.

224.    Answering Paragraph 224 of the Complaint, TU denies the allegations contained therein.

225.    Answering Paragraph 225 of the Complaint, TU denies the allegations contained therein.

50356192v3

ANSWER OF DEFENDANT TRANSUNION LLC TO COMPLAINT; Case No. C-07-0726-SI

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

226.    Answering Paragraph 226 of the Complaint, TU denies the allegations contained therein.

227.    Answering Paragraph 227 of the Complaint, TU denies the allegations contained therein.

228.    Answering Paragraph 228 of the Complaint, TU denies the allegations contained therein.

229.    Answering Paragraph 229 of the Complaint, TU denies the allegations contained therein.

230.    Answering Paragraph 230 of the Complaint, TU denies the allegations contained therein.

## SEVENTH CAUSE OF ACTION

231.    Answering Paragraph 231 of the Complaint, TU incorporates its responses to Paragraphs 1 through 230, supra, as if fully set forth herein.

232.    Answering Paragraph 232 of the Complaint, TU denies the allegations contained therein.

233.    Answering Paragraph 233 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

234.    Answering Paragraph 234 of the Complaint, TU denies the allegations contained therein.

235.    Answering Paragraph 235 of the Complaint, TU denies the allegations contained therein.

236.    Answering Paragraph 236 of the Complaint, TU denies the allegations contained therein.

237.    Answering Paragraph 237 of the Complaint, TU denies the allegations contained therein.

238.    Answering Paragraph 238 of the Complaint, TU denies the allegations contained therein.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

239.     Answering Paragraph 239 of the Complaint, TU denies the allegations contained therein.

240.     Answering Paragraph 240 of the Complaint, TU denies the allegations contained therein.

**EIGHTH CAUSE OF ACTION**

241.     Answering Paragraph 241 of the Complaint, TU incorporates its responses to Paragraphs 1 through 240, supra, as if fully set forth herein.

242.     Answering Paragraph 242 of the Complaint, TU denies the allegations contained therein.

243.     Answering Paragraph 243 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

244.     Answering Paragraph 244 of the Complaint, TU denies the allegations contained therein.

245.     Answering Paragraph 245 of the Complaint, TU denies the allegations contained therein.

**NINTH CAUSE OF ACTION**

246.     Answering Paragraph 246 of the Complaint, TU incorporates its responses to Paragraphs 1 through 245, supra, as if fully set forth herein.

247.     Answering Paragraph 247 of the Complaint, TU denies the allegations contained therein.

248.     Answering Paragraph 248 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

249.     Answering Paragraph 249 of the Complaint, TU denies the allegations contained therein.

250.     Answering Paragraph 250 of the Complaint, TU denies the allegations contained therein.

ANSWER OF DEFENDANT TRANSUNION LLC TO COMPLAINT; Case No. C-07-0726-SI

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

251.    Answering Paragraph 251 of the Complaint, TU denies the allegations contained therein.

## TENTH CAUSE OF ACTION

252.    Answering Paragraph 252 of the Complaint, TU incorporates its responses to Paragraphs 1 through 251, supra, as if fully set forth herein.

253.    Answering Paragraph 253 of the Complaint, TU denies the allegations contained therein.

254.    Answering Paragraph 254 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

255.    Answering Paragraph 255 of the Complaint, TU denies the allegations contained therein.

256.    Answering Paragraph 256 of the Complaint, TU denies the allegations contained therein.

257.    Answering Paragraph 257 of the Complaint, TU denies the allegations contained therein.

258.    Answering Paragraph 258 of the Complaint, TU denies the allegations contained therein.

## ELEVENTH CAUSE OF ACTION

259.    Answering Paragraph 259 of the Complaint, TU incorporates its responses to Paragraphs 1 through 258, supra, as if fully set forth herein.

260.    Answering Paragraph 260 of the Complaint, TU denies the allegations contained therein.

261.    Answering Paragraph 261 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

262.    Answering Paragraph 262 of the Complaint, TU denies the allegations contained therein.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

50356192v3

- 24 -

263.    Answering Paragraph 263 of the Complaint, TU denies the allegations contained therein.

264.    Answering Paragraph 264 of the Complaint, TU denies the allegations contained therein.

265.    Answering Paragraph 265 of the Complaint, TU denies the allegations contained therein.

## TWELFTH CAUSE OF ACTION

266.    Answering Paragraph 266 of the Complaint, TU incorporates its responses to Paragraphs 1 through 265, supra, as if fully set forth herein.

267.    Answering Paragraph 267 of the Complaint, TU denies the allegations contained therein.

268.    Answering Paragraph 268 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

269.    Answering Paragraph 269 of the Complaint, TU denies the allegations contained therein.

270.    Answering Paragraph 270 of the Complaint, TU denies the allegations contained therein.

271.    Answering Paragraph 271 of the Complaint, TU denies the allegations contained therein.

272.    Answering Paragraph 272 of the Complaint, TU denies the allegations contained therein.

273.    Answering Paragraph 273 of the Complaint, TU denies the allegations contained therein.

## THIRTEENTH CAUSE OF ACTION

274.    Answering Paragraph 274 of the Complaint, TU incorporates its responses to Paragraphs 1 through 273, supra, as if fully set forth herein.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

275.    Answering Paragraph 275 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 275.

276.    Answering Paragraph 276 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 276.

277.    Answering Paragraph 277 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 277.

278.    Answering Paragraph 278 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 278.

279.    Answering Paragraph 279 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 279.

280.    Answering Paragraph 280 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 280.

281.    Answering Paragraph 281 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 281.

282.    Answering Paragraph 282 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 282.

283.    Answering Paragraph 283 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 283.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

ANSWER OF DEFENDANT TRANSUNION LLC TO COMPLAINT; Case No. C-07-0726-SI

284.     Answering Paragraph 284 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 284.

285.     Answering Paragraph 285 of the Complaint, TU alleges that the allegations contained in this paragraph are not directed to TU.  Accordingly, TU neither admits nor denies the allegations contained in Paragraph 285.

## FOURTEENTH CAUSE OF ACTION

286.     Answering Paragraph 286 of the Complaint, TU incorporates its responses to Paragraphs 1 through 285, supra, as if fully set forth herein.

287.     Answering Paragraph 287 of the Complaint, TU denies the allegations contained therein.

288.     Answering Paragraph 288 of the Complaint, TU is without sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and, for that reason, denies such allegations.

289.     Answering Paragraph 289 of the Complaint, TU denies the allegations contained therein.

290.     Answering Paragraph 290 of the Complaint, TU denies the allegations contained therein.

291.     Answering Paragraph 291 of the Complaint, TU denies the allegations contained therein.

292.     Answering Paragraph 292 of the Complaint, TU denies the allegations contained therein.

293.     Answering Paragraph 293 of the Complaint, TU denies the allegations contained therein.

294.     Answering Paragraph 294 of the Complaint, TU denies the allegations contained therein.

295.     Answering Paragraph 295 of the Complaint, TU denies the allegations contained therein.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067–3086

ANSWER OF DEFENDANT TRANSUNION LLC TO COMPLAINT; Case No. C-07-0726-SI

1    296.    Answering Paragraph 296 of the Complaint, TU denies the allegations contained

2    therein.

3    297.    Answering Paragraph 297 of the Complaint, TU denies the allegations contained

4    therein.

5    298.    Answering Paragraph 298 of the Complaint, TU denies the allegations contained

6    therein.

7    299.    Answering Paragraph 299 of the Complaint, TU denies the allegations contained

8    therein.

9                                    **DAMAGES**

10    300.    Answering Paragraph 300 of the Complaint, TU denies the allegations contained

11    therein.

12                                    **PRAYER**

13    301.    Answering Paragraph 1 of the Prayer, TU denies the allegations contained therein.

14    302.    Answering Paragraph 2 of the Prayer, TU denies the allegations contained therein.

15    303.    Answering Paragraph 3 of the Prayer, TU denies the allegations contained therein.

16    304.    Answering Paragraph 4 of the Prayer, TU denies the allegations contained therein.

17    305.    Answering Paragraph 5 of the Prayer, TU denies the allegations contained therein.

18    306.    Answering Paragraph 6 of the Prayer, TU denies the allegations contained therein.

19    307.    Answering Paragraph 7 of the Prayer, TU denies the allegations contained therein.

20                            **FIRST AFFIRMATIVE DEFENSE**

21                                Failure to State a Claim

22    308.    The Complaint, and each purported claim alleged therein, fails to state a claim

23    against TU.

24                          **SECOND AFFIRMATIVE DEFENSE**

25                                    Lack of Standing

26    309.    Plaintiff lacks standing to assert the claims alleged in this action against TU.

27

28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

ANSWER OF DEFENDANT TRANSUNION LLC TO COMPLAINT; Case No. C-07-0726-SI

**THIRD AFFIRMATIVE DEFENSE**

Statute of Limitations

310.    The Complaint, and each purported claim alleged therein, is barred, in whole or in part, by the applicable statutes of limitations, including without limitation 15 U.S.C. § 1681p.

**FOURTH AFFIRMATIVE DEFENSE**

Failure to Mitigate

311.    To the extent that Plaintiff has suffered any damages as a result of the matters alleged in the Complaint, Plaintiff has failed to mitigate those damages and his claims therefore are barred, in whole or in part.

**FIFTH AFFIRMATIVE DEFENSE**

Good Faith/Reasonable Commercial Standards

312.    With respect to the matters alleged in the Complaint, TU at all times acted in good faith and in accordance with reasonable commercial standards, thus precluding Plaintiff from any recovery as against TU.

**SIXTH AFFIRMATIVE DEFENSE**

Estoppel

313.    The Complaint is barred, in whole or in part, by Plaintiff's conduct, actions and inactions that amount to and constitute an estoppel of the claims and any relief sought thereby.

**SEVENTH AFFIRMATIVE DEFENSE**

Waiver

314.    The Complaint, and each purported cause of action alleged therein, is barred by Plaintiff's conduct, actions and inactions which amount to and constitute a waiver of any right or rights Plaintiff may or might have in relation to the matters alleged in the Complaint.

**EIGHTH AFFIRMATIVE DEFENSE**

Unclean Hands

315.    Plaintiff's claims in the Complaint are barred, in whole or in part, by virtue of Plaintiff's conduct, actions or inactions, under the doctrine of unclean hands.

50356192v3

ANSWER OF DEFENDANT TRANSUNION LLC TO COMPLAINT; Case No. C-07-0726-SI

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1

## NINTH AFFIRMATIVE DEFENSE

2

Laches

3      316.    Plaintiff has unreasonably delayed taking action in connection with the alleged

4  claims, causing substantial prejudice to TU, and such claims therefore are barred pursuant to the

5  doctrine of laches.

6

## TENTH AFFIRMATIVE DEFENSE

7

Consent

8      317.    By the Plaintiff's conduct, acts and/or omissions, Plaintiff consented to and

9  acquiesced in TU's alleged conduct.

10

## ELEVENTH AFFIRMATIVE DEFENSE

11

Independent/Intervening Conduct

12      318.    Plaintiff is barred from recovery in that the harm alleged in the Complaint was the

13  direct and proximate result of the independent, intervening, negligent and/or unlawful conduct of

14  independent third parties or their agents, and not any act or omission on the part of TU.

15

## TWELFTH AFFIRMATIVE DEFENSE

16

Contributory Negligence

17      319.    TU alleges that, if Plaintiff sustained any loss as a result of the matters alleged in the

18  Complaint, such loss, if any, was caused and contributed to by Plaintiff's conduct, and such

19  conduct on his part constitutes a bar to any recovery or, in the alternative, recovery, if any, should

20  be reduced in proportion to the extent such conduct was a cause of his loss, if any.

21

## THIRTEENTH AFFIRMATIVE DEFENSE

22

Failure To Follow FCRA Procedure

23      320.    With respect to the matters alleged in the Complaint, TU alleges on information and

24  belief that Plaintiff failed to properly follow the procedures prescribed by the FCRA regarding

25  disputes, and therefore has no private cause of action against TU and is not entitled to any relief

26  whatsoever.

27

28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

ANSWER OF DEFENDANT TRANSUNION LLC TO COMPLAINT; Case No. C-07-0726-SI

1
## FOURTEENTH AFFIRMATIVE DEFENSE

2
Reasonable Investigation

3      321.    With respect to the matters alleged in the Complaint, TU, at all times, acted in

4 accordance with the FCRA, including with respect to timely conducting a reasonable investigation

5 upon notice of any alleged dispute.

6
## FIFTEENTH AFFIRMATIVE DEFENSE

7
Bona Fide Error

8      322.    Plaintiff's claims are barred, in whole or in part, because any alleged wrongful

9 conduct on the part of TU, which is assumed only for the purpose of this affirmative defense, was

10 unintentional and resulted from a bona fide error.

11
## SIXTEENTH AFFIRMATIVE DEFENSE

12
Reasonable Procedures to Assure Maximum Possible Accuracy

13      323.    At all times relevant herein, and without conceding that it has the burden of proof on

14 this issue, TU maintained and followed reasonable procedures to assure maximum possible

15 accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

16 For purposes of this Affirmative Defense, TU does not admit that any information maintained by it

17 was inaccurate.

18
## SEVENTEENTH AFFIRMATIVE DEFENSE

19
Constitutional Limitations on Punitive Damages

20      324.    The claims for punitive damages are barred, in whole or in part, by the Excessive

21 Fines and/or Due Process Clauses of the United States Constitution.

22
## EIGHTEENTH AFFIRMATIVE DEFENSE

23
Attorneys' Fees Not Available

24      325.    Plaintiff is not entitled to the recovery of attorneys' fees by reason of the claims

25 alleged in the Complaint.

26

27

28

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

ANSWER OF DEFENDANT TRANSUNION LLC TO COMPLAINT; Case No. C-07-0726-SI

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

## NINETEENTH AFFIRMATIVE DEFENSE

Ratification

326.   The Complaint, and each purported claim therein, is barred by Plaintiff's conduct, actions and inactions under the doctrine of ratification.

## TWENTIETH AFFIRMATIVE DEFENSE

Reservation of Rights to Assert Additional Affirmative Defenses

327.   TU reserves the right to assert such other and further affirmative defenses as may be appropriate through the course of the litigation.

WHEREFORE, TU prays as follows:

1.   That Plaintiff take nothing by his Complaint;

2.   That the Complaint be dismissed with prejudice;

3.   That TU recover its attorneys' fees and costs herein; and

4.   For such other and further relief as the Court deems just and proper.

Dated:  April 16, 2007

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
DEBORAH E. BARACK

By:   _____/s/_____
                    Deborah E. Barack

Attorneys for Defendant
   TRANSUNION LLC

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA )
                                ) ss

3

COUNTY OF LOS )
ANGELES

4

5

       I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

6

7

       On April 16, 2007, I served the foregoing document(s) described as: **ANSWER OF**

8

**DEFENDANT TRANSUNION LLC TO COMPLAINT** on the interested parties in this action by providing a true copy thereof to the email address as follows:

9

10

           John B. Keating         jbkeating@aol.com
           George G. Weickhardt    gweickhardt@ropers.com

11

12

13

☐     **(VIA PERSONAL SERVICE)** I caused to be delivered the document(s) listed above to the person(s) at the address(es) set forth above.

14

15

☐     **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

16

17

18

☐     **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

19

☐     **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

20

21

☒     **(VIA ELECTRONIC MAIL DELIVERY)** By causing the above listed document(s) to be delivered to the person(s) at the email address(es) set forth above.

22

23

       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

24

25

       Executed on April 16, 2007, at Los Angeles, California.

26

      Dino Shorté                     /s/ Dino Shorté

27

      [Type or Print Name]               [Signature]

28

50356192v3