Abraham J. Colman (SBN 146933)
Felicia Yu (SBN 193316)
Jordan Yu (SBN 227341)
REED SMITH LLP
355 South Grand Avenue
Los Angeles, CA  90071
Telephone:    213.457.8000
Facsimile:    213.457.8080
Email: acolman@reedsmith.com
       fyu@reedsmith.com
       jsyu@reedsmith.com

Attorneys for Defendant
FIA Card Services, N.A.
(erroneously sued herein as Bank of America
and Fleet Credit Card Services)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>                Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,<br>                Defendants. | No.: C-07-0726-SI<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT FIA CARD SERVICES, N.A. TO RESPOND TO COMPLAINT**<br><br>[N.D. Cal. Local Rule 6-1] |

1  Pursuant to Local Rule 6-1, Plaintiff Eric Robert Drew ("Plaintiff") and Defendant FIA Card Services, N.A. ("FIA"), erroneously sued herein as Bank of America and Fleet Credit Card Service, by and through their respective attorneys of record, hereby stipulate that the time for FIA to respond to Plaintiff's Complaint is extended until May 14, 2007.  Plaintiff and FIA further stipulate that if Plaintiff files an Amended Complaint prior to May 14, 2007, FIA shall have twenty days from the filing of the Amended Complaint, or May 14, 2007, whichever is later, to respond to the Amended Complaint.

DATED: April 19, 2007.

REED SMITH LLP

By_____
Jordan Yu
Attorneys for Defendant
FIA Card Services, N.A.

DATED: April __, 2007.

By_____
John B. Keating
Attorney for Plaintiff
Eric Robert Drew

|   |   |
|---|---|
| 1 | Pursuant to Local Rule 6-1, Plaintiff Eric Robert Drew ("Plaintiff") and Defendant FIA Card Services, N.A. ("FIA"), erroneously sued herein as Bank of America and Fleet Credit Card Service, by and through their respective attorneys of record, hereby stipulate that the time for FIA to respond to Plaintiff's Complaint is extended until May 14, 2007. Plaintiff and FIA further stipulate that if Plaintiff files an Amended Complaint prior to May 14, 2007, FIA shall have twenty days from the filing of the Amended Complaint, or May 14, 2007, whichever is later, to respond to the Amended Complaint. |

DATED: April __, 2007.

REED SMITH LLP

By_____
Jordan Yu
Attorneys for Defendant
FIA Card Services, N.A.

DATED: April 18, 2007.

By_____
John B. Keating
Attorney for Plaintiff
Eric Robert Drew

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

No.: C-07-0726-SI — 2 —
STIPULATION

DDCSLA-15585393.1

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 S. Grand Avenue, Suite 2900, Los Angeles, CA 90017.

On April 19, 2007, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet, as listed below.

*STIPULATION TO EXTEND TIME FOR DEFENDANT FIA CARD SERVICES, N.A. TO RESPOND TO COMPLAINT*

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 19, 2007, at Los Angeles, California.

_____/s/_____
Griselda Munoz

\

# SERVICE LIST

| | |
|---|---|
| John Bradford Keating, Esq.<br>2995 Woodside Road, Suite 350<br>Woodside, CA 94062<br>Tel: (650) 851-5900<br>Fax: (650) 851-5912<br>jbkeating@aol.com | Attorney for Plaintiff *Eric Robert Drew* |
| Deborah Barack, Esq.<br>Stroock, Stroock & Lavan LLP<br>2029 Century Park East, Suite 1800<br>Los Angeles, CA 90067<br>Tel: (310) 556-5908<br>dbarack@stroock.com | Attorneys for Defendant *Transunion LLC* |
| Thomas P. Quinn, Esq.<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>Tel: (949) 376-3066<br>Fax: (949) 376-3070<br>yhoman@nokesquinn.com | Attorneys for Defendant *Equifax Information Services, LLC* |
| George G. Weickhardt, Esq.<br>Ropers Majeski Kohn & Bentley<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105<br>Tel: (415) 543-4800<br>Fax: (415) 972-6301<br>gweickhardt@ropers.com | Attorneys for Defendant *Bank One Cardmember Services* |
| Pamela J. Zanger<br>Ropers Majeski Kohn & Bentley<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105<br>Tel: (415) 543-4800<br>Fax: (415) 972-6301<br>pzanger@ropers.com | Attorneys for Defendant *Bank One Cardmember Services* |