UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>        Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,<br><br>        Defendants. | CASE NO.  C07 0726 SI<br><br>**STIPULATION BY ALL PARTIES RE: ADR; PROPOSED ORDER** |

///

///

///

///

///

///

///

ALL PARTIES HERETO, through their counsel, indicated below, hereby stipulate to an early settlement conference with a Magistrate Judge. The parties further request an ADR phone conference.

Dated: May 24, 2007

| LAW OFFICE OF JOHN B. KEATING | ROPERS, MAJESKI, KOHN & BENTLEY P.C. |
|---|---|
| By: /s/ <br> John B. Keating, Esq. <br> Attorney for Plaintiff ERIC ROBERT DREW | By: /s/ <br> George G. Weickhardt <br> Pamela J. Zanger <br> Attorneys for Defendant <br> CHASE BANK USA, N.A., for itself and as successor-in-interest to FIRST USA BANK, N.A. and BANK ONE CARDMEMBER SERVICES |
| JONES DAY | REED SMITH LLP |
| By: /s/ <br> Brian Petirs <br> Attorneys for EXPERIAN INFORMATION SOLUTIONS, INC. | By: /s/ <br> Jordan S. Yu <br> Felicia Yu <br> Attorneys for FIA CARD SERVICES, N.A. |
| NOKES & QUINN | STROOCK & STROOCK & LAVAN LLP |
| By: /s/ <br> Thomas P. Quinn <br> Co-Counsel for EQUIFAX INFORMATION SERVICES LLC | By: /s/ <br> Deborah E. Barack <br> Attorneys for TRANS UNION LLC |
| KING & SPALDING LLP | STROOCK & STROOCK & LAVAN LLP |
| By: /s/ <br> Andrew H. Valli <br> Co-Counsel for EQUIFAX INFORMATION SERVICES LLC | By: /s/ <br> Andrew W. Moritz <br> Attorneys for CITIBANK (SOUTH DAKOTA), N.A. |

///

///

///

1  ///

2  **PROPOSED ORDER**

3  Pursuant to the stipulation of the parties, the above-entitled matter is ordered to be referred
4  to an early settlement conference with a U.S. Magistrate Judge.

5  Dated: _____

        _____
7       HON. SUSAN ILLSTON
        U.S DISTRICT JUDGE
8       NORTHERN DISTRICT OF CALIFORNIA