IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC R DREW, | No. C 07-00726 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| EQUIFAX INFORMATION SERVICES, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 7, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 29, 2008.

DESIGNATION OF EXPERTS: 4/1/08; REBUTTAL: 4/30/08.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 6, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by June 6, 2008;

    Opp. Due June 20, 2008;  Reply Due June 28, 2008;

    and set for hearing no later than July 11, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 23, 2008 at 3:30 PM.

JURY TRIAL DATE: October 6, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be unassigned from Magistrate-Judge James and reassigned to any magistrate that can schedule a settlement conference to occur in August 2007.
The motions previously scheduled to occur on June 29, 2007 have been continued to Friday, July 13, 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                             _____
                                                                                    SUSAN ILLSTON
                                                                                    United States District Judge