Brian P. Petirs (State Bar No. 238864)
bpetirs@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     (650) 687-4125
Facsimile:      (650) 739-3900

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

John B. Keating, Esq. (State Bar No. 148729)
jbkeating@aol.com
2995 Woodside Road; Suite 350
Woodside, CA  94062
Telephone:     (650) 851-5900
Facsimile:      (650) 851-5912

Attorney for Plaintiff
ERIC ROBERT DREW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERIC ROBERT DREW,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION LLC; NCAC; BANK OF AMERICA; FLEET CREDIT CARD SERVICE; AT&T UNIVERSAL CARD SERVICES; CITIGROUP; BANK ONE CARDMEMBER SERVICES; FIRST USA BANK, N.A.; and DOES 1-100,**<br><br>    **Defendants.** | **Case No. C07 0726 SI**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT NCAC** |

Plaintiff Eric Robert Drew and Defendant Experian Information Solutions, Inc. ("Experian") hereby stipulate and agree as follows:

1. Defendant Experian represents that Defendant NCAC is not a distinct corporate entity but an internal division of Experian.

2. All allegations directed towards Defendant NCAC in Plaintiff's First Amended Complaint shall now be deemed directed towards Defendant Experian.

3. Based on the above representation by Defendant Experian, the above-captioned action is hereby dismissed without prejudice as to Defendant NCAC under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

**SO STIPULATED,**

Dated: May 31, 2007

By: /s/
John B. Keating, Esq.

Attorney for Plaintiff
ERIC ROBERT DREW

Dated: May 31, 2007          JONES DAY

By: /s/ Brian Petirs

Brian P. Petirs

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**IT IS SO ORDERED** this _____ day of May, 2007.

_____
The Honorable Susan Illston
United States District Court