```
 1 │ STROOCK & STROOCK & LAVAN LLP
   │ ANDREW W. MORITZ (State Bar No. 191889)
 2 │ A.R. KACHADOORIAN (State Bar No. 240601)
   │ 2029 Century Park East, Suite 1800
 3 │ Los Angeles, California  90067-3086
   │ Telephone: 310-556-5800
 4 │ Facsimile: 310-556-5959
   │ Email: amoritz@stroock.com, lacalendar@stroock.com
 5 │
   │ Attorneys for Defendants
 6 │   CITIBANK (SOUTH DAKOTA), N.A.,
   │   erroneously sued as AT&T UNIVERSAL CARD
 7 │   SERVICES, and CITIGROUP INC.
 8 │
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,<br><br>    Defendants. | Case No. C-07-0726-SI<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE FOR DEFENDANTS CITIBANK (SOUTH DAKOTA), N.A., ERRONEOUSLY SUED AS AT&T UNIVERSAL CARD SERVICES, AND CITIGROUP INC. TO RESPOND TO FIRST AMENDED COMPLAINT** |

50360694V1

1   WHEREAS, plaintiff Eric Robert Drew ("Plaintiff") initially filed the action entitled <u>Eric Robert Drew v. Equifax Information Services, LLC, et al.</u>, San Francisco County Superior Court Case No. CG06-458844 (the "State Court Action") on or about December 18, 2006;

WHEREAS, the State Court Action was removed to this Court on February 5, 2007;

WHEREAS, Plaintiff has served defendants Citibank (South Dakota), N.A., erroneously sued as AT&T Universal Card Services, and Citigroup Inc. (together the "Citi Defendants") with the Summons and Complaint filed in the State Court Action;

WHEREAS, on May 4, 2007, Plaintiff filed a First Amended Complaint in the instant action;

WHEREAS, counsel for the Citi Defendants has agreed to accept service of the First Amended Complaint by obtaining a copy of the First Amended Complaint from this Court's PACER website;

WHEREAS, the Citi Defendants have consented to the removal of the State Court Action; and

WHEREAS, in order to avoid any confusion with respect to service and response deadlines, Plaintiff and the Citi Defendants, through their respective counsel of record, have stipulated to a date certain -- June 11, 2007 -- for the Citi Defendants to file a response to the First Amended Complaint.

/ / /
/ / /
/ / /

THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and the Citi Defendants, through their respective counsel of record, that the deadline for the Citi Defendants to file a response to the First Amended Complaint shall be June 11, 2007.

Dated: May 29, 2007

STROOCK & STROOCK & LAVAN LLP
ANDREW W. MORITZ
A.R. KACHADOORIAN

By: /s/ Andrew W. Moritz
Andrew W. Moritz

Attorneys for Defendants
CITIBANK (SOUTH DAKOTA), N.A., erroneously sued as AT&T UNIVERSAL CARDSERVICES, and CITIGROUP INC.

Dated: May 29, 2007

JOHN B. KEATING

By: /s/ John B. Keating
JOHN B. KEATING

Attorney for Plaintiff
ERIC ROBERT DREW.

## ORDER

IT IS HEREBY ORDERED that, pursuant to the Stipulation between the parties, the date for defendants Citibank (South Dakota), N.A., erroneously sued as AT&T Universal Card Services, and Citigroup Inc. to respond to the First Amended Complaint in this action shall be set for June 11, 2007.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Susan Ilston
United States District Judge