1  John B. Keating (SBN148729)
   2995 Woodside Road, Suite 350
2  Post Office Box 620622
   Woodside, California 94062
3  Telephone: (650) 851-5900
   Facsimile: (650) 851-5912
4  E-mail: jbkeating@aol.com

5  Attorney for Plaintiff,
   ERIC ROBERT DREW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW, ) | **Case No.: CV 07-00726 SI** |
| Plaintiff, ) | **NOTICE OF VOLUNTARY DISMISSAL OF EIGHTH, NINTH AND TENTH CAUSES OF ACTION AND VOLUNTARY DISMISSAL OF SEVENTH CAUSE OF ACTION AS AGAINST DEFENDANTS CITIBANK AND FIA/BANK OF AMERICA** ; ORDER |
| v. ) | |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A., and DOES 1-100, ) | |
| and FIA CARD SERVICES, N.A. [Previously Doe 1], CITIBANK (SOUTH DAKOTA) N.A. [Previously Doe 2], CHASE BANK USA, N.A. [Previously Doe 3] ) | Judge: Honorable Susan Illston |
| | Trial: October 6, 2008 |
| Defendants. ) | |

---

Drew v. Equifax, et al.
USDC, N.D. Calif No. CV 07-00726 SI

**VOLUNTARY DISMISSAL OF EIGHTH, NINTH AND TENTH CAUSES OF ACTION AND SEVENTH CAUSE OF ACTION AS AGAINST DEFENDANTS CITIBANK AND FIA/BANK OF AMERICA**                    Page i

Notice is hereby given that pursuant to Federal Rules of Civil Procedure, Rule 41, Eric Drew, Plaintiff in the above case, hereby voluntarily dismisses the EIGHTH, NINTH AND TENTH CAUSES OF ACTION of the above captioned action without prejudice and voluntarily dismisses the SEVENTH CAUSE OF ACTION of the above captioned action without prejudice as to Defendants CITIBANK AND FIA/BANK OF AMERICA.

Dated: June 22, 2007

_____/s/_____
John B. Keating,
Attorney for Plaintiff Eric Robert Drew

**ORDER**

Therefore, **IT IS HEREBY ORDERED**, that

The above voluntary dismissal of the EIGHTH, NINTH AND TENTH CAUSES OF ACTION of the above captioned action without prejudice as to all Defendants and voluntary dismissal of the SEVENTH CAUSE OF ACTION of the above captioned action without prejudice as to Defendants CITIBANK AND FIA/BANK OF AMERICA **is APPROVED**.

Dated: ____6/25____, 2007

The Hon.
United S[tates]

*[APPROVED stamp with signature of Judge Susan Illston, Seal of United States District Court Northern District of California]*

| Drew v. Equifax, et al.<br>USDC, N.D. Calif No. CV 07-00726 SI | **VOLUNTARY DISMISSAL OF EIGHTH, NINTH AND TENTH CAUSES OF ACTION AND SEVENTH CAUSE OF ACTION AS AGAINST DEFENDANTS CITIBANK AND FIA/BANK OF AMERICA** Page ii |