GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168356)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@ropers.com

Attorneys for Defendant
CHASE BANK USA, N.A., as successor-in-interest to
FIRST USA BANK, N.A. and BANK ONE
CARDMEMBER SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,<br><br>Defendants. | CASE NO. C07 0726 SI<br><br>**STIPULATION AND** [PROPOSED] **ORDER AS TO DEADLINE FOR FILING ANSWER TO FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between counsel for plaintiff and counsel for defendant Chase Bank USA, N.A. ("Chase") that Chase's answer to the First Amended Complaint shall be due on or before August 22, 2007.

///

///

USDC NDCA No. C07 0726 SI
RC1/5002319.1/CB12

- 1 -

STIPULATION AS TO DEADLINE FOR FILING ANSWER TO FIRST AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: August 7, 2007 | Respectfully submitted, |
| 2 | | ROPERS, MAJESKI, KOHN & BENTLEY |
| 4 | | By: _____ |
| 5 | | GEORGE G. WEICKHARDT<br>PAMELA J. ZANGER |
| 6 | | Attorneys for Defendant<br>CHASE BANK USA, N.A., as successor-in-interest to FIRST USA BANK, N.A. and BANK ONE CARDMEMBER SERVICES |
| 8 | Dated: August ___, 2007 | Respectfully submitted, |
| 9 | | LAW OFFICES OF JOHN B. KEATING |
| 12 | | By: _____ |
| 13 | | JOHN B. KEATING<br>Attorney for Plaintiff<br>ERIC ROBERT DREW |

### ORDER

It is hereby ordered that Chase's answer to the First Amended Complaint shall be due on or before August 22, 2007.

**IT IS SO ORDERED.**

Dated: August 8, 2007

_____
HONORABLE SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE

*[Seal: United States District Court, Northern District of California — signed Judge Susan Illston]*

| | |
|---|---|
| Dated: August 7, 2007 | Respectfully submitted,<br><br>ROPERS, MAJESKI, KOHN & BENTLEY<br><br>By: _____<br>GEORGE G. WEICKHARDT<br>PAMELA J. ZANGER<br>Attorneys for Defendant<br>CHASE BANK USA, N.A., as successor-in-interest to FIRST USA BANK, N.A. and BANK ONE CARDMEMBER SERVICES |
| Dated: August 7, 2007 | Respectfully submitted,<br><br>LAW OFFICES OF JOHN B. KEATING<br><br>By: _____<br>JOHN B. KEATING<br>Attorney for Plaintiff<br>ERIC ROBERT DREW |

### ORDER

It is hereby ordered that Chase's answer to the First Amended Complaint shall be due on or before August 22, 2007.

**IT IS SO ORDERED.**

Dated: August ___, 2007

_____
HONORABLE SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco