1  Abraham J. Colman (SBN 146933)
   Felicia Yu (SBN 193316)
2  Jordan Yu (SBN 227341)
   REED SMITH LLP
3  355 South Grand Avenue
   Los Angeles, CA 90071
4  Telephone:   213.457.8000
   Facsimile:    213.457.8080
5  Email: acolman@reedsmith.com
          fyu@reedsmith.com
6         jsyu@reedsmith.com

7  Attorneys for Defendant
   FIA Card Services, N.A.
8  (erroneously sued herein as Bank of America
   and Fleet Credit Card Services)
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>   Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,<br><br>   Defendants. | No.: C-07-0726-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT FIA CARD SERVICES, N.A. TO ANSWER FIRST AMENDED COMPLAINT**<br><br>[N.D. Cal. Local Rule 6-1] |

No.: C-07-0726-SI

STIPULATION

DOCSLA-15601283.1


1  Pursuant to Local Rule 6-1, Plaintiff Eric Robert Drew ("Plaintiff") and Defendant
2  FIA Card Services, N.A. ("FIA"), erroneously sued herein as Bank of America and Fleet Credit Card
3  Service, by and through their respective attorneys of record, hereby stipulate that the time for FIA to
4  answer Plaintiff's Amended Complaint is extended until August 22, 2007. This extension of time to
5  answer the Amended Complaint does not alter the date of any event or any deadline already fixed by
6  Court order.

7

8  DATED: August __, 2007.

9                              REED SMITH LLP
10
11                             By_____
12                                Jordan Yu
                                  Attorneys for Defendant
                                  FIA Card Services, N.A.
13
14  DATED: August __, 2007.

15

16                             By_____
                                  John B. Keating
17                                Attorney for Plaintiff
                                  Eric Robert Drew
18

19

20

21

22

23

24

25

26

27

28

No.: C-07-0726-SI            – 2 –                    DOCSLA-15601283.1
                          STIPULATION

1   Pursuant to Local Rule 6-1, Plaintiff Eric Robert Drew ("Plaintiff") and Defendant
2   FIA Card Services, N.A. ("FIA"), erroneously sued herein as Bank of America and Fleet Credit Card
3   Service, by and through their respective attorneys of record, hereby stipulate that the time for FIA to
4   answer Plaintiff's Amended Complaint is extended until August 22, 2007. This extension of time to
5   answer the Amended Complaint does not alter the date of any event or any deadline already fixed by
6   Court order.

8   DATED: August__, 2007.

9                                       REED SMITH LLP

11                                      By_____
12                                        Jordan Yu
                                          Attorneys for Defendant
                                          FIA Card Services, N.A.

13  DATED: August 8, 2007.

16                                      By_____
                                          John B. Keating
17                                        Attorney for Plaintiff
                                          Eric Robert Drew



IT IS SO ORDERED
Judge Susan Illston
08/09/07

No. C-07-0726-SI    —2.—    DOCSLA-15601283.1
STIPULATION

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 S. Grand Avenue, Suite 2900, Los Angeles, CA 90017.

On August 8, 2007, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet, as listed below.

***STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT FIA CARD SERVICES, N.A. TO ANSWER FIRST AMENDED COMPLAINT***

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 8, 2007, at Los Angeles, California.

*Deborah Levenstein*
Deborah Levenstein

# SERVICE LIST

| | |
|---|---|
| John Bradford Keating, Esq.<br>2995 Woodside Road, Suite 350<br>Woodside, CA 94062<br>Tel: (650) 851-5900<br>Fax: (650) 851-5912<br>jbkeating@aol.com | Attorney for Plaintiff *Eric Robert Drew* |
| Deborah Barack, Esq.<br>Stroock, Stroock & Lavan LLP<br>2029 Century Park East, Suite 1800<br>Los Angeles, CA 90067<br>Tel: (310) 556-5908<br>dbarack@stroock.com | Attorneys for Defendant *Transunion LLC* |
| Thomas P. Quinn, Esq.<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>Tel: (949) 376-3066<br>Fax: (949) 376-3070<br>yhoman@nokesquinn.com | Attorneys for Defendant *Equifax Information Services, LLC* |
| George G. Weickhardt, Esq.<br>Ropers Majeski Kohn & Bentley<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105<br>Tel: (415) 543-4800<br>Fax: (415) 972-6301<br>gweickhardt@ropers.com | Attorneys for Defendant *Bank One Cardmember Services* |
| Pamela J. Zanger<br>Ropers Majeski Kohn & Bentley<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105<br>Tel: (415) 543-4800<br>Fax: (415) 972-6301<br>pzanger@ropers.com | Attorneys for Defendant *Bank One Cardmember Services* |