GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168350)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:  (415) 543-4800
Facsimile:  (415) 972-6301
Email:   gweickhardt@ropers.com

Attorneys for Defendant
CHASE BANK USA, N.A., as successor-in-interest to
FIRST USA BANK, N.A. and BANK ONE
CARDMEMBER SERVICES

**FILED**

AUG 10 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ERIC ROBERT DREW,

　　　　　　Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,

　　　　　　Defendants.

CASE NO. C07 0726 SI

[~~PROPOSED~~] ORDER GRANTING CHASE BANK USA N.A.'S PERMISSION TO APPEAR AT ~~EARLY NEUTRAL EVALUATION~~ Settlement Conference BY TELEPHONE

Good cause having been presented, the Court hereby grants defendant Chase Bank USA, N.A permission to appear at the Early Settlement Conference scheduled in the above matter by telephone.

Dated: 8/10/07

_____
HON. WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE

USDC NDCA No. C07 0726 SI
RC1/5002388.1/RL3

- 1 -

[PROPOSED] ORDER GRANTING CHASE BANK USA N.A.'S PERMISSION TO APPEAR AT EARLY NEUTRAL EVALUATION BY TELEPHONE