STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI (State Bar No. 165996)
MARCOS D. SASSO (State Bar No. 228905)
A.R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: msasso@stroock.com, lacalendar@stroock.com

Attorneys for Defendants
CITIBANK (SOUTH DAKOTA), N.A.,
erroneously sued as AT&T UNIVERSAL CARD
SERVICES, and CITIGROUP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW, | Case No. C-07-0726-SI |
| Plaintiff, | [Assigned to the Honorable Susan Illston] |
| v. | **STIPULATION AND [PROPOSED] ORDER RE DEADLINE FOR DEFENDANTS CITIBANK (SOUTH DAKOTA), N.A. AND CITIGROUP INC. TO FILE ANSWER TO FIRST AMENDED COMPLAINT** |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUCTIONS, INC. TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100, | |
| Defendants. | |

50367515v1

STIPULATION RE DEADLINE TO FILE
ANSWER TO FIRST AMENDED COMPLAINT

Case No. C-07-0726-SI

1  WHEREAS, on July 11, 2007, the Court issued its Order granting in part the Motion of
2  Defendants Citigroup Inc. and Citibank (South Dakota), N.A., erroneously sued as "AT&T
3  Universal Card Services" (together, the "Citi Defendants") to Dismiss the First Amended
4  Complaint filed by Plaintiff Eric R. Drew ("Plaintiff"); and

5  WHEREAS, on July 27, 2007, Plaintiff filed a Notice of Intent not to Amend First
6  Amended Complaint.

7  WHEREAS, the Citi Defendants and Plaintiff, through their counsel of record, have agreed
8  that the Citi Defendants shall file an Answer to the First Amended Complaint on or before August
9  22, 2007; and

10  WHEREAS, the parties do not believe that the requested extension would otherwise affect
11  the schedule for this case.

IT IS HEREBY STIPULATED, by and between Plaintiff and the Citi Defendants, through their respective counsel of record, that the date for the Citi Defendants to file an Answer to the First Amended Complaint shall be August 22, 2007.

IT IS SO STIPULATED.

Dated: August 9, 2007

STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI
MARCOS D. SASSO

By: _____
Marcos D. Sasso

Attorneys for Defendants
    CITIGROUP INC. and
    CITIBANK (SOUTH DAKOTA), N.A.

Dated: August 9, 2007

LAW OFFICES OF JOHN B. KEATING
JOHN B. KEATING

By: _____
John B. Keating

Attorney for Plaintiff
    ERIC R. DREW

## ORDER

It is hereby ordered that the Answer of defendants Citigroup Inc. and Citibank (South Dakota), N.A. to the First Amended Complaint shall be due on or before August 22, 2007.

Dated: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

50367515v1

- 2 -

STIPULATION RE DEADLINE TO FILE
ANSWER TO FIRST AMENDED COMPLAINT
Case No. C-07-0726-SI

08/09/2007 16:08 6506515912
Case 3:07-cv-00726-SI Document 89 Filed 08/14/2007 Page 4 of 4
Case 3:07-cv-00726-SI Document 90 Filed 08/14/2007 Page 4 of 4

1  IT IS HEREBY STIPULATED, by and between Plaintiff and the Citi Defendants, through
2  their respective counsel of record, that the date for the Citi Defendants to file an Answer to the First
3  Amended Complaint shall be August 22, 2007.
4  IT IS SO STIPULATED.

5  Dated: August 9, 2007

STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI
MARCOS D. SASSO

By: _____
Marcos D. Sasso

Attorneys for Defendants
CITIGROUP INC. and
CITIBANK (SOUTH DAKOTA), N.A.

12  Dated: August 9, 2007

LAW OFFICES OF JOHN B. KEATING
JOHN B. KEATING

By: _____
John B. Keating

Attorney for Plaintiff
ERIC R. DREW

## ORDER

It is hereby ordered that the Answer of defendants Citigroup Inc. and Citibank (South Dakota), N.A. to the First Amended Complaint shall be due on or before August 22, 2007.

Dated: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

50367515v1

- 2 -

STIPULATION RE DEADLINE TO FILE
ANSWER TO FIRST AMENDED COMPLAINT
Case No. C-07-0726-SI