1  Abraham J. Colman (SBN 146933)
   Felicia Yu (SBN 193316)
2  Jordan Yu (SBN 227341)
   REED SMITH LLP
3  355 South Grand Avenue
   Los Angeles, CA 90071
4  Telephone:  213.457.8000
   Facsimile:  213.457.8080
5  Email: acolman@reedsmith.com
          fyu@reedsmith.com
6         jsyu@reedsmith.com

7  Attorneys for Defendant
   FIA Card Services, N.A.
8  (erroneously sued herein as Bank of America
   and Fleet Credit Card Services)

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13

14 | ERIC ROBERT DREW,                          | No.: C-07-0726-SI
15 |                Plaintiff,                   | [~~PROPOSED~~] ORDER GRANTING FIA CARD SERVICES, N.A.'S REQUEST TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE
16 |       v.                                   |
17 | EQUIFAX INFORMATION SERVICES, LLC,          | **Settlement Conference:**
   | EXPERIAN INFORMATION SOLUTIONS,             | Date: August 30, 2007
18 | INC., TRANSUNION LLC, NCAC, BANK OF         | Time: 2:00 p.m.
   | AMERICA, FLEET CREDIT CARD SERVICE,         |
19 | AT&T UNIVERSAL CARD SERVICES,               |
   | CITIGROUP, BANK ONE CARDMEMBER              |
20 | SERVICES, FIRST USA BANK, N.A. and          |
   | DOES 1-100,                                 |
21 |                                             |
   |                Defendants.                  |
22

No.: C-07-0726-SI                                                    DOCSLA-15602554.1
                                    ORDER

Having reviewed defendant FIA Card Services, N.A.'s ("FIA") request and good cause appearing,

IT IS HEREBY ORDERED that FIA is excused from personally attending the Settlement Conference. FIA's representative shall be available by telephone for the settlement conference.

DATED: 8/21/07

*[signature: Wayne D. Brazil]*

Honorable Wayne D. Brazil
United Stated Magistrate Judge