1 │ STROOCK & STROOCK & LAVAN LLP
    │ LISA M. SIMONETTI (State Bar No. 165996)
2 │ MARCOS D. SASSO (State Bar No. 228905)
    │ A.R. KACHADOORIAN (State Bar No. 240601)
3 │ 2029 Century Park East, Suite 1800
    │ Los Angeles, California 90067-3086
4 │ Telephone: 310-556-5800
    │ Facsimile: 310-556-5959
5 │ Email: lacalendar@stroock.com

6 │ Attorneys for Defendants
    │ CITIBANK (SOUTH DAKOTA), N.A.,
7 │ erroneously sued as AT&T UNIVERSAL CARD
    │ SERVICES, and CITIGROUP INC.

8 │

9 │                    UNITED STATES DISTRICT COURT

10 │               NORTHERN DISTRICT OF CALIFORNIA

11 │                    SAN FRANCISCO DIVISION

12 │

13 │ ERIC ROBERT DREW,                    )  Case No. C-07-0726-SI
                                          )
14 │          Plaintiff,                  )  [Assigned to the Honorable Wayne D. Brazil]
                                          )
15 │     v.                               )  [PROPOSED] ORDER PERMITTING
                                          )  DEFENDANTS CITIBANK (SOUTH
16 │ EQUIFAX INFORMATION SERVICES, LLC, ) DAKOTA), N.A., ERRONEOUSLY SUED
     │ EXPERIAN INFORMATION SOLUCTIONS, )  AS AT&T UNIVERSAL CARD
17 │ INC. TRANSUNION LLC, NCAC, BANK OF ) SERVICES, AND CITIGROUP INC. TO
     │ AMERICA, FLEET CREDIT CARD         )  APPEAR TELEPHONICALLY AT
18 │ SERVICE, AT&T UNIVERSAL CARD        )  SETTLEMENT CONFERENCE
     │ SERVICES, CITIGROUP, BANK ONE      )
19 │ CARDMEMBER SERVICES, FIRST USA      )  Settlement Conference:
     │ BANK, N.A. and DOES 1-100,         )  Date: August 30, 2007
20 │                                      )  Time: 2:00 p.m.
     │          Defendants.               )  Ctrm: Courtroom 4
21 │                                      )
     │                                    )
22 │

23 │

24 │

25 │

26 │

27 │

28 │

50362049

**[PROPOSED] ORDER**

Having reviewed the August 16, 2007 Letter Request of defendants Citibank (South Dakota), N.A. and Citigroup Inc. (together, "Citibank"), and good cause having been shown,

IT IS HEREBY ORDERED that Citibank is excused from having a representative attend in person the Settlement Conference scheduled in this action for August 30, 2007; a Citibank representative shall appear by telephone for the Settlement Conference.

Dated: 8/21/07

_____
United States Magistrate Judge Wayne D. Brazil

Submitted by:

STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI
MARCOS D. SASSO
A.R. KACHADOORIAN
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

By: _____
    A.R. Kachadoorian

Attorneys for Defendants
CITIBANK (SOUTH DAKOTA), N.A.,
erroneously sued as AT&T UNIVERSAL
CARD SERVICES, and CITIGROUP INC.

50362049

[PROPOSED] ORDER
Case No. C-07-0726-SI