Tracy Strong (State Bar No. 221540)
tstrong@jonesday.com
David L. Wallach (State Bar No. 233432)
dwallach@jonesday.com
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A., and DOES 1-100,<br>and<br>FIA CARD SERVICES, N.A. [Previously Doe 1], CITIBANK (SOUTH DAKOTA) N.A. [Previously Doe 2], CHASE BANK USA, N.A. [Previously Doe 3]<br><br>Defendants. | Case No. C07-00726 SI<br><br>[PROPOSED] ORDER PERMITTING EXPERIAN INFORMATION SOLUTIONS, INC. TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONE |

Upon the request of Defendant Experian Information Solutions, Inc. ("Experian"), and good cause appearing,

**IT IS HEREBY ORDERED** that Experian's request to be excused from personal attendance at the settlement conference is granted on the condition that a personal representative of Experian be available to participate by telephone for the entirety of the conference.

**IT IS SO ORDERED.**

Dated: 8/21/07

_____
The Honorable Wayne D. Brazil
United States Magistrate Judge

SFI-568476v1