FILED

OCT 23 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  Thomas P. Quinn
2  Nokes & Quinn
   450 Ocean Ave.
3  Laguna Beach, CA 92651
4  Telephone: 949-376-3055
   Facsimile: 949-376-3070
5  E-mail: tquinn@nokesquinn.com
   Attorneys for Defendant EQUIFAX INFORMATION
6  SERVICES LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROBERT DREW,                        )<br>                                          )<br>           Plaintiff,                    )<br>                                          )<br>     vs.                                  )<br>                                          )<br> EQUIFAX INFORMATION                       )<br> SERVICES LLC, EXPERIAN                    )<br> INFORMATION SOLUTIONS, INC.               )<br> TRANS UNION LLC, NCAC, BANK               )<br> OF AMERICA, FLEET CREDIT                  )<br> CARD SERVICE, AT&T                        )<br> UNIVERSAL CARD SERVICES,                  )<br> CITIGROUP, BANK ONE                       )<br> CARDMEMBER SERVICES,                      )<br> FIRST USA BANK, N.A. and DOES             )<br> 1-100,                                    )<br>                                          )<br>           Defendants.                    )<br>_____) | Case No. CGC06-458844<br><br>**[PROPOSED] ORDER GRANTING EQUIFAX INFORMATION SERVICES LLC'S REQUEST TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE**<br><br><u>Settlement Conference:</u><br>Date: November 2, 2007<br>1:00 pm |

Having reviewed defendant Equifax Information Services LLC's ("Equifax") request and good cause appearing,

---

Order on Equifax's Request to Appear Telephonically at Settlement Conference Case No. 3:07-cv-00726-SI
9139767.1

IT IS HEREBY ORDERED that Equifax's party representative is excused from personally attending the Settlement Conference. Equifax's party representative shall be available by telephone throughout the Settlement Conference.

DATED: 10/23/07

HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

Order on Equifax's Request to Appear Telephonically at Settlement Conference Case No. 3:07-cv-00726-SI
9139767.1