| | |
|---|---|
| ERIC R DREW, | No. C 07-00726 SI |
| Plaintiff, | **SECOND PRETRIAL PREPARATION ORDER** |
| v. | |
| EQUIFAX INFORMATION SERVICES, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 14, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 29, 2008.

DESIGNATION OF EXPERTS: 4/1/08; REBUTTAL: 4/30/08.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 6, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by June 6, 2008;

Opp. Due June 20, 2008;  Reply Due June 28, 2008;

and set for hearing no later than July 11, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 7, 2008 at 3:30 PM.

JURY TRIAL DATE: October 20, 2008 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
An amended complaint shall be filed by 12/31/07.
Plaintiff indicated that they have settled with Trans Union and the settlement documents shall be filed by 12/31/07.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge