1  STROOCK & STROOCK & LAVAN LLP
   STEPHEN J. NEWMAN (State Bar No. 181570)
2  DEBORAH E. BARACK (State Bar No. 207493)
   2029 Century Park East
3  Los Angeles, California  90067-3086
   Telephone: 310-556-5800
4  Facsimile: 310-556-5959
   Email: dbarack@stroock.com; lacalendar@stroock.com
5
   Attorneys for Defendant
6    TRANSUNION LLC

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  ERIC ROBERT DREW,                  )  Case No. C-07-0726-SI
                                       )
13           Plaintiff,                )
                                       )
14      vs.                            )
                                       )  **STIPULATION AND [PROPOSED]**
15  EQUIFAX INFORMATION                )  **ORDER TO DISMISS ALL**
    SERVICES, LLC, EXPERIAN            )  **CLAIMS AGAINST DEFENDANT**
16  INFORMATION SOLUTIONS, INC.,       )  **TRANSUNION LLC WITH**
    TRANSUNION LLC, NCAC, BANK         )  **PREJUDICE**
17  OF AMERICA, FLEET CREDIT CARD      )
    SERVICE, AT&T UNIVERSAL CARD       )
18  SERVICES, CITIGROUP, BANK ONE      )
    CARDMEMBER SERVICES, FIRST         )
19  USA BANK, N.A., and DOES 1-100,    )
                                       )
20           Defendants.               )
                                       )
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS AGAINST DEFENDANT TRANSUNON
LLC WITH PREJUDICE;                                                   Case No. C-07-0726-SI
LA 51014191v1

1  WHEREAS, plaintiff Eric Robert Drew ("Plaintiff") and defendant TransUnion LLC ("TransUnion") have reached a settlement of the claims against TransUnion in the above-captioned action; and

WHEREAS, the terms of such agreement have been memorialized in a confidential Agreement of Settlement and Release (the "Settlement"); and

WHEREAS, in the event a dispute arises within the three-year period following entry of the Order of Dismissal concerning compliance with the terms of the Settlement, the parties shall submit such dispute to the Honorable Wayne D. Brazil, United States District Court for the Northern District of California, for resolution pursuant to 28 U.S.C. § 636(c); and

WHEREAS, such submission shall be in the form of a Motion to Enforce Settlement and shall not require initiation of a new action.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and TransUnion as follows:

1.  All claims and causes of action alleged against TransUnion in the above-captioned action shall be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);

2.  Plaintiff and TransUnion shall bear their own costs and attorneys' fees in regard to the above-captioned action as to the claims between Plaintiff and TransUnion.

3.  The Court shall retain jurisdiction for three years following this dismissal with prejudice to enforce the Settlement. In the event a dispute arises within this period, the parties shall submit such dispute to United States Magistrate

///
///
///

- 1 -

STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS AGAINST DEFENDANT TRANSUNON LLC WITH PREJUDICE;
Case No. C-07-0726-SI
LA 51014191v1

1  Judge Wayne D. Brazil, for resolution pursuant to 28 U.S.C. § 636(c). Such
2  submission shall be in the form of a Motion to Enforce Settlement and shall not
3  require initiation of a new action. If Judge Brazil is unable or unwilling to hear the
4  dispute, such Motion may be submitted to any United States District Judge assigned
5  to the matter.

6      IT IS SO STIPULATED.

7  Dated: January 7, 2008

    STROOCK & STROOCK & LAVAN LLP
    STEPHEN J. NEWMAN
    DEBORAH E. BARACK

    By: _____
        Stephen J. Newman

    Attorneys for Defendant
    TRANSUNION LLC

Dated: January 9, 2008

    JOHN B. KEATING

    By: _____
        John B. Keating

    Attorneys for Plaintiff
    ERIC ROBERT DREW

*Approved by Eric Robert Drew 1/9/08*

**IT IS SO ORDERED.**

Dated: _____

    _____
    The Honorable Susan Illston
    United States District Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS AGAINST DEFENDANT TRANSUNON LLC WITH PREJUDICE;      Case No. C-07-0726-SI
LA 51014191v1