STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN (State Bar No. 181570)
DEBORAH E. BARACK (State Bar No. 207493)
2029 Century Park East
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: dbarack@stroock.com; lacalendar@stroock.com

Attorneys for Defendant
  TRANSUNION LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A., and DOES 1-100,<br><br>    Defendants. | Case No. C-07-0726-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS AGAINST DEFENDANT TRANSUNION LLC WITH PREJUDICE** |

WHEREAS, plaintiff Eric Robert Drew ("Plaintiff") and defendant TransUnion LLC ("TransUnion") have reached a settlement of the claims against TransUnion in the above-captioned action; and

WHEREAS, the terms of such agreement have been memorialized in a confidential Agreement of Settlement and Release (the "Settlement"); and

WHEREAS, in the event a dispute arises within the three-year period following entry of the Order of Dismissal concerning compliance with the terms of the Settlement, the parties shall submit such dispute to the Honorable Wayne D. Brazil, United States District Court for the Northern District of California, for resolution pursuant to 28 U.S.C. § 636(c); and

WHEREAS, such submission shall be in the form of a Motion to Enforce Settlement and shall not require initiation of a new action.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and TransUnion as follows:

1. All claims and causes of action alleged against TransUnion in the above-captioned action shall be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);

2. Plaintiff and TransUnion shall bear their own costs and attorneys' fees in regard to the above-captioned action as to the claims between Plaintiff and TransUnion.

3. The Court shall retain jurisdiction for three years following this dismissal with prejudice to enforce the Settlement. In the event a dispute arises within this period, the parties shall submit such dispute to United States Magistrate

///

///

///

Judge Wayne D. Brazil, for resolution pursuant to 28 U.S.C. § 636(c). Such submission shall be in the form of a Motion to Enforce Settlement and shall not require initiation of a new action. If Judge Brazil is unable or unwilling to hear the dispute, such Motion may be submitted to any United States District Judge assigned to the matter.

    IT IS SO STIPULATED.

Dated: January 7, 2008

STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN
DEBORAH E. BARACK

By: _/s/ Stephen J. Newman_
    Stephen J. Newman

Attorneys for Defendant
TRANSUNION LLC

Dated: January 9, 2008

JOHN B. KEATING

By: _/s/ John B. Keating_
    John B. Keating

Attorneys for Plaintiff
ERIC ROBERT DREW

Approved by Eric Robert Drew 1/9/08

**IT IS SO ORDERED.**

Dated: _____

_/s/ Susan Illston_
The Honorable Susan Illston
United States District Judge