1  John B. Keating, Esq. (SBN: 148729)
   2995 Woodside Road, Suite 350
2  Post Office Box 620622
   Woodside, California  94062-0622
3  Telephone:  (650) 851-5900
   Facsimile:   (650) 851-5912
4  E-mail: jbkeating@aol.com

5  Attorney for Plaintiff
   ERIC ROBERT DREW

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION
10

11  ERIC ROBERT DREW,                      )   **Case No.: CV 07-00726 SI**
                                           )
12            Plaintiff,                    )   **[PROPOSED] ORDER EXTENDING**
                                           )   **DEADLINE FOR EXPERIAN TO**
13            v.                            )   **MOVE TO COMPEL FURTHER**
                                           )   **INTERROGATORY RESPONSES**
14  EQUIFAX INFORMATION SERVICES LLC,       )   **FROM PLAINTIFF**
    EXPERIAN INFORMATION SOLUTIONS,         )
15  INC., TRANSUNION LLC, NCAC, BANK OF     )
    AMERICA, FLEET CREDIT CARD SERVICE,     )   Trial Date:    October 20, 2008
16  AT&T UNIVERSAL CARD SERVICES,           )   Time:          8:30 a.m.
    CITIGROUP, BANK ONE CARDMEMBER          )   Courtroom:     10, 19th Floor
17  SERVICES, FIRST USA BANK, N.A., and     )
    DOES 1-100,                             )   The Honorable Susan Illston
18  and                                     )
    FIA CARD SERVICES, N.A. [Previously Doe )
19  1], CITIBANK (SOUTH DAKOTA) N.A.        )
    [Previously Doe 2], CHASE BANK USA, N.A.)
20  [Previously Doe 3]                      )
                                           )
21            Defendants.                   )
    _____    )
22

23

24

25

26

27

28
    _____
    Drew v. Equifax, et al.              **[PROPOSED] ORDER EXTENDING DEADLINE**
    USDC, N.D. Calif No. CV 07-00726 SI  **FOR EXPERIAN TO MOVE TO COMPEL**
                                         **FURTHER INTERROGATORY RESPONSES**
                                         **FROM PLAINTIFF**                Page 1

1      Upon the joint request of Plaintiff Eric Robert Drew ("Plaintiff") and Defendant Experian

2  Information Solutions, Inc. ("Experian"), and good cause appearing,

3      **IT IS HEREBY ORDERED** that the deadline by which Experian may move to compel

4  further interrogatory responses from Plaintiff is extended by thirty (30) days.  Any motion by

5  Experian to compel discovery responses from plaintiff will be filed on or before the earlier of

6  April 10, 2008 or seven court days after Plaintiff serves supplemental interrogatory responses.

7  **IT IS SO ORDERED.**

8

   Dated: March ____, 2008        _____

9                                  The Honorable Susan Illston
                                   Judge of the United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   _____
   Drew v. Equifax, et al.              [PROPOSED] ORDER EXTENDING DEADLINE
   USDC, N.D. Calif No. CV 07-00726 SI  FOR EXPERIAN TO MOVE TO COMPEL
                                        FURTHER INTERROGATORY RESPONSES
                                        FROM PLAINTIFF              Page 2