GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168350)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A., as successor-in-interest to
FIRST USA BANK, N.A. and BANK ONE
CARDMEMBER SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,<br><br>Defendants. | CASE NO. C07 0726 SI<br><br>**[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT**<br><br>**Trial Date: October 20, 2008** |

IT IS HEREBY ORDERED that the briefing schedule for motions for summary judgment in the above-entitled action is modified as follows:

| | |
|---|---|
| May 23, 2008 | File and serve motions |
| June 25, 2008 | Plaintiff to file and serve opposition |
| July 7, 2008 | Replies to be filed and served |
| July 18, 2008; 9:00 a.m. | Hearing |

USDC NDCA No. C07 0726 SI
RC1/5113326.1/WK1

- 1 -

[PROPOSED] ORDER MODIFYING BRIEFING
SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT

| | |
|---|---|
| Dated: May ____, 2008 | _____<br>HON. SUSAN ILLSTON<br>UNITED STATES DISTRICT JUDGE<br>NORTHERN DISTRICT OF CALIFORNIA |

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

USDC NDCA No. C07 0726 SI
RC1/5113326.1/WK1

- 2 -

[PROPOSED] ORDER MODIFYING BRIEFING
SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT