1  David L. Wallach (State Bar No. 233432)
   dwallach@jonesday.com
2  JONES DAY
   555 California St., 26th Floor
3  San Francisco, CA
   Telephone:    (415) 875-5827
4  Facsimile:    (415) 875-5700

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.

6

7                    **UNITED STATES DISTRICT COURT**

8                  **NORTHERN DISTRICT OF CALIFORNIA**

9                      **SAN FRANCISCO DIVISION**

10

11  ERIC ROBERT DREW,                      Case No. C07-00726 SI

12            Plaintiff,                    **DECLARATION OF DAVID L.**
                                           **WALLACH IN SUPPORT OF**
13       v.                                **EXPERIAN INFORMATION**
                                           **SOLUTION INC.'S**
14  EQUIFAX INFORMATION SERVICES LLC,      **MISCELLANEOUS**
                                           **ADMINISTRATIVE REQUEST TO**
15  EXPERIAN INFORMATION SOLUTIONS,        **FILE CONFIDENTIAL**
    INC., TRANSUNION LLC, NCAC, BANK OF    **DOCUMENTS LODGED WITH**
16  AMERICA, FLEET CREDIT CARD             **THIS COURT UNDER SEAL**
    SERVICE, AT&T UNIVERSAL CARD
17  SERVICES, CITIGROUP, BANK ONE
    CARDMEMBER SERVICES, FIRST USA
18  BANK, N.A., and DOES 1-100,
    and
19  FIA CARD SERVICES, N.A. [Previously Doe
    1], CITIBANK (SOUTH DAKOTA) N.A.
20  [Previously Doe 2], CHASE BANK USA, N.A.
    [Previously Doe 3]
21
              Defendants.
22

23

24

25

26

27

28

I am an attorney with the law firm of Jones Day, and a member in good standing of the California State Bar. I make this declaration in support of defendant Experian Information Solutions, Inc's Miscellaneous Administrative Request to File Confidential Documents Lodged with this Court under Seal. The facts set forth herein are known to me personally. If called to testify, I could and would testify competently hereto.

1.      Exhibits 2-6, 12-15 and 17-20 to the Declaration of David L. Wallach In Support of Experian Information Solutions, Inc.'s Motion for Summary Judgment have been produced by parties in this case other than Experian and either designated "Confidential," or produced with the understanding that they would be treated as confidential.

2.      Exhibits 1-9 to the Declaration of Kimberly Hughes In Support of Experian Information Solutions, Inc.'s Motion for Summary Judgment have been produced by Experian in this case with the understanding that they would be treated as confidential.

3.      These documents have all been treated by the parties as confidential

4.      These documents consist of credit reports prepared regarding plaintiff, documents relating to such credit reports, and financial institution processing documents relating to plaintiff.

5.      These documents contain sensitive personal information belonging to plaintiff, including his social security number, drivers' license number, date of birth, present and past addresses, and information relating to his financial history.

6.      Good cause exists to seal these documents, *inter alia*, to protect plaintiff's right to privacy, and to prevent the use of the personal information that they contain to perpetrate fraud or identity theft against plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of May, 2008 at San Francisco, California.

/s/ David L. Wallach
David L. Wallach

SFI-584118v1

WALLACH DECLARATION IN SUPP. OF
EXPERIAN'S MISC. ADMIN. REQ. TO SEAL
CASE NO. C07-00726 SI