David L. Wallach (State Bar No. 233432)
dwallach@jonesday.com
JONES DAY
555 California St., 26th Floor
San Francisco, CA
Telephone:     (415) 875-5827
Facsimile:      (415) 875-5700

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A., and DOES 1-100,<br>and<br>FIA CARD SERVICES, N.A. [Previously Doe 1], CITIBANK (SOUTH DAKOTA) N.A. [Previously Doe 2], CHASE BANK USA, N.A. [Previously Doe 3]<br><br>        Defendants. | Case No. C07-00726 SI<br><br>**DECLARATION OF DAVID L. WALLACH IN SUPPORT OF EXPERIAN INFORMATION SOLUTION INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       July 18, 2008<br>Time:      9:00 a.m.<br>Courtroom:  10<br>Judge:    Hon. Susan Illston |

I am an attorney with the law firm of Jones Day, and a member in good standing of the California State Bar.  I make this declaration in support of defendant Experian Information Solutions, Inc.'s Motion for Summary Judgment.  The facts set forth herein are known to me personally.  If called to testify, I could and would testify competently hereto.

1.      Attached as Exhibit 1 is a true and correct copy of Plaintiff's Initial Disclosure (PID) 624-631, which is the Plea Agreement from *United States v. Gibson*, CR03-0374 (August 19, 2004), in which Richard Gibson pleads guilty to stealing plaintiff's name, date of birth and social security number from the files of the Seattle Cancer Care Alliance, and using them to submit fraudulent credit card application with AT&T Universal Card, Chase Manhattan Bank, First USA Visa, and Bank of America/Fleet CC.

2.      Attached as Exhibit 2 is a true and correct copy of CITI 0078-0086, produced by Citigroup in this case.  This document reflects Citibank's processing of the AT&T Universal Card application.  CITI 0084 shows that Citibank pulled plaintiff's credit report on October 20, 2003, and that the first and last name and social security number provided by the applicant matched plaintiff's first and last name and social security number.  The birth date reported by the applicant was plaintiff's correct birth date of 9/15/67.  However, the date appearing on the credit report was 9/01/67.  CITI 0084 does not identify the credit bureau which supplied this credit report.

3.      Attached as Exhibit 3 is a true and correct copy of a document produced in this case by Equifax Information Services, LLC ("Equifax") as EIS_Drew_000032-34, reflecting the contents of a February 16, 2004 credit report sent by Equifax to plaintiff.  This document shows that Equifax provided plaintiff's credit report to "Universal Card/CBSDN"—*i.e.* Universal Card/Citibank South Dakota N.A.—on October 20, 2003.  *See* EIS_Drew_000034.

4.      Attached as Exhibit 4 is a true and correct copy of CH00007-00015, produced in this case by Chase Bank, N.A. ("Chase").  This document reflects Chase's processing of the imposter's Chase credit card application.  CH0009 shows that Chase pulled plaintiff's credit report from Trans Union LLC ("Trans Union") on November 12, 2003, and that the first and last name and social security number provided by the applicant matched the corresponding data in plaintiff's Trans Union credit report.  It also shows that the address provided by the applicant—

WALLACH DECLARATION
CASE NO. C07-00726 SI

7941 MLK Jr. Way So., Seattle WA 98118—had been appearing on plaintiff's Trans Union credit report as of October 23, 2003.

5.      Attached as Exhibit 5 is a true and correct copy of CH00043-00055, produced in this case by Chase.  This document reflects Bank One's processing of the First USA Card application.  CH00045 shows that Bank One pulled plaintiff's credit report from TRW, which had previously been acquired by, and merged into, Experian.  CH00049 shows that the first and last name, social security number and date of birth provided by Bank One matched the corresponding information in Experian's database.  It also shows that the address provided by the applicant— 7941 Martin Luther K, Seattle WA 98118—also matched the information in Experian's database.

6.      Attached as Exhibit 6 is a true and correct copy of TU0107-0113, produced in this case by Trans Union.  This is plaintiff's Trans Union credit report on January 21, 2004.  It shows that Bank of America viewed plaintiff's Trans Union credit report on January 6, 2004.  *See* TU0111.

7.      Attached as Exhibit 7 is a true and correct copy of PID  769-772.  This document reports that Richard Gibson, the criminal who stole plaintiff's identity, turned himself in to the Seattle police on March 2, 2004.  *See* PID 771.

8.      Attached as Exhibit 8 is a true and correct copy of the Amended Judgment in *United States v. Gibson*, CR04-0374RSM, bates numbered PID 545-550.  This is a copy of t.  It shows that Richard Gibson was ordered to pay $6,430.00 in restitution to plaintiff.  *See* PID 549.

9.      Attached as Exhibit 9 is a true and correct copy of excerpts from the sentencing hearing in *United States v. Gibson*, CR04-0374RSM.  This shows that plaintiff's attorney, Greg Ursich, requested restitution to compensate plaintiff for the anticipated attorney's fees and credit repair clinic fees which he intended to spend in order to remove all information arising from the identity theft from his credit reports.

10.      Attached as Exhibit 10 is a true and correct copy of plaintiff's settlement agreement with the Seattle Cancer Care Alliance (SCCA) by which he releases all claims against the SCCA arising out of the identity theft in exchange for $60,000.  This document is bates numbered PID 781-785.

WALLACH DECLARATION
CASE NO. C07-00726 SI

11.     Attached as Exhibit 11 is a true and correct copy of a letter by plaintiff's attorney, Greg Ursich, to the SCCA, bates numbered PID 776-780.  The compensation plaintiff requests from the SCCA is calculated to include $5,000 in expenses that plaintiff anticipates incurring in hiring a credit repair clinic to remove all information arising from the identity theft from his credit reports.

12.     Attached as Exhibit 12 is a true and correct copy of a January 21, 2004, credit report sent by Experian to plaintiff, bates numbered PID 59-72.  This report informs plaintiff that an initial 90-day fraud alert has been placed on his credit report.  *See* PID 59.  It also informs him that Experian will delete any information that he identifies as fraudulent upon receipt of appropriate identification and a copy of an identity theft police report.  *See* PID 71.

13.     Attached as Exhibit 13 is a true and correct copy of an Automated Consumer Dispute Verification ("ACDV") sent from Equifax to Bank of America on April 8, 2005, and produced in this case by Equifax as EIS 00037.  This ACDV shows that Equifax recorded plaintiff's April 8 dispute as challenging the "current/previous account status/payment history."  This is consistent with the disputes received on April 6 and July 19 by Experian.  *See* Hughes Decl., ¶¶ 17, 18, 21 & 22.

14.     Attached as Exhibit 14 is a true and correct copy of an e-mail transmitting a dispute initiated from Trans Union's online system, and produced in this case by Trans Union as TU 0196.  This e-mail shows that on July 19, 2005, plaintiff disputed the Bank of America account with Trans Union by informing it that "I have never paid late."

15.     Attached as Exhibit 15 is a true and correct copy of an ACDV sent from Trans Union to Bank of America on July 20, 2005, and produced by Trans Union in this case as TU213-15.  This ACDV shows that Trans Union recorded plaintiff's July 20 dispute as challenging the "present/previous acc[ount] status," and the payment history.  This is consistent with the disputes received on April 6 and July 19 by Experian, and the April 8 dispute reflected in Equifax's records.  *See supra* ¶ 13.

16.     Attached as Exhibit 16 is a true and correct copy of an excerpt from Plaintiff, Eric Robert Drew's Supplemental Responses to Defendant Experian Information Solutions, Inc's.

WALLACH DECLARATION
CASE NO. C07-00726 SI

First Set of Interrogatories, served April 22, 2008, more than a month after discovery closed in this case.

17.     Attached as Exhibit 17 is a true and correct copy of a January 21, 2005, tri-merge credit report from Old Republic Credit Services, produced in this case as PID 401-408.  This report shows that as of January 2005, plaintiff's Experian credit score was 746.

18.     Attached as Exhibit 18 is a true and correct copy of a September 6, 2005 tri-merge credit report from CBCInnovis, produced in this case as PID 425-431.  This report shows that as of September 2005, plaintiff's Experian credit score was 729.

19.     Attached as Exhibit 19 is a true and correct copy of a December 19, 2003, Incident Report from the Los Gatos/Monte Sereno Police Department in which plaintiff reports that his identity has been stolen and fraudulent accounts have been opened in his name.  This Report was produced in this case as PID 655-662.

20.     Attached as Exhibit 20 is a true and correct copy of a document produced in this case by plaintiff as PID 639, purporting to be a letter from the Federal Bureau of Investigations to Experian dated April 5, 2004.

21.     Attached as Exhibit 21 is a true and correct copy of excerpts from the October 31, 2007 deposition transcript of plaintiff Eric R. Drew.

22.     Attached as Exhibit 22 is a true and correct copy of excerpts from the November 1, 2007 deposition transcript of plaintiff Eric R. Drew.

23.     Attached as Exhibit 23 is a true and correct copy of excerpts from the January 29, 2008 deposition transcript of plaintiff Eric R. Drew.

24.     Attached as Exhibit 24 is a true and correct copy of excerpts from the May 5, 2008 deposition of Evan Hendricks, plaintiff's designated purported expert on credit scoring, credit reporting, credit furnishing and identity theft.

25.     Attached as Exhibit 25 is a true and correct copy of excerpts from the March 4, 2008 deposition of Fred Kotrozo.

26.     Attached as Exhibit 26 is a true and correct copy of excerpts from the January 29, 2008 deposition of Nicole Floor.

WALLACH DECLARATION
CASE NO. C07-00726 SI

1       27.     Attached as Exhibit 27 is a true and correct copy of excerpts from Defendant Chase Bank USA, N.A.'s Responses to Interrogatories Propounded by Plaintiff, Set One.

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

       Executed this 23rd day of May, 2008 at San Francisco, California.

/s/ David L. Wallach
David L. Wallach

SFI-583895v1

6

WALLACH DECLARATION
CASE NO. C07-00726 SI