1  GEORGE G. WEICKHARDT (SBN 58586)
   PAMELA J. ZANGER (SBN 168350)
2  **ROPERS, MAJESKI, KOHN & BENTLEY PC**
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105
   Telephone:  (415) 543-4800
4  Facsimile:  (415) 972-6301
   Email:      gweickhardt@rmkb.com
5
   Attorneys for Defendant
6  CHASE BANK USA, N.A., as successor-in-interest to
   FIRST USA BANK, N.A. and BANK ONE
7  CARDMEMBER SERVICES

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,<br><br>　　　　Defendants. | CASE NO. C07 0726 SI<br><br>**[PROPOSED] ORDER TO FILE CONFIDENTIAL MATERIAL UNDER SEAL**<br><br>**No Hearing Scheduled** |

The Court having reviewed plaintiff Eric Robert Drew's, and defendants Equifax Information Services, LLC's, Experian Information Solutions, Inc.'s, FIA Card Services', Citibank South Dakota, N.A.'s and Citigroup Inc.'s, and Chase Bank USA, N.A.'s stipulation to file confidential material under seal, and good cause existing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that for purposes of defendants' motions for summary judgment, each of the defendants' supporting papers (lodged

separately by each of the defendants) to their respective motions for summary judgment contain confidential financial and medical information relating to plaintiff and confidential commercial information relating to the defendants and shall be filed under seal. The parties retain their rights under the Stipulated Protective Order to challenge a document's designation as "confidential."

Dated: May ____, 2008

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA