UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

**UNDER SEAL**

CIVIL MINUTE ORDER

Date:   5-23-08                     Time: 2.75 hours

DOCKET NO.:   C 07-726 SI (WDB)

TITLE OF CASE:   Drew v. Equifax, et al.

ATTORNEY(S):

    Plaintiff:   John (Jack) Keating

    Defendant Equifax:   Stewart Haskins

**PROCEEDINGS**

| | |
|---|---|
| [] INITIAL STATUS CONFERENCE | [] SETTLEMENT CONFERENCE (1ST) |
| [] FOLLOW-UP STATUS CONFERENCE | [X] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |
| [] DISPOSITIVE MOTION | |
| [ ] OTHER: | |

NOTES

No agreement.