David L. Wallach (State Bar No. 233432)
dwallach@jonesday.com
JONES DAY
555 California St., 26th Floor
San Francisco, CA
Telephone:     (415) 875-5827
Facsimile:      (415) 875-5700

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A., and DOES 1-100,<br>and<br>FIA CARD SERVICES, N.A. [Previously Doe 1], CITIBANK (SOUTH DAKOTA) N.A. [Previously Doe 2], CHASE BANK USA, N.A. [Previously Doe 3]<br><br>        Defendants. | Case No. C07-00726 SI<br><br>**[PROPOSED] ORDER GRANTING EXPERIAN INFORMATION SOLUTIONS, INC.'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

Experian Information Solutions, Inc.'s ("Experian") Miscellaneous Administrative Request to Seal Confidential Documents filed in connection with Experian's Motion for Summary Judgment ("Administrative Request to Seal Documents") was duly considered by this Court.

IT IS HEREBY ORDERED THAT:

The Court grants Experian's Administrative Request to Seal Documents.

IT IS SO ORDERED.

Dated: _____, 2008

By: _____
The Honorable Susan J. Illston
United States District Court Judge

SFI-584113v1