David L. Wallach (State Bar No. 233432)
dwallach@jonesday.com
JONES DAY
555 California St., 26th Floor
San Francisco, CA
Telephone:   (415) 875-5827
Facsimile:    (415) 875-5700

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>           Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A., and DOES 1-100,<br>and<br>FIA CARD SERVICES, N.A. [Previously Doe 1], CITIBANK (SOUTH DAKOTA) N.A. [Previously Doe 2], CHASE BANK USA, N.A. [Previously Doe 3]<br><br>           Defendants. | Case No. C07-00726 SI<br><br>**DECLARATION OF KIMBERLY HUGHES IN SUPPORT OF EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION EXCLUDE TESTIMONY BY EVAN HENDRICKS** |

I, Kimberly Hughes, declare as follows:

1.  I am currently employed as Specialist Consultant in Consumer Affairs for Experian Information Solutions, Inc. ("Experian"). I have been employed by Experian since August of 1997. My general responsibilities include processing, examining and responding to consumer complaints; verifying and updating consumers' credit profile disputes; and researching records regarding Experian subscribers relating to consumer complaints. Based upon my experience with Experian, I am very familiar with Experian's procedures pertaining to consumer disputes, Experian's procedures related to its credit disclosure reports, and with the business records maintained by Experian's credit reporting division. I am also familiar with Experian's records regarding plaintiff Eric Drew. All documents referenced herein were kept by Experian in Experian's ordinary course of business.

2.  The facts set forth herein are based upon my own personal knowledge and information available to me in the above referenced capacity from my review of the records regularly maintained and relied upon by Experian in the conduct of its business affairs, and if called to do so, I could and would testify competently thereto.

3.  Experian reinvestigates items on Experian credit reports that consumers contend are inaccurate or incomplete. In performing investigations, Experian considers all relevant information and supporting documentation that a consumer provides. However, because Experian does not have access to creditors' records, Experian reinvestigates disputed items generally by contacting the creditor, explaining the consumer's disputes, and asking for a response concerning the accuracy of the disputed items.

4.  Two means by which Experian does this are Consumer Dispute Verification (CDV) and Automated Consumer Dispute Verification (ACDV) forms. These forms are used to transmit a consumer's dispute to the credit grantor. The credit grantor must then respond within the time-periods prescribed by the Fair Credit Reporting Act. If the credit grantor does not respond within the prescribed time-period, then Experian will change or delete the information in accordance with the consumer's dispute.

5. In general, Experian's records retain only the most recent identification information associated with a particular credit item. Therefore, it is rarely possible to determine whether a credit grantor changed the identification information associated with an item at some point in the past.

6. Experian's records indicate that as of October 11, 2005—the date on which it was deleted from plaintiff's credit report— Bank of America account # 4305 5000 **** **** was reported to Experian by Bank of America as belonging to "Eric R. Drew," at the address "19005 Old Vineyard Rd., Los Gatos, CA 95033," with plaintiff's exact social security number.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of June, 2008 at Allen, Texas.

_____
Kimberly Hughes

SFI-585666v2