| | |
|---|---|
| 1 | John B. Keating (SBN 148729) |
| | 2995 Woodside Road, Suite 350 |
| 2 | Post Office Box 620622 |
| | Woodside, California 94062 |
| 3 | Telephone: (650) 851-5900 |
| | Facsimile: (650) 851-5912 |
| 4 | E-mail: jbkeating@aol.com |
| 5 | Attorney for Plaintiff, |
| | ERIC ROBERT DREW |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ERIC ROBERT DREW, | ) | Case No.: CV 07-00726 SI |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER |
| v. | ) | CONTINUING HEARING OF |
| | ) | EXPERT WITNESS MOTIONS |
| EQUIFAX INFORMATION SERVICES LLC, | ) | AND MODIFYING BRIEFING |
| EXPERIAN INFORMATION SOLUTIONS, | ) | SCHEDULE |
| INC., TRANSUNION LLC, NCAC, BANK OF | ) | |
| AMERICA, FLEET CREDIT CARD SERVICE, | ) | Prior Hearing Date: July 18, 2008 |
| AT&T UNIVERSAL CARD SERVICES, | ) | 9:00 AM |
| CITIGROUP, BANK ONE CARDMEMBER | ) | |
| SERVICES, FIRST USA BANK, N.A., and | ) | New Hearing Date: July 25, 2008 |
| DOES 1-100, | ) | 9:00 AM |
| and | ) | |
| FIA CARD SERVICES, N.A. [Previously Doe | ) | Trial Date: October 20, 2008 |
| 1], CITIBANK (SOUTH DAKOTA) N.A. | ) | Time: 8:30 a.m. |
| [Previously Doe 2], CHASE BANK USA, N.A. | ) | Courtroom: 10, 19th Floor |
| [Previously Doe 3] | ) | The Honorable Susan Illston |
| Defendants. | ) | |

The stipulation of the parties having been considered, and good cause appearing:

IT IS HEREBY ORDERED that the hearing of the expert witness motions previously filed by defendants in the above-entitled action shall be rescheduled one week later from July 18, 2008 to July 25, 2008 at 9:00 AM, and the briefing schedule for the expert witness motions is modified as follows:

July 2, 2008                    Plaintiff to file and serve oppositions

---

Drew v. Equifax, et al.        PROPOSED] ORDER CONTINUING HEARING OF
USDC, N.D. Calif No. CV 07-00726 SI    EXPERT WITNESS MOTIONS AND MODIFYING
                                                      BRIEFING SCHEDULE                Page 1

|   |   |   |
|---|---|---|
| 1 | July 11, 2008 | Replies to be filed and served |
| 2 | July 25, 2008; 9:00 a.m. | Hearing |

IT IS SO ORDERED.

Dated: July ___, 2008

By: *Susan Illston*
The Honorable Susan J. Illston
United States District Court Judge

---

Drew v. Equifax, et al.  
USDC, N.D. Calif No. CV 07-00726 SI

[PROPOSED] ORDER CONTINUING HEARING OF EXPERT WITNESS MOTIONS AND MODIFYING BRIEFING SCHEDULE         Page 2