```
 1  John B. Keating (SBN148729)
    2995 Woodside Road, Suite 350
 2  Post Office Box 620622
    Woodside, California 94062
 3  Telephone: (650) 851-5900
    Facsimile: (650) 851-5912
 4  E-mail: jbkeating@aol.com

 5  Attorney for Plaintiff,
    ERIC ROBERT DREW
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A., and DOES 1-100,<br>and<br>FIA CARD SERVICES, N.A. [Previously Doe 1], CITIBANK (SOUTH DAKOTA) N.A. [Previously Doe 2], CHASE BANK USA, N.A. [Previously Doe 3]<br><br>    Defendants. | Case No.: CV 07-00726 SI<br><br>**PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENTS LODGED WITH THIS COURT UNDER SEAL** |

Pursuant to Local Rules 7-11 and 79-5, the terms of the Protective Order entered by this Court, and the parties' Stipulation to File Confidential Material Under Seal, hereby moves for a miscellaneous administrative order allowing the Clerk of this Court to file under seal the following documents in support of Plaintiff's Opposition to Defense Motions for Summary Judgment:

---

Drew v. Equifax, et al.
USDC, N.D. Calif No. CV 07-00726 SI

**PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENTS LODGED WITH THIS COURT UNDER SEAL**

Page 1

1. • Memorandum of Points and Authorities in Opposition to Defense Motions
2. • Declaration of Plaintiff, Eric Drew
3. • Declaration of Nicole Floor
4. • Declaration of Cindy Drew
5. • Declaration of Richard H. Blum
6. • Declaration of John B. Keating

Good cause exists to file the above-described documents under seal because they contain sensitive personal information belonging to Plaintiff Eric Drew such as his Social Security Number, date of birth and present and past addresses, his financial and medical records and claimed confidential commercial information of Defendants.

Because the protective order in this case extends to discussion of information contained in the confidential records and because it would be impractical and cause a hardship in document review by Court and counsel if the intermingled confidential and non-confidential documents and information were separated, Plaintiff's seeks to file all of the declarations, exhibits and briefing entirely under seal.

These documents qualify for the protection from public disclosure afforded by the Protective Order and Local Rule 79-5, and were produced in this action by the parties that produced them with a "confidential" designation, or with the understanding that they would be treated as confidential. These documents have been treated as confidential by the parties. Accordingly, Plaintiff requests that these documents be maintained under seal pursuant to Local Rule 79-5.

Dated: June 25, 2008

Respectfully submitted,

John B. Keating
Attorney for Plaintiff Eric Robert Drew

Drew v. Equifax, et al.
USDC, N.D. Calif No. CV 07-00726 SI

**PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENTS LODGED WITH THIS COURT UNDER SEAL**

Page 2

John B. Keating (SBN 148729)
2995 Woodside Road, Suite 350
Post Office Box 620622
Woodside, California 94062
Telephone: (650) 851-5900
Facsimile: (650) 851-5912
E-mail: jbkeating@aol.com

Attorney for Plaintiff,
ERIC ROBERT DREW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A., and DOES 1-100,<br>and<br>FIA CARD SERVICES, N.A. [Previously Doe 1], CITIBANK (SOUTH DAKOTA) N.A. [Previously Doe 2], CHASE BANK USA, N.A. [Previously Doe 3]<br><br>　　　　　Defendants. | **Case No.: CV 07-00726 SI**<br><br>**DECLARATION OF JOHN B. KEATING IN SUPPORT OF PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENTS LODGED WITH THIS COURT UNDER SEAL**<br><br>Motion Date: July 18, 2008<br>　　　　　　　　9:00 AM<br><br>Trial Date:　October 20, 2008<br>Time:　　　　8:30 a.m.<br>Courtroom:　10, 19th Floor<br>The Honorable Susan Illston |

　　　　I am an attorney and a member in good standing of the California State Bar and admitted to practice before this federal Court. I make this declaration in support of Plaintiff's Miscellaneous Administrative Request to File Confidential Documents Lodged with this Court under Seal. The facts set forth herein are known to me personally. If called to testify, I could and would testify competently hereto.

---

| | |
|---|---|
| Drew v. Equifax, et al.<br>USDC, N.D. Calif No. CV 07-00726 SI | **DECLARATION OF JOHN B. KEATING IN SUPPORT OF PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENTS LODGED WITH THIS COURT UNDER SEAL**　Page 1 |

1. Plaintiff's Memorandum of Points and Authorities in Opposition to the Defense Motions for Summary Judgment and the Declarations in Support of the Opposition, and the Exhibits thereto, contain information covered by the protective order in this case and include documents that have been produced by parties in this case and either designated "Confidential," or produced with the understanding that they would be treated as confidential.

2. These documents have all been treated by the parties as confidential.

3. These documents consist of Plaintiff's confidential medical records and credit reports prepared regarding Plaintiff, documents relating to such credit reports and financial institution processing documents relating to Plaintiff.

4. These documents contain sensitive personal information belonging to Plaintiff, including his Social Security number, California Driver's License number, date of birth, present and past addresses and information relating to his financial history and potentially confidential commercial information relating to Defendants.

5. Good cause exists to seal these documents, *inter alia*, to protect Plaintiff's right to privacy and to prevent the use of the personal information that they contain to perpetrate fraud or identity theft against Plaintiff and to protect the commercial information interests claimed by Defendants.

6. It would be impractical and an inconvenience to Court and counsel to separate the confidential documents and confidential information from the intermingled non-confidential documents and information. Therefore, Plaintiff requests permission to file the entire opposition Memorandum and Supporting Declarations under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 25, 2008 at Woodside, California.

John B. Keating

---

Drew v. Equifax, et al.
USDC, N.D. Calif No. CV 07-00726 SI

DECLARATION OF JOHN B. KEATING IN SUPPORT OF PLAINTIFF'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENTS LODGED WITH THIS COURT UNDER SEAL    Page 2

| | |
|---|---|
| 1 | John B. Keating (SBN 148729) |
| | 2995 Woodside Road, Suite 350 |
| 2 | Post Office Box 620622 |
| | Woodside, California 94062 |
| 3 | Telephone: (650) 851-5900 |
| | Facsimile: (650) 851-5912 |
| 4 | E-mail: jbkeating@aol.com |
| 5 | Attorney for Plaintiff, |
| | ERIC ROBERT DREW |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | ERIC ROBERT DREW, ) | Case No.: CV 07-00726 SI |
| 12 | Plaintiff, ) | |
| 13 | v. ) | [PROPOSED] ORDER GRANTING PLAINTIFF'S |
| 14 | EQUIFAX INFORMATION SERVICES LLC, ) EXPERIAN INFORMATION SOLUTIONS, ) | ADMINISTRATIVE REQUEST TO FILE DOCUMENTS |
| 15 | INC., TRANSUNION LLC, NCAC, BANK OF ) AMERICA, FLEET CREDIT CARD SERVICE, ) | UNDER SEAL |
| 16 | AT&T UNIVERSAL CARD SERVICES, ) CITIGROUP, BANK ONE CARDMEMBER ) | Motion Date: July 18, 2008 |
| 17 | SERVICES, FIRST USA BANK, N.A., and ) DOES 1-100, ) | 9:00 AM |
| 18 | and ) | Trial Date: October 20, 2008 |
| | FIA CARD SERVICES, N.A. [Previously Doe ) | Time: 8:30 a.m. |
| 19 | 1], CITIBANK (SOUTH DAKOTA) N.A. ) | Courtroom: 10, 19th Floor |
| | [Previously Doe 2], CHASE BANK USA, N.A. ) | The Honorable Susan Illston |
| 20 | [Previously Doe 3] ) | |
| 21 | Defendants. ) | |

---

| | |
|---|---|
| Drew v. Equifax, et al. | [PROPOSED] ORDER GRANTING PLAINTIFF'S |
| USDC, N.D. Calif No. CV 07-00726 SI | ADMINISTRATIVE REQUEST TO FILE DOCUMENTS |
| | UNDER SEAL        Page 1 |

Plaintiff's Miscellaneous Administrative Request to Seal Confidential Documents filed in connection with Plaintiff's Opposition to Defense Motions for Summary Judgment ("Administrative Request to Seal Documents") was duly considered by this Court.

IT IS HEREBY ORDERED THAT:

The Court grants Plaintiff's Administrative Request to Seal Documents.

IT IS SO ORDERED.

Dated: July ___, 2008

By: _____
The Honorable Susan J. Illston
United States District Court Judge

---

Drew v. Equifax, et al.
USDC, N.D. Calif No. CV 07-00726 SI

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL                                    Page 2