THOMAS P. QUINN (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

J. ANTHONY LOVE, [Pro Hac Vice]
Georgia Bar No: 459155
K. ANN BROUSSARD [Pro Hac Vice]
Georgia Bar No: 100142
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: tlove@KSLAW.com
       abroussard@KSLAW.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT, CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,<br><br>Defendants. | Case No. 3:07-cv-00726-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENT LODGED WITH THIS COURT UNDER SEAL**<br><br>Date: July 18, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge: The Honorable Susan Illston |

5110751

- 1 –

[PROPOSED] ORDER GRANTING EQUIFAX'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENT LODGED WITH THIS COURT UNDER SEAL

Case No: 3:07-cv-00726-SI

Defendant Equifax Information Services LLC's Miscellaneous Administrative Request to File Confidential Document Lodged With This Court Under Seal was duly considered by this Court.

IT IS HEREBY ORDERED THAT the Court grants Equifax Information Services LLC's Miscellaneous Administrative Request to File Confidential Document Lodged With This Court Under Seal.

DATED: July 7, 2008.

_____
The Honorable Susan Illston
United States District Court Judge

5110751

- 2 –

[PROPOSED] ORDER GRANTING EQUIFAX'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENT LODGED WITH THIS COURT UNDER SEAL

Case No: 3:07-cv-00726-SI

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

# CERTIFICATE OF SERVICE

ERIC ROBERT DREW v EQUIFAX, et al, CASE NO: 3:07-cv-00726 SI

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Fulton, State of Georgia, and not a party to the above-entitled cause.

On July 7, 2008. I served a true copy of the:

**[PROPOSED] ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENT LODGED WITH THIS COURT UNDER SEAL**

[ ]   By personally delivering it to the person(s) indicated below in the manner as provided in FRCivP5(B);

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

**SEE ATTACHED SERVICE LIST**

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Stephanie M. Peltier
STEPHANIE M. PELTIER

Place of Mailing: Atlanta, Georgia

Executed on July 7, 2008, at Atlanta, Georgia.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

5110751

- 3 –

[PROPOSED] ORDER GRANTING EQUIFAX'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENT LODGED WITH THIS COURT UNDER SEAL
Case No: 3:07-cv-00726-SI

**SERVICE LIST**
ERIC ROBERT DREW v EQUIFAX, et al, CASE NO: 3:07-cv-00726 SI

John Bradford Keating, Esq.
Attorney At Law
2995 Woodside Road., Ste. 350
Woodside, CA 94062
Tel: (650) 851-5900
Fax: (650) 851-5912
Email: jbkeating@aol.com
Attorney for Plaintiff ERIC ROBERT DREW

Brian Patrick Petirs, Esq.
Jones Day - Silicon Valley
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 687-4125
Email: bpetirs@jonesday.com
Attorneys for Defendant EXPERIAN INFORMATION SOLUTIONS

David L. Wallach, Esq.
Tracy Strong, Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94120
Tel: 415 626-3939
Fax: 415 875-5700
Email: dwallach@jonesday.com
Email: tstrong@jonesday.com
Co-Counsel for Defendant EXPERIAN INFORMATION SOLUTIONS

Andrew W. Moritz, Esq.
Marcos D. Sasso, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086
Tel: 310-556-5800
Fax: 310-556-5959
Email: Amoritz@Stroock.com
Email: msasso@stroock.com
Attorneys for Defendants CITIGROUP, CITIBANK, SOUTH DAKOTA, N.A.

5110751

- 4 –

[PROPOSED] ORDER GRANTING EQUIFAX'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENT LODGED WITH THIS COURT UNDER SEAL

Case No: 3:07-cv-00726-SI

1  George G. Weickhardt, Esq.
2  Pamela J. Zanger, Esq.
   Ropers Majeski Kohn & Bentley
3  201 Spear Street, Suite 1000
   San Francisco, CA 94105
4  Tel: 415-543-4800
   Fax: 415-972-6301
5  Email: gweickhardt@ropers.com
6  Email: pzanger@ropers.com
   Attorneys for Defendants BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A.,
7  CHASE BANK USA, N.A.

8  Jordan Seungjin Yu , Esq.
9  Felicia Yangru Yu, Esq.
   Reed Smith LLP
10 355 So. Grand Ave., Suite 2900
   Los Angeles, CA 90071
11 Tel: 213-457-8000
12 Fax: 213-457-8080
   Email: jsyu@reedsmith.com
13 Email: fyu@reedsmith.com
   Attorneys for Defendants FIA CARD SERVICES, N.A.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  5110751                              - 5 –

[PROPOSED] ORDER GRANTING EQUIFAX'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENT LODGED WITH THIS COURT UNDER SEAL

Case No: 3:07-cv-00726-SI