Abraham J. Colman (SBN 146933)
Felicia Yu (SBN 193316)
Jordan Yu (SBN 227341)
REED SMITH LLP
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080
Email: acolman@reedsmith.com
fyu@reedsmith.com
jsyu@reedsmith.com

Attorneys for Defendant
FIA Card Services, N.A.
(erroneously sued herein as Bank of America
and Fleet Credit Card Services)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,<br>Defendants. | No.: C-07-0726-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FIA CARD SERVICES, N.A.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENTS LODGED WITH THIS COURT UNDER SEAL**<br><br>Date: July 18, 2008<br>Time: 9:00 a.m.<br>Location: Court Room 10<br><br>**The Honorable Susan Illston** |

No.: C-07-0726-SI

DOCSLA-15646789.1

[PROPOSED] ORDER GRANTING DEFENDANT FIA CARD SERVICES, N.A.'S MISCELLANEOUS ADMINISTRATIVE
REQUEST TO FILE CONFIDENTIAL DOCUMENTS LODGED WITH THIS COURT UNDER SEAL

Defendant FIA Card Services, N.A.'s Miscellaneous Administrative Request to File Confidential Documents Lodged With This Court Under Seal ("Administrative Request to Seal Documents") was duly considered by this Court.

IT IS HEREBY ORDERED THAT:

The Court grants Defendant FIA Card Services, N.A.'s Administrative Request to Seal Documents.

IT IS SO ORDERED.

DATED: _____

The Honorable Susan Illston
United Stated District Judge

DOCSLA-15646789.1

No.: C-07-0726-SI — 1 — DOCSLA-15646789.1

[PROPOSED] ORDER GRANTING DEFENDANT FIA CARD SERVICES, N.A.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENTS LODGED WITH THIS COURT UNDER SEAL

**PROOF OF SERVICE**

I, Griselda Munoz, declare:

I am employed in the County of Los Angeles, State of California. My business address is Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On July 7, 2008, I served the document(s) described as: *[PROPOSED] ORDER GRANTING DEFENDANT FIA CARD SERVICES, N.A.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENTS LODGED WITH THIS COURT UNDER SEAL*

on the interested parties in this action by the methods listed below:

*SEE ATTACHED SERVICE LIST*

☒ BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cand.uscourts.gov.

☐ BY PERSONAL DELIVERY: I personally delivered the document(s) listed above to the person(s) at the address(es) set forth on the attached list.

☐ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071.

☐ BY ☐ UPS NEXT DAY AIR ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ UPS ☐ FEDERAL EXPRESS ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ UPS ☐ FEDERAL EXPRESS OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s): in accordance with the written confirmation of counsel in this action.

☐ BY EMAIL: I sent via electronic mail a copy of said document(s) to the following addressee(s):

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

PROOF OF SERVICE

☒ [Federal] I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2008, at Los Angeles, California.

/s/ *Griselda Munoz*
Griselda Munoz

## SERVICE LIST

| | | |
|---|---|---|
| **John Bradford Keating**<br>Attorney at Law<br>2995 Woodside Rd., Ste. 350<br>Woodside, CA 94062<br>(650) 851-5900<br>(650) 851-5912 (fax)<br>jbkeating@aol.com | representing | **Eric Robert Drew**<br>*(Plaintiff)* |
| **Deborah Barack**<br>**Stephen Julian Newman**<br>**Julia B. Strickland**<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East, Suite 1800<br>Los Angeles, CA 90067<br>310-556-5908<br>dbarack@stroock.com<br>snewman@stroock.com<br>jstrickland@stroock.com | representing | **TransUnion LLC**<br>*(Defendant)* |
| **Thomas P. Quinn**<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>949-376-3055<br>949-376-3070 (fax)<br>yhoman@nokesquinn.com | representing | **Equifax Information Services, LLC**<br>*(Defendant)* |
| **J. Anthony Love**<br>[*Pro Hac Vice*]<br>**Keasha Ann Broussard**<br>[*Pro Hac Vice*]<br>**Sidney Stewart Haskins, II**<br>[*Pro Hac Vice*]<br>King & Spalding<br>1180 Peachtree Street, N.D.<br>Atlanta, GA 30309<br>404-572-4600<br>404-572-5100 (fax)<br>tlove@KSLAW.com<br>abroussard@KSLAW.com<br>shaskins@kslaw.com | representing | **Equifax Information Services, LLC**<br>*(Defendant)* |

- 3 -

PROOF OF SERVICE

| | | |
|---|---|---|
| **David Wallach**<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>415 626-3939<br>415 875-5700 (fax)<br>dwallach@jonesday.com | representing | **Experian Information Solutions, Inc.**<br>*(Defendant)* |
| **George G. Weickhardt**<br>**Pamela J. Zanger**<br>Ropers Majeski Kohn & Bentley<br>201 Spear Street<br>Suite 1000<br>San Francisco, CA 94105<br>415-543-4800<br>415-972-6301 (fax)<br>gweickhardt@ropers.com<br>pzanger@ropers.com | representing | **Bank One Cardmember Services , First USA Bank, N.A., Chase Bank USA, N.A.**<br>*(Defendants)* |
| **Andrew W. Moritz**<br>**Marcos D. Sasso**<br>2029 Century Park East, Suite 1800<br>Los Angeles, CA 90067-<br>310-556-5800<br>310-556-5959 (fax)<br>amoritz@stroock.com<br>msasso@stroock.com | representing | **Citigroup, Citibank (South Dakota) N.A.**<br>*(Defendants)* |

DOCSLA-15591532.2

- 4 -

PROOF OF SERVICE