IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROBERT DREW, | No. C 07-00726 SI |
| Plaintiff, | **ORDER CONTINUING HEARINGS, DIRECTING SUPPLEMENTAL BRIEFING, AND MODIFYING BRIEFING SCHEDULE** |
| v. | |
| EQUIFAX INFORMATION SERVICES, et al. | |
| Defendants. | |

In order to better evaluate defendants' motion for summary judgment, the Court hereby **CONTINUES the hearings on summary judgment and motion to strike expert testimony until Friday, August 15, 2008 at 9:00 a.m.** to allow for supplemental briefing.

Plaintiff shall submit an amended brief opposing summary judgment no later than **July 18, 2008**. Plaintiff's amended brief shall **describe *and cite to*** the specific evidence in the record supporting each of the seven remaining claims. Plaintiff shall not make any new legal arguments or cite to any new cases in his amended brief. Defendants may submit amended replies no later than **August 1, 2008**.

Plaintiff shall also submit an opposition to defendants' joint objections and motion to strike inadmissible evidence no later than **August 1, 2008**. Plaintiff's opposition shall explain in detail why plaintiff failed to timely designate expert Richard H. Blum. In addition, plaintiff shall make Mr. Blum available for deposition prior to July 25, 2008, if defendants wish to depose him. Defendants may cite to Blum's deposition in their amended replies, if they so desire.

The motions for summary judgment and motion to strike expert testimony shall be heard on **August 15, 2008**. At this hearing, parties should be prepared to discuss whether equitable tolling applies, whether the actions of the credit reporting agencies were reasonable in the particular

circumstances of this case, whether the banks were reasonable in their investigations prior to issuing credit to the individual who stole plaintiff's identity, whether the banks were reasonable in handling plaintiff's disputes and in responding to the credit reporting agencies' inquiries, and whether California Civil Code § 1785.20.3(a) preempts a common law negligence claim against the banks.

**IT IS SO ORDERED.**

Dated: July 11, 2008

SUSAN ILLSTON
United States District Judge