John B. Keating (SBN 148729)
2995 Woodside Road, Suite 350
Post Office Box 620622
Woodside, California 94062
Telephone: (650) 851-5900
Facsimile: (650) 851-5912
E-mail: jbkeating@aol.com

Attorney for Plaintiff,
ERIC ROBERT DREW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A., and DOES 1-100,<br>and<br>FIA CARD SERVICES, N.A. [Previously Doe 1], CITIBANK (SOUTH DAKOTA) N.A. [Previously Doe 2], CHASE BANK USA, N.A. [Previously Doe 3]<br><br>　　　　　　Defendants. | Case No.: CV 07-00726 SI<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>Motion Date: August 15, 2008<br>　　　　　　　9:00 AM<br><br>Trial Date: October 20, 2008<br>Time: 8:30 a.m.<br>Courtroom: 10, 19th Floor<br>The Honorable Susan Illston |

Drew v. Equifax, et al.
USDC, N.D. Calif No. CV 07-00726 SI

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
Page 1

Plaintiff's Miscellaneous Administrative Request to Seal Confidential Documents that were filed in connection with Plaintiff's Amended Opposition to Defense Summary Judgment Motions ("Administrative Request to Seal Documents") was duly considered by this Court.

IT IS HEREBY ORDERED THAT:

The Court GRANTS Plaintiff's Administrative Request to Seal Documents and ORDERS that the lodged complete versions without redactions of the two referenced filed documents, (1) the Plaintiff's Amended Opposition to Defense Motions for Summary Judgment (Docket No. 234) and (2) the Declaration of Evan Hendricks in Support of Plaintiff's Opposition to Defense Summary Judgment Motions (No. 236) be filed under seal.

IT IS SO ORDERED.

Dated: July ___, 2008

By: _____
The Honorable Susan J. Illston
United States District Court Judge

Drew v. Equifax, et al.
USDC, N.D. Calif No. CV 07-00726 SI

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL                                  Page 2