GEORGE G. WEICKHARDT (SBN 58586)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A., as successor-in-interest to
FIRST USA BANK, N.A. and BANK ONE
CARDMEMBER SERVICES

**OTHER COUNSEL ARE INDICATED ON SIGNATURE PAGE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,<br><br>Defendants. | CASE NO. C07 0726 SI<br><br>**DEFENDANTS' EX PARTE ADMINISTRATIVE APPLICATION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL**<br><br>Date: August 15, 2008<br>Time: 9:00 a.m.<br>Ctrm.: 10, 19th Floor<br>Judge: Hon. Susan Illston |

Pursuant to Northern District of California, Civil Local Rules 7-10 and 79-5, the terms of the Protective Order entered into by this Court, and the Parties' Stipulation to File Confidential Material Under Seal, dated May 23, 2008 (Docket No. 144), defendants Equifax Information Services, LLC, Experian Information Solutions, Inc., FIA Card Services, N.A., Citibank, and Chase Bank U.S.A., hereby move for a miscellaneous administrative order allowing the Clerk of this Court to file under seal the following documents:

USDC NDCA No. C07 0726 SI
RC1/5159595.1/WK1
- 1 -
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Defendants' Second Joint Objections and Motion to Strike Inadmissible Evidence Submitted in Opposition to Motion for Summary Judgment.

Reply Declaration of Barry Smith.

Second Reply Declaration of George G. Weickhardt.

Defendants respectfully submit that good cause exists for the filing of these documents under seal and that they contain private and confidential financial and medical information concerning plaintiff Eric Drew.

This application is based on the following memorandum of points and authorities, and the documents in the Court file.

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

### I. INTRODUCTION

Defendants object to the evidence submitted by plaintiff in his amended opposition to defendants' motions for summary judgment. The evidence in question includes:

1. Excerpts of the Declaration of Richard Blum;
2. Excerpts of the Supplemental Declaration of Eric Drew;
3. Declaration of Evan Hendricks (filed under seal);
4. "Exhibit A" to Amended Opposition (filed under seal)
5. Exhibits to John Keating Declaration (filed under seal); and
6. Plaintiff's Supplemental Responses to Defendant Experian Information Solutions, Inc.'s First Set of Interrogatories, filed as Exhibit H to Declaration of John Keating on July 12, 2008 (filed under seal).

Defendants' objection contains references to confidential information on plaintiff that was filed by plaintiff under seal, as indicated above. The Declaration of George G. Weickhardt contains deposition testimony referring to the medical condition of Eric Drew, and the Declaration of Barry Smith contains exhibits referring to account numbers and other confidential financial information concerning Eric. Drew.

These materials contain objections contain information that defendants need as evidence to oppose plaintiff's evidence submitted in opposition to defendants' motions for summary

judgment. A party that seeks to file under seal any confidential material must comply with Civil Local Rule 79-5.

## II. ARGUMENT

Northern District of California Civil Local Rule 79-5(b) provides that counsel seeking to file documents under seal may file a motion under Local Rule 7-11 and may lodge with the Court documents for which sealing is requested. Pursuant to The Hon. Illston's Standing Order, an ex parte application (Rule 7-10) may be submitted in lieu of a Rule 7-11 motion. Civil Local Rule 79-5(a) provides that the Court may order the documents sealed if they are "privileged or protectable as a trade secret or otherwise entitled to protection under the law . . . ." There is good cause for filing the exhibits under seal.

The protective order entered by the Court on February 4, 2008, provides in paragraph 4 as follows:

> To the extent any motions, briefs, pleadings, deposition transcripts or other papers to be filed with the court incorporate documents or information subject to this order, the party filing such papers shall submit the same to the court with a request to file under seal in accordance with this court's Civil Local Rule 79-5. Copies of such documents containing information subject to this protective order that are served on counsel for the parties shall be similarly identified and shall be maintained as confidential.

This Court has the power to seal records to protect confidential or private business or financial information. Both Federal and California law recognize that courts should protect confidential private financial information by reasonable means, and that allowing the filing under seal of documents containing and referring to such information is one of these means. *See* Local Rule 79-5(a); Federal Rule of Civil Procedure 26(c)(7) and (8) (a court may enter an order protecting the confidentiality of a "trade secret or other confidential research, development or commercial information," including a direction that documents or information be filed under seal); *see also Phillips v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) ("The law . . . gives district courts broad latitude to grant protective orders to prevent disclosure of materials from many types of information, including but not limited to, trade secrets or other "Confidential" research development, or commercial information.").

      The joint objections reference confidential information, including extensive citations to plaintiff's "Exhibit A" in support of opposition to motion for summary judgment, which has been filed under seal, as well as references to Evan Hendricks' declaration and the exhibits to John Keating's declaration, filed on July 12, 2008, which were also filed under seal.

### III.   CONCLUSION

      For the foregoing reasons, defendants apply, ex parte, to file their Second Joint Objections and Motion to Strike Inadmissible Evidence Submitted in Opposition to Motion for Summary Judgment, under seal.

Dated: August 1, 2008             ROPERS, MAJESKI, KOHN & BENTLEY

By:/s/ George G. Weickhardt
GEORGE G. WEICKHARDT
Attorneys for Defendant
CHASE BANK USA, N.A., as successor-in-interest to FIRST USA BANK, N.A. and BANK ONE CARDMEMBER SERVICES

Dated: August 1, 2008             REED SMITH LLP

By:/s/ Jordan S. Yu
JORDAN S. YU
Attorneys for Defendant
FIA CARD SERVICES, N.A.

Dated: August 1, 2008             STROOCK & STROOCK & LAVAN LLP

By:/s/ Marcos Sasso
MARCOS SASSO
Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.

Dated: August 1, 2008             NOKES & QUINN

By:/s/ Thomas P. Quinn
THOMAS P. QUINN
Co-Counsel for Defendant
EQUIFAX INFORMATION SERVICES LLC.

Dated: August 1, 2008

JONES DAY

By:/s/ David Wallach
DAVID WALLACH
Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

USDC NDCA No. C07 0726 SI
RC1/5159595.1/WK1

- 5 -

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,<br><br>  Defendants. | CASE NO. C07 0726 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE ADMINISTRATIVE APPLICATION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL**<br><br>Date:  August 15, 2008<br>Time:  9:00 a.m.<br>Ctrm.:  10, 19th Floor<br>Judge:  Hon. Susan Illston |

Having considered Defendants' Ex Parte Administrative Application to File Confidential Documents Under Seal, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT (1) Defendants' Second Joint Objections and Motion to Strike Inadmissible Evidence Submitted in Opposition to Motion for Summary Judgment (2) Reply Declaration of Barry Smith, (3) Reply Declaration of George G. Weickhardt shall be filed under seal.

DATED: _____      _____
                                     THE HONORABLE SUSAN ILLSTON