UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ERIC ROBERT DREW, | ) | **Case No. CV 07-0726-SI** |
| | ) | |
| Plaintiff, | ) | [Assigned to the Honorable Susan Illston] |
| | ) | |
| vs. | ) | **[PROPOSED] ORDER ON EX PARTE** |
| | ) | **APPLICATION FOR ORDER TO** |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | **CONTINUE:  (1) HEARING ON** |
| et al., | ) | **MOTIONS FOR SUMMARY JUDGMENT** |
| | ) | **AND MOTIONS TO STRIKE/PRECLUDE** |
| Defendants. | ) | **EXPERT WITNESS TESTIMONY OF** |
| | ) | **EVAN HENDRICKS; AND (2) PRETRIAL** |
| | ) | **AND TRIAL DATES** |
| | ) | |
| | ) | |
| | ) | Action Filed:  December 18, 2006 |
| | ) | Trial Date:     October 20, 2008 |
| | ) | |
| | ) | |
| | ) | |

LA 51072750v1

[PROPOSED] ORDER
Case No. CV 07-0726-SI

On July 29, 2008, defendants Citibank (South Dakota), N.A. and Citigroup Inc. (together, "Citibank") filed an <u>Ex Parte</u> Application For An Order To Continue: (1) Hearing On Motions For Summary Judgment And Motions To Strike/Preclude Expert Witness Testimony Of Evan Hendricks; And (2) Pretrial And Trial Dates (the "Application").

Having reviewed and considered the papers filed in support of and in opposition to the Application, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Application is GRANTED. It is FURTHER ORDERED THAT:

The hearing on the pending Summary Judgment Motions and Motions to Strike/Preclude shall be continued from August 15, 2008 to September 22, 2008;

The deadlines set forth in the Court's Second Pretrial Preparation Order shall be continued to ~~January 2009~~ December 1, 2008, such that the Pretrial Conference shall be reset from October 7, 2008 to ~~November 18,~~ December 1, 2008, and the Jury Trial Date shall be reset from October 20, 2008 to December 1, 2008, and that all other pretrial deadlines as provided for in the Court's December 19, 2007 Pretrial Instructions shall run from the new Pretrial Conference and Trial dates.

IT IS SO ORDERED.

Dated: _____

The Honorable Susan Illston
United States District Judge

Respectfully submitted:

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO

By: _____ */s/ Marcos D. Sasso* _____
     Marcos D. Sasso

Attorneys for Defendants
    CITIBANK (SOUTH DAKOTA), N.A., erroneously sued as
    AT&T UNIVERSAL CARD SERVICES, and CITIGROUP INC.

- 2 -

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

[PROPOSED] ORDER
Case No. CV 07-0726-SI

LA 51072750v1