1  Abraham J. Colman (SBN 146933)
   Felicia Yu (SBN 193316)
2  Jordan Yu (SBN 227341)
   REED SMITH LLP
3  355 South Grand Avenue
   Los Angeles, CA 90071
4  Telephone:   213.457.8000
   Facsimile:    213.457.8080
5  Email:  acolman@reedsmith.com
              fyu@reedsmith.com
6              jsyu@reedsmith.com

7  Attorneys for Defendant
   FIA Card Services, N.A.
8  (erroneously sued herein as Bank of America
   and Fleet Credit Card Services)

9

10            UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12             SAN FRANCISCO DIVISION

13

14  ERIC ROBERT DREW,                    No.: C-07-0726-SI

15              Plaintiff,               **[PROPOSED] ORDER GRANTING
                                         DEFENDANT FIA CARD SERVICES,**
16      v.                               **N.A.'S MISCELLANEOUS
                                         ADMINISTRATIVE REQUEST TO FILE**
17  EQUIFAX INFORMATION SERVICES, LLC,   **CONFIDENTIAL DOCUMENTS LODGED**
    EXPERIAN INFORMATION SOLUTIONS,      **WITH THIS COURT UNDER SEAL**
18  INC., TRANSUNION LLC, NCAC, BANK OF
    AMERICA, FLEET CREDIT CARD SERVICE,
19  AT&T UNIVERSAL CARD SERVICES,        **Date:        August 15, 2008**
    CITIGROUP, BANK ONE CARDMEMBER       **Time:        9:00 a.m.**
20  SERVICES, FIRST USA BANK, N.A. and   **Location:    Court Room 10**
    DOES 1-100,
21  Defendants.

22                                       **The Honorable Susan Illston**

23

24

25

26

27

28

No.: C-07-0726-SI                                              DOCSLA-15650361.1

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1       Defendant FIA Card Services, N.A.'s Miscellaneous Administrative Request to File

2  Confidential Documents Lodged With This Court Under Seal ("Administrative Request to Seal

3  Documents") was duly considered by this Court.

4

5  IT IS HEREBY ORDERED THAT:

6       The Court grants Defendant FIA Card Services, N.A.'s Administrative Request to Seal

7  Documents.

8

9  IT IS SO ORDERED.

10

11  DATED: _____

12                   The Honorable Susan Illston
                           United Stated District Judge

13  DOCSLA-15650361.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

[PROPOSED] ORDER GRANTING DEFENDANT FIA CARD SERVICES, N.A.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENTS LODGED WITH THIS COURT UNDER SEAL

# PROOF OF SERVICE

I, Griselda Munoz, declare:

I am employed in the County of Los Angeles, State of California. My business address is Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On August 1, 2008, I served the document(s) described as: **[PROPOSED] ORDER GRANTING DEFENDANT FIA CARD SERVICES, N.A.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CONFIDENTIAL DOCUMENTS LODGED WITH THIS COURT UNDER SEAL** on the interested parties in this action by the methods listed below:

### SEE ATTACHED SERVICE LIST

☒   BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cand.uscourts.gov.

☐   BY PERSONAL DELIVERY: I personally delivered the document(s) listed above to the person(s) at the address(es) set forth on the attached list.

☐   BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071

☐   BY ☐ UPS NEXT DAY AIR ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ UPS ☐ FEDERAL EXPRESS ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ UPS ☐ FEDERAL EXPRESS OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071 with delivery fees fully provided for.

☐   BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s): in accordance with the written confirmation of counsel in this action.

☐   BY EMAIL: I sent via electronic mail a copy of said document(s) to the following addressee(s):

☐   [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

PROOF OF SERVICE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

☒    [Federal]  I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2008, at Los Angeles, California.

*/s/ Griselda Munoz*
Griselda Munoz

PROOF OF SERVICE

**SERVICE LIST**

| | | |
|---|---|---|
| **John Bradford Keating**<br>Attorney at Law<br>2995 Woodside Rd., Ste. 350<br>Woodside, CA 94062<br>(650) 851-5900<br>(650) 851-5912 (fax)<br>jbkeating@aol.com | representing | **Eric Robert Drew**<br>*(Plaintiff)* |
| **Deborah Barack**<br>**Stephen Julian Newman**<br>**Julia B. Strickland**<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East, Suite 1800<br>Los Angeles, CA 90067<br>310-556-5908<br>dbarack@stroock.com<br>snewman@stroock.com<br>jstrickland@stroock.com | representing | **TransUnion LLC**<br>*(Defendant)* |
| **Thomas P. Quinn**<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>949-376-3055<br>949-376-3070 (fax)<br>yhoman@nokesquinn.com | representing | **Equifax Information Services, LLC**<br>*(Defendant)* |
| **J. Anthony Love**<br>[Pro Hac Vice]<br>**Keasha Ann Broussard**<br>[Pro Hac Vice]<br>**Sidney Stewart Haskins, II**<br>[Pro Hac Vice]<br>King & Spalding<br>1180 Peachtree Street, N.D.<br>Atlanta, GA 30309<br>404-572-4600<br>404-572-5100 (fax)<br>tlove@KSLAW.com<br>abroussard@KSLAW.com<br>shaskins@kslaw.com | representing | **Equifax Information Services, LLC**<br>*(Defendant)* |

PROOF OF SERVICE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

2 **David Wallach**
Jones Day

3 555 California Street, 26th Floor
San Francisco, CA 94104                                        **Experian Information
Solutions, Inc.**

4 415 626-3939                      representing               *(Defendant)*
415 875-5700 (fax)

5 dwallach@jonesday.com

6

7 **George G. Weickhardt
Pamela J. Zanger**

8 Ropers Majeski Kohn & Bentley
201 Spear Street                                              **Bank One Cardmember
Services , First USA Bank,**

9 Suite 1000
San Francisco, CA 94105            representing               **N.A., Chase Bank USA, N.A.**

10 415-543-4800                                                *(Defendants)*
415-972-6301 (fax)

11 gweickhardt@ropers.com

12 pzanger@ropers.com

13

14 **Andrew W. Moritz
Marcos D. Sasso**

15 2029 Century Park East, Suite 1800
Los Angeles, CA   90067-                                     **Citigroup, Citibank (South
Dakota) N.A.**

16 310-556-5800
310-556-5959 (fax)               representing               *(Defendants)*

17 amoritz@stroock.com

18 msasso@stroock.com

19

20

21

22 DOCSLA-15591532.2

23

24

25

26

27

28

PROOF OF SERVICE