| | |
|---|---|
| 1 | GEORGE G. WEICKHARDT (SBN 58586) |
| | WENDY C. KROG (SBN 257010) |
| 2 | **ROPERS, MAJESKI, KOHN & BENTLEY PC** |
| | 201 Spear Street, Suite 1000 |
| 3 | San Francisco, CA 94105 |
| | Telephone: (415) 543-4800 |
| 4 | Facsimile: (415) 972-6301 |
| | Email: gweickhardt@rmkb.com |
| 5 | wkrog@rmkb.com |

Attorneys for Defendant
CHASE BANK USA, N.A., as successor-in-interest to
FIRST USA BANK, N.A. and BANK ONE
CARDMEMBER SERVICES

**OTHER COUNSEL ARE INDICATED ON SIGNATURE PAGE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW, | CASE NO. C07 0726 SI |
| Plaintiff, | |
| v. | **DEFENDANTS' EX PARTE ADMINISTRATIVE APPLICATION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL** |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100, | Date: August 15, 2008<br>Time: 9:00 a.m.<br>Ctrm.: 10, 19th Floor<br>Judge: Hon. Susan Illston |
| Defendants. | |

Pursuant to Northern District of California, Civil Local Rules 7-10 and 79-5, the terms of the Protective Order entered into by this Court, and the Parties' Stipulation to File Confidential Material Under Seal, dated May 23, 2008 (Docket No. 144), defendants Equifax Information Services, LLC, Experian Information Solutions, Inc., FIA Card Services, N.A., Citibank, and Chase Bank U.S.A., hereby move for a miscellaneous administrative order allowing the Clerk of

this Court to file under seal the following exhibits attached to the Declaration of Wendy C. Krog in support of Defendants' Reply Brief Regarding the Declaration of Richard Blum:

  Excerpts of deposition of Richard Blum taken on July 23, 2008: pages 6, 7, 9, and 11;

  Excerpts from the deposition of Eric Drew: Session taken on October 31, 2007, p. 158; Volume IV, pp. 32, 33, 123, 124; and

  Pages 4, 5, 7, and 8 of Dr. Bach-y-Rita's March 12, 2008 expert report.

  Defendants respectfully submit that good cause exists for the filing of these exhibits under seal and that they contain private and confidential medical and psychological information concerning plaintiff Eric Drew.

  This application is based on the following memorandum of points and authorities, and the documents in the Court file.

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

### I. INTRODUCTION

  Defendants object to the evidence submitted by plaintiff in his amended opposition to defendants' motions for summary judgment. The evidence in question includes:

  1. Excerpts of the Deposition of Richard Blum;

  2. Excerpts of the Deposition of Eric Drew; and

  3. Excerpts of the expert report of Dr. Bach-y-Rita.

  The depositions and report contain references to confidential information on plaintiff, including references to the medical and psychological condition of Eric Drew.

  These materials contain information that defendants need as evidence to exclude the testimony of plaintiff's late-disclosed expert Richard Blum. A party that seeks to file under seal any confidential material must comply with Civil Local Rule 79-5.

### II. ARGUMENT

  Northern District of California Civil Local Rule 79-5(b) provides that counsel seeking to file documents under seal may file a motion under Local Rule 7-11 and may lodge with the Court documents for which sealing is requested. Pursuant to The Hon. Illston's Standing Order, an ex

parte application (Rule 7-10) may be submitted in lieu of a Rule 7-11 motion. Civil Local Rule 79-5(a) provides that the Court may order the documents sealed if they are "privileged or protectable as a trade secret or otherwise entitled to protection under the law . . . ." There is good cause for filing the exhibits under seal.

The protective order entered by the Court on February 4, 2008, provides in paragraph 4 as follows:

> To the extent any motions, briefs, pleadings, deposition transcripts or other papers to be filed with the court incorporate documents or information subject to this order, the party filing such papers shall submit the same to the court with a request to file under seal in accordance with this court's Civil Local Rule 79-5. Copies of such documents containing information subject to this protective order that are served on counsel for the parties shall be similarly identified and shall be maintained as confidential.

This Court has the power to seal records to protect confidential or private business or financial information. Both Federal and California law recognize that courts should protect confidential private financial information by reasonable means, and that allowing the filing under seal of documents containing and referring to such information is one of these means. *See* Local Rule 79-5(a); Federal Rule of Civil Procedure 26(c)(7) and (8) (a court may enter an order protecting the confidentiality of a "trade secret or other confidential research, development or commercial information," including a direction that documents or information be filed under seal); *see also Phillips v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) ("The law . . . gives district courts broad latitude to grant protective orders to prevent disclosure of materials from many types of information, including but not limited to, trade secrets or other 'Confidential' research development, or commercial information.").

The depositions and expert report contain references to the medical and psychological condition of Eric Drew.

### III. CONCLUSION

For the foregoing reasons, defendants apply, ex parte, to file exhibits in support of their Joint Reply Regarding the Declaration of Richard Blum, under seal.

USDC NDCA No. C07 0726 SI
RC1/5164576.1/WK1

- 3 -

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

| | | |
|---|---|---|
| 1 | Dated: August 8, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | By:/s/ Wendy C. Krog |
| 3 | | GEORGE G. WEICKHARDT |
| | | WENDY C. KROG |
| 4 | | Attorneys for Defendant |
| 5 | | CHASE BANK USA, N.A., as successor-in-interest to FIRST USA BANK, N.A. and |
| 6 | | BANK ONE CARDMEMBER SERVICES |
| 7 | Dated: August 8, 2008 | REED SMITH LLP |
| 8 | | By:/s/ Jordan S. Yu |
| | | JORDAN S. YU |
| 9 | | Attorneys for Defendant |
| | | FIA CARD SERVICES, N.A. |
| 10 | Dated: August 8, 2008 | STROOCK & STROOCK & LAVAN LLP |
| 11 | | By:/s/ Marcos Sasso |
| 12 | | MARCOS SASSO |
| | | Attorneys for Defendant |
| 13 | | CITIBANK (SOUTH DAKOTA), N.A. |
| 14 | Dated: August 8, 2008 | NOKES & QUINN |
| 15 | | By:/s/ Thomas P. Quinn |
| | | THOMAS P. QUINN |
| 16 | | Co-Counsel for Defendant |
| | | EQUIFAX INFORMATION SERVICES LLC. |
| 17 | Dated: August 8, 2008 | JONES DAY |
| 18 | | By:/s/ David Wallach |
| 19 | | DAVID WALLACH |
| | | Attorneys for Defendant |
| 20 | | EXPERIAN INFORMATION SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,<br><br>Defendants. | CASE NO. C07 0726 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE ADMINISTRATIVE APPLICATION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL**<br><br>Date:    August 15, 2008<br>Time:   9:00 a.m.<br>Ctrm.:  10, 19th Floor<br>Judge:  Hon. Susan Illston |

Having considered Defendants' Ex Parte Administrative Application to File Confidential Documents Under Seal, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the exhibits attached to the Declaration of Wendy C. Krog in Support of Defendants' Joint Reply Brief Regarding the Declaration of Richard Blum shall be filed under seal.

DATED: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

USDC NDCA No. C07 0726 SI
RC1/5164576.1/WK1

- 1 -