IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC R DREW, | No. C 07-00726 SI |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO STAY PRETRIAL DEADLINES** |
| v. | |
| EQUIFAX INFORMATION SERVICES, | |
| Defendant. | |

On September 22, 2008, the Court heard oral argument on defendants' motions for summary judgment and motions to strike. On October 14, 2008, defendants filed a motion to stay the pretrial deadlines pending this Court's ruling on the motions for summary judgment and motion to strike. The parties are scheduled to meet and confer on October 20, 2008 and to exchange jury instructions on October 27, 2008. In light of the closeness of these deadlines, defendants' motion is GRANTED and pretrial deadlines are STAYED pending this Court's Order on defendants' motions.

**IT IS SO ORDERED.**

Dated: October 20, 2008

SUSAN ILLSTON
United States District Judge