IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC R DREW,

          Plaintiff,

v.

EQUIFAX INFORMATION SERVICES,

          Defendant.
                             /

No. C 07-00726 SI

**Third**
**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

PRETRIAL CONFERENCE DATE: March 31, 2009 at 3:30 PM.

JURY TRIAL DATE: April 13, 2009 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California