IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC R. DREW, | No. C 07-00726 SI |
| Plaintiff, | **ORDER RE: RECENTLY FILED MOTIONS** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC *et al.*, | |
| Defendants. | |

On March 5, 2009, the Court issued an order deciding defendants' motions for summary judgment. Plaintiff subsequently filed a motion for leave to file, *inter alia*, a second amended complaint and defendants FIA and Chase filed motions for leave to file motions for reconsideration. In light of these recent filings, the Court finds that the trial must be continued. The Court hereby VACATES the March 31 pretrial conference and April 13 trial date and orders all motions in limine DENIED WITHOUT PREJUDICE to refiling in connection with the future trial date. Plaintiff, FIA, Chase and Equifax are directed to consult as to a mutually agreeable future trial date and advise the Court accordingly.

The Court GRANTS the motions of FIA and Chase for leave to file motions for reconsideration and accepts the motions filed concurrently with their motions for leave. [Docket Nos. 331, 332] Plaintiff's oppositions, if any, shall be filed by **March 27, 2009 and shall be no longer than fifteen pages each**. Defendants' replies, if any, shall be filed by **April 3, 2009 and shall be no longer than ten pages**.

The Court notes that FIA and Chase have already filed oppositions to plaintiff's motion for leave

to file a second amended complaint. If Equifax wishes to file an opposition, it must do so by **March 27, 2009 and must file an opposition of no longer than ten pages**. Plaintiff's reply, if any, shall be filed by **April 3, 2009 and shall be no longer than seven pages**.

**All motions will be set for hearing on April 10, 2009 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: March 20, 2009

SUSAN ILLSTON
United States District Judge