GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:   (415) 543-4800
Facsimile:   (415) 972-6301
Email:   gweickhardt@rmkb.com
         wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A., as successor-in-interest to
FIRST USA BANK, N.A. and BANK ONE
CARDMEMBER SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,<br><br>　　　　Defendants. | CASE NO. C07 0726 SI<br><br>**NOTICE OF STATUS OF RECENT DECISION**<br><br>Date:　　April 10, 2009<br>Time:　　9:00 a.m.<br>Ctrm.:　　The Hon. Susan Illston |

　　　　Plaintiff has moved to amend the complaint to add a claim purportedly allowed under the reasoning in *Gorman v. Wolpoff & Abramson*, 552 F.3d 1008 (9th Cir. 2009). The current status of this case is as follows.

　　　　On February 25, 2009, appellee MBNA America Bank, N.A. filed a petition for re-hearing. On March 17, the panel that decided the case requested plaintiff appellant to file a response to MBNA's petition and certain amicus briefs in support of it, with responses due April

NOTICE OF STATUS OF RECENT DECISION

1  7, 2009.  It is thus unlikely that a decision in the Ninth Circuit will be final when the Court
2  considers the motion for leave to amend on April 10, 2009.

Dated:  March 26, 2009

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ George G. Weickhardt
    GEORGE G. WEICKHARDT
    WENDY C. KROG
    Attorneys for Defendant
    CHASE BANK USA, N.A., as successor-in-interest to FIRST USA BANK, N.A. and BANK ONE CARDMEMBER SERVICES

| | |
|---|---|
| CASE NAME: | *Drew v. Equifax Information Services, LLC, et al.* |
| ACTION NO.: | C07 0726 SI |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**NOTICE OF STATUS OF RECENT DECISION**

☐ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY FACSIMILE) I caused such above referenced documents to be sent to the following party(ies) at the facsimile number(s) indicated. This transmission was reported as complete and without error.

☒ (BY EMAIL OR ECF TRANSMISSION) Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at their known addresses. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**(SEE ATTACHED SERVICE LIST)**

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 26, 2009, at San Francisco, California.

*/s/ Anna Castagnozzi Bush*
ANNA CASTAGNOZZI BUSH

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

## **SERVICE LIST**

Case No. 3:07-cv-00726-SI

*Drew v. Equifax Information Services LLC, et al.*

*Attorney for Plaintiff ERIC ROBERT DREW*
John B. Keating, Esq.
2995 Woodside Road, #350
P.O. Box 620622
Woodside, CA  94062
Tel:  (650) 851-5900
Fax:  (650) 851-5912
E-mail:  jbkeating@aol.com

*Attorneys for Defendant FIA CARD SERVICES, N.A.*
Terry B. Bates, Esq.
Jordan S. Yu, Esq.
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:  (213) 457-8301
Facsimile:  (213) 457-8080
E-mail:  jsyu@reedsmith.com

*Co-Counsel for Defendant EQUIFAX INFORMATION SERVICES LLC*
Thomas P. Quinn, Esq.
NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA  92651
Telephone:  (949) 376-3055
Facsimile:  (949) 376-3070
E-mail:  tquinn@nokesquinn.com

*Co-Counsel for Defendant EQUIFAX INFORMATION SERVICES LLC*
S. Stewart Haskins, Esq.
J. Anthony Love, Esq.
K. Ann Broussard, Esq.
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA  30309
Telephone:  (404) 215-5765
Facsimile:  (404) 572-5100
Email:  ABroussard@kslaw.com