IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC R DREW,

        Plaintiff,

  v.

EQUIFAX INFORMATION SERVICES,

        Defendant.
                                       /

No. C 07-00726 SI

**Fourth**
**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

PRETRIAL CONFERENCE DATE: July 6, 2010 at 3:30 PM.

JURY TRIAL DATE: July 19, 2010 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall comply with the attached scheduling order.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                    SUSAN ILLSTON
                                                    United States District Judge

**United States District Court**
For the Northern District of California