1  John B. Keating (SBN 148729)
   2995 Woodside Road, Suite 350
2  Post Office Box 620622
   Woodside, California  94062
3  Telephone:  (650) 851-5900
   Facsimile:  (650) 851-5912
4  E-mail: jbkeating@aol.com

5  Attorney for Plaintiff,
   ERIC ROBERT DREW

6

7                UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO DIVISION

10

11  ERIC ROBERT DREW,                      )   Case No.: CV 07-00726 SI
                                           )
12            Plaintiff,                    )
                                           )   **DECLARATION OF JOHN B.**
13       v.                                )   **KEATING IN SUPPORT OF**
                                           )   **PLAINTIFF'S MOTIONS IN**
14  EQUIFAX INFORMATION SERVICES LLC,      )   **LIMINE**
    EXPERIAN INFORMATION SOLUTIONS,        )
15  INC., TRANSUNION LLC, NCAC, BANK OF    )   Pretrial Conference:
    AMERICA, FLEET CREDIT CARD SERVICE,    )       July 6, 2010
16  AT&T UNIVERSAL CARD SERVICES,          )       3:30 p.m.
    CITIGROUP, BANK ONE CARDMEMBER         )
17  SERVICES, FIRST USA BANK, N.A., and    )   Trial:
    DOES 1-100,                            )       July 19, 2010
18  and                                    )       Time: 9:00 AM
    FIA CARD SERVICES, N.A. [Previously Doe )      Ctrm:  10,  19th Floor
19  1], CITIBANK (SOUTH DAKOTA) N.A.       )
    [Previously Doe 2], CHASE BANK USA, N.A. )  Judge: Honorable Susan Illston
20  [Previously Doe 3]                     )
                                           )
21            Defendants.                  )
                                           )
22  ─────────────────────────────────────

23            I, John B. Keating, declare as follows:

24       1.    I am an attorney licensed to practice before all the Courts of the State of

25  California and before this federal Court, and am counsel for Plaintiff Eric R. Drew herein.  As

26  such, I am personally knowledgeable as to the facts set forth in this declaration and could and

27  would testify thereto if required.

28       2.    Attached as Exhibit A hereto is a true and correct copy from my files of

Defendant Equifax's Expert Witness Disclosure of April 20, 2010 (without exhibits).

3.     Attached as Exhibit B hereto is a true and correct copy from my files of Defendant Equifax's Initial Disclosures of August 6, 2007.

4.     Attached as Exhibit C hereto is a true and correct copy from my files of Defendant Equifax's Supplemental Initial Disclosures of February 28, 2008.

5.     Attached as Exhibit D hereto is a true and correct copy from my files of Equifax's Pretrial Witness List of May 24, 2010.

5.     Attached as Exhibit E hereto is a copy of the Declaration of Justin M. Baxter and exhibits 32 through 34 thereto filed in the matter of Hettman v. Equifax Information Services LLC, et al ( District Court, Oregon Case No. 3:08-cv-1174).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, except as to those matters stated on information and belief and as to those matters I believe it to be true.

Executed on June 7, 2010 at Woodside, California.

John B. Keating

# EXHIBIT A

THOMAS P. QUINN (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

S. STEWART HASKINS [Pro Hac Vice]
Georgia Bar No. 336104
J. ANTHONY LOVE [Pro Hac Vice]
Georgia Bar No: 459155
K. ANN BROUSSARD [Pro Hac Vice]
Georgia Bar No: 100142
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: shaskins@KSLAW.com
        tlove@KSLAW.com
        abroussard@KSLAW.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>           Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT, CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,<br><br>           Defendants. | Case No. 3:07-cv-00726-SI<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S EXPERT WITNESS DISCLOSURE**<br><br>Judge: The Honorable Susan Illston |

– 1 –

1    Pursuant to Federal Rule of Civil Procedure 26(a)(2), Defendant Equifax Information

2    Services LLC ("Equifax") hereby designates its retained expert George Bach-y-Rita, M.D. and

3    submits his report.

4    Dr. Bach-y-Rita's professional fee is $300/hr for research and evaluation and $450/hr for

5    trial and deposition testimony.  Dr. Bach-y-Rita is expected to testify regarding Plaintiff's alleged

6    emotional distress and related matters.  Dr. Bach-y-Rita's report is attached hereto as Exhibit A.

7    A list of cases in which Dr. Bach-y-Rita has testified either at trial or in deposition within the last

8    four years is attached hereto as Exhibit B.  Further, Dr. Bach-y-Rita's resume is attached hereto

9    as Exhibit C.

10    Equifax will also call to testify at trial Equifax's person(s) most knowledgeable regarding

11    Equifax's procedures for handling consumer disputes pursuant to section 1681i of the federal Fair

12    Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*  Equifax's person(s) most knowledgeable are fact

13    witnesses.    Nevertheless, in the course of their testimony, Equifax's person(s) most

14    knowledgeable may provide opinion testimony related to their job experience, responsibilities,

15    training and education.  Equifax has not provided reports regarding such opinions herein because

16    these witnesses are not retained or specially employed to provide expert testimony in this case,

17    nor do their duties as employees of Equifax regularly involve giving expert testimony.  *See* Fed.

18    R. Civ. P. 26(a)(2)(B).

19    KING & SPALDING LLP

20

21    Dated: April 20, 2010          /s/  K. Ann Broussard

22                                              Attorneys for Defendant EQUIFAX
23                                              INFORMATION SERVICES LLC

24

25

26

27

28

– 2 –

## PROOF OF SERVICE

STATE OF GEORGIA

COUNTY OF FULTON

I am employed in the County of Fulton, State of Georgia. I am over the age of 18 and not a party to the within action. My business address is 1180 Peachtree Street, N.E., Atlanta, Georgia, 30309.

On April 20, 2010, I served the foregoing document(s) described as **DEFENDANT EQUIFAX INFORMATION SERVICES EXPERT WITNESS DISCLOSURE** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

[ ]  **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

[ x ]  **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Atlanta, Georgia. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S postal service on that same day with postage thereon fully prepaid at Atlanta, Georgia in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. The facsimile machine used complies with Rule 2003 and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[ X ]  **BY UNITED PARCEL SERVICE.** I caused such document to be deposited with the United Parcel Service at the offices of King & Spalding LLP for guaranteed one day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by United Parcel Service delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Atlanta, Georgia in the ordinary course of business for delivery to the addressee.

[ ]  **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

[ ]  by transmitting via email to the parties at the email addresses listed below:

**SEE ATTACHED SERVICE LIST**

– 3 –

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S EXPERT WITNESS DISCLOSURE**
Case No: 3:07-cv-00726-SI

1       I hereby certify that I am employed in the office of a member of the Bar of this Court at

2 whose direction the service was made.

3       I hereby certify under the penalty of perjury under the laws of the United States of

4 America that the foregoing is true and correct.

5                                /s/ K. Ann Broussard

6

7 Place of Mailing:  Atlanta, Georgia

8 Executed on April 20, 2010, at Atlanta, Georgia.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S EXPERT WITNESS DISCLOSURE**
Case No: 3:07-cv-00726-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# SERVICE LIST

ERIC ROBERT DREW v EQUIFAX, et al, CASE NO: 3:07-cv-00726 SI

John Bradford Keating, Esq.
Attorney At Law
2995 Woodside Road., Ste. 350
Woodside, CA 94062
Tel: (650) 851-5900
Fax: (650) 851-5912
Email: jbkeating@aol.com
Attorney for Plaintiff ERIC ROBERT DREW

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S EXPERT WITNESS DISCLOSURE**
Case No: 3:07-cv-00726-SI

# EXHIBIT B

1   Thomas P. Quinn
2   Nokes & Quinn
    450 Ocean Ave.
3   Laguna Beach, CA  92651
4   Telephone:  949-376-3055
    Facsimile:  949-376-3070
5   E-mail:  tquinn@nokesquinn.com
6   Attorneys for Defendant EQUIFAX INFORMATION
    SERVICES LLC
7

8                      IN THE UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  ERIC ROBERT DREW,                     )
                                          )
11          Plaintiff,                    )    Case No. CGC06-458844
                                          )
12      vs.                               )    **DEFENDANT EQUIFAX'S**
                                          )    **INITIAL DISCLOSURES**
13  EQUIFAX INFORMATION                   )
14  SERVICES LLC, EXPERIAN                )
    INFORMATION SOLUTIONS, INC.           )
15  TRANS UNION LLC, NCAC, BANK           )
16  OF AMERICA, FLEET CREDIT              )
    CARD SERVICE, AT&T                    )
17  UNIVERSAL CARD SERVICES,              )
18  CITIGROUP, BANK ONE                   )
    CARDMEMBER SERVICES,                  )
19  FIRST USA BANK, N.A. and DOES         )
20  1-100,                                )
                                          )
21          Defendants.                   )
                                          )
22

23          COMES NOW, Equifax Information Services LLC ("Equifax"), by its undersigned

24  counsel, and makes the following initial disclosures pursuant to Federal Rule of Civil Procedure

25  26:

26          (A)    The name and, if known, the address and telephone number of each individual

27  likely to have discoverable information that the disclosing party may use to support its claims or

28  defenses, unless solely for impeachment, identifying the subjects of the information;

29
    _____
    9139767.1
                    **EQUIFAX'S INITIAL DISCLOSURES - Case No. 3:07-cv-00726-SI**

<u>Response</u>:  Equifax has not yet discovered all individuals who may have discoverable, non-privileged information that may support Equifax's defenses in this case.  To date, Equifax has identified the following:

      (i)     Eric Robert Drew, Plaintiff.

           Plaintiff has knowledge of his claims and the events and circumstances giving rise to this lawsuit.

      (ii)    Alicia Fluellen or other designated representative of Equifax.  1550 Peachtree Street, Atlanta, Georgia 30309.  This representative will have information regarding the policies and procedures used by Equifax and, after reviewing relevant documents, the facts at issue in this case regarding plaintiff's disputes of information on his credit report.  This person may be contacted through Equifax's counsel of record.

      (iii)   Representatives or employees of Experian and Trans Union.

           Name and address unknown

These individuals may have knowledge of the facts at issue in this case regarding account(s) and/or any alleged denials of credit.

      (iv)   Representatives of creditors who have allegedly denied Plaintiff credit.

           Name and address unknown

These individuals may have knowledge of the facts at issue in this case regarding account(s) and/or any alleged denials of credit.

      (v)    Representatives of financial institutions who allegedly reported inaccurate credit information to Equifax or who extended credit to individual(s) who allegedly obtained credit fraudulently in plaintiff's name.  Name and address presently unknown.  These individuals may have knowledge of the facts at issue in this case regarding attempts to fraudulently obtain credit in plaintiff's name.

      (vi)   Any witnesses designated by any other party.

1   Equifax reserves the right to supplement its response to this disclosure.

2   (B)      a copy of, or a description by category and location of, all documents, data

3   compilations, and tangible things that are in the possession, custody, or control of the party and

4   that the disclosing party may use to support its claims or defenses, unless solely for

5   impeachment;

6   Response:

7   Equifax identifies the following documents, which are in the possession of Equifax's

8   national counsel, that are relevant to the facts alleged with particularity in the complaint.  The

9   documents are bates labeled as EIS_Drew_00001 through EIS_Drew_0000172 and are more

10   particularly itemized as follows:

11

| Description | Bates Numbers |
|---|---|
| ACIS Case No. 212748217 | 1 - 12 |
| ACIS Case No. 224044213 | 13 - 16 |
| ACIS Case No. 236118746 | 17 - 23 |
| ACIS Case No. 308358301 | 24 - 26 |
| ACIS Case No. 4020031287 | 27 - 31 |
| ACIS Case No. 4047015436 | 32 - 36 |
| ACDV Forms relating to ACIS Case No. 5098025084 | 37 - 38 |
| ACIS Case No. 5098025084 | 39 - 45 |
| ACIS Case No. 5280052198 | 46 - 52 |
| ACIS Case No. 5286020683 | 53 - 60 |
| Online Investigation Consumer E-mail Request relating to ACIS case No. 5305038337 | 61 |
| ACDV Form relating to ACIS Case No. 5305038337 | 62 |
| ACIS Case No. 5305038337 | 63 - 74 |
| Plaintiff's Dispute Letter dated Nov. 18, 2005 | 75 - 94 |
| ACIS Case No. 5332032179 | 95 - 109 |
| ACIS Case No. 5332032915 | 110 - 121 |
| Plaintiff's Dispute Letter dated Oct. 6, 2005 | 122 - 130 |
| ACIS Case No. 5361029714 | 131 - 140 |
| Plaintiff's Dispute Letter dated Oct. 6, 2005 | 141 - 151 |
| ACIS Case No. 5364036928 | 152 - 161 |
| ACIS Case No. 5364042979 | 162 - 172 |

9139767.1

1   Equifax reserves the right to supplement its response to this disclosure.

2       (C) a computation of any category of damages claimed by the disclosing party, making

3   available for inspection and copying as under Rule 34 the documents or other evidentiary

4   material, not privileged or protected from disclosure, on which such computation is based,

5   including materials bearing on the nature and extent of injuries suffered; and

6       Response:  Equifax is not seeking damages at this time but reserves the right to do so.

7       (D) for inspection and copying as under Rule 34 any insurance agreement under which

8   any person carrying on an insurance business may be liable to satisfy part or all of a judgment

9   which may be entered in the action or to indemnify or reimburse for payments made to satisfy the

10  judgment.

11      Response:  Equifax has a self insured retention that applies to this case.

12

13  Dated:  August 6, 2007.

14

15                      Respectfully submitted,

16                      KING & SPALDING

17                      By: _____

18                      ANDREW H. VALLI, ESQ.

19                        Thomas P. Quinn, Esq.

20                        Nokes & Quinn
                          450 Ocean Avenue

21                        Laguna Beach, CA 92651

22                        Attorneys for Defendant EQUIFAX

23                        INFORMATION SERVICES LLC

24

25

26

27

28

29

9139767.1

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S INITIAL DISCLOSURES by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

John B. Keating
Attorney at Law
2995 Woodside Road; Suite 350
Woodside, CA 94062
*Attorney for Plaintiff*

Brian P. Petirs
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
*Attorneys for Defendant Experian*

Tracy Strong
Jones Day
555 California Street
26th Floor
San Francisco, CA 94120
*Attorneys for Defendant Experian*

Deborah Barack
Julia B. Strickland
Stephen J. Newman
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067
*Attorneys for Defendant Trans Union*

# EXHIBIT C

1   THOMAS P. QUINN (SBN: 132268)
    NOKES & QUINN
2   450 OCEAN AVENUE
    LAGUNA BEACH, CA 92651
3   Tel: (949) 376-3055
    Fax: (949) 376-3070
4   Email: tquinn@nokesquinn.com

5   J. ANTHONY LOVE (Pro Hac Vice)
    K. ANN BROUSSARD (Pro Hac Vice)
6   KING & SPALDING
    1180 PEACHTREE STREET, N.E.
7   ATLANTA, GA 30309
    Tel: (404) 572-4600
8   Fax: (404) 572-5100
    Email: TLove@KSLAW.com
9          ABroussard@KSLAW.com

10  Attorneys for Defendant EQUIFAX
    INFORMATION SERVICES LLC
11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15

16  ERIC ROBERT DREW,                    )   Case No. 3:07-cv-00726-SI
17                                        )
             Plaintiff,                   )
18                                        )
    v.                                    )
19                                        )   DEFENDANT EQUIFAX
    EQUIFAX INFORMATION                   )   INFORMATION SERVICES,
20  SERVICES LLC, EXPERIAN                )   LLC'S SUPPLEMENTAL INITIAL
    INFORMATION SOLUTIONS, INC.,          )   DISCLOSURES
21                                        )
    TRANS UNION LLC, NCAC, BANK           )
22  OF AMERICA, FLEET CREDIT,             )
    CARD SERVICE, AT&T                    )
23                                        )
    UNIVERSAL CARD SERVICES,              )
24  CITIGROUP, BANK ONE                   )
    CARDMEMBER SERVICES, FIRST            )
25  USA BANK, N.A. and DOES 1-100,        )
26                                        )
27                                        )
             Defendants.
28  _____

4888308                           - 1 -

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

Equifax's Supplemental Initial Disclosures
Case No: 3:07-cv-00726-SI

1
2
3         COMES NOW, Equifax Information Services LLC ("Equifax"), by its
4  undersigned counsel, and makes the following supplemental initial disclosures
5  pursuant to Federal Rule of Civil Procedure 26:
6         (A)    The name and, if known, the address and telephone number of each
7  individual likely to have discoverable information that the disclosing party may use
8  to support its claims or defenses, unless solely for impeachment, identifying the
9  subjects of the information;
10        Response:   (vii)  Margaret Leslie, Vice President of US Consumer
11 Technology, Equifax Information Services LLC.  Ms. Leslie may be contacted
12 through counsel for Equifax.
13        Ms. Leslie is anticipated to have knowledge concerning Equifax's policies
14 and procedures related to credit file creation and maintenance as well as Equifax's
15 database and the history of plaintiff's credit file.
16        (viii)  Kirby Thompson, Equifax Information Services LLC.  Mr. Thompson
17 may be contacted through counsel for Equifax.
18        Mr. Thompson is anticipated to have knowledge concerning the history of
19 Equifax, the business of Equifax and the credit reporting industry in general,
20 including, but not limited to, identity theft issues.
21 Dated:  February 28, 2008
22
23
24                                    One of its Attorneys
25                                    J. Anthony Love
26                                    K. Ann Broussard
27                                    King & Spalding LLP
28                                    1180 Peachtree Street, NE
                                     Atlanta, Georgia 30309
                                     Phone: 404-215-5725

4888308                          - 2 -

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

Equifax's Supplemental Initial Disclosures
Case No: 3:07-cv-00726-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Thomas P. Quinn, Esq.
Nokes & Quinn
450 Ocean Avenue
Laguna Beach, CA 92651

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

4888308

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

– 3 –

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this DEFENDANT

EQUIFAX INFORMATION SERVICES LLC'S SUPPLEMENTAL INITIAL

DISCLOSURES upon counsel of record by depositing same in the United States

mail, with sufficient postage thereon to insure delivery, and addressed as follows:

John B. Keating
Attorney at Law
2995 Woodside Road; Suite 350
Woodside, CA 94062
*Attorney for Plaintiff*

Brian P. Petirs
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
*Attorneys for Defendant Experian*

Tracy Strong
Jones Day
555 California Street
26th Floor
San Francisco, CA 94120
*Attorneys for Defendant Experian*

Deborah Barack
Julia B. Strickland
Stephen J. Newman
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067
*Attorneys for Defendant Trans Union*

Andrew W. Moritz
Stroock & Stroock & Lavan LLP

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

Equifax's Supplemental Initial Disclosures
Case No: 3:07-cv-00726-SI

2029 Century Park East, Suite 1800
Los Angeles, CA 90067
*Attorneys for Defendant Citigroup*
*Attorneys for Defendant Citibank (South Dakota) N.A.*

George J. Weickhardt
Pamela J. Zanger
Ropers Maleski Kohn & Bentley
201 Spear Street
Suite 1000
San Francisco, CA 94105
*Attorneys for Defendant Bank One Cardmember Services*
*Attorneys for Defendant First USA Bank, N.A.*
*Attorneys for Defendant Chase Bank USA, N.A.*

Jordan Seungjin Yu
Felicia Yangru Yu
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
*Attorneys for Defendant FIA Card Services, N.A.*


Dated: February 28, 2008

_____
J. Anthony Love

NOKES & QUINN
450 Ocean Avenue
juna Beach, CA 92651
(949) 376-3055

Equifax's Supplemental Initial Disclosures
Case No: 3:07-cv-00726-SI

# EXHIBIT D

1   THOMAS P. QUINN (SBN: 132268)
    NOKES & QUINN
2   410 BROADWAY, SUITE 200
    LAGUNA BEACH, CA 92651
3   Tel: (949) 376-3500
    Fax: (949) 376-3070
4   Email: tquinn@nokesquinn.com

5   S. STEWART HASKINS [Pro Hac Vice]
    Georgia Bar No. 336104
6   J. ANTHONY LOVE [Pro Hac Vice]
    Georgia Bar No: 459155
7   K. ANN BROUSSARD [Pro Hac Vice]
    Georgia Bar No: 100142
8   KING & SPALDING
    1180 PEACHTREE STREET, N.E.
9   ATLANTA, GA 30309
    Tel: (404) 572-4600
10  Fax: (404) 572-5100
    Email: shaskins@KSLAW.com
11          tlove@KSLAW.com
            abroussard@KSLAW.com
12
    Attorneys for Defendant EQUIFAX
13  INFORMATION SERVICES LLC

14                  UNITED STATES DISTRICT COURT
15               NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
16

17  ERIC ROBERT DREW,                    )
                                         )   Case No. 3:07-cv-00726-SI
18               Plaintiff,              )
                                         )
19  v.                                   )
                                         )   **DEFENDANT EQUIFAX**
20  EQUIFAX INFORMATION SERVICES         )   **INFORMATION SERVICES LLC'S**
    LLC, EXPERIAN INFORMATION            )   **WITNESS LIST**
21  SOLUTIONS, INC., TRANS UNION LLC,    )
    NCAC, BANK OF AMERICA, FLEET         )   Trial Date: July 19, 2010
22  CREDIT, CARD SERVICE, AT&T           )   Time: 8:30 a.m.
    UNIVERSAL CARD SERVICES,             )   Courtroom: 10, 19th Floor
23  CITIGROUP, BANK ONE CARDMEMBER       )   Judge: The Honorable Susan Illston
    SERVICES, FIRST USA BANK, N.A. and   )
24  DOES 1-100,                          )
                                         )
25               Defendants.            )
                                         )
26                                       )
                                         )
27                                       )
                                         )
28                                       )

                                 - 1 —

ATL_IMANAGE-6968545.1

Defendant Equifax Information Services LLC hereby serves and files the following list of witnesses it may call at trial.

1.    <u>Alicia Fluellen</u>, Director of Consumer Customer Care, Equifax Information Services LLC, Atlanta, Georgia.

Ms. Fluellen is expected to testify concerning Equifax's policies and procedures related to the handling of consumer disputes and identity theft, any specific disputes made by Plaintiff, and the contents of Plaintiff's credit file and his credit score(s).

2.    <u>Lee Lovvorn</u>, Senior Vice President, Equifax Commercial Solutions LLC, Atlanta, Georgia.

Mr. Lovvorn is expected to testify concerning the history of Equifax, its role as a consumer reporting agency and its efforts to maintain the privacy, security and accuracy of confidential consumer data, including in identity theft situations.

3.    <u>Margaret Leslie</u>, Vice President, U.S. Consumer Technology Solutions, Equifax Information Services LLC, Atlanta, Georgia.

Ms. Leslie is expected to testify concerning Equifax's computer database and the manner in which consumer files are created and maintained, including the creation of Plaintiff's consumer file and credit score(s), as well as the policies and procedures incorporated into Equifax's systems to maintain the privacy, security and accuracy of confidential consumer data.

4.    <u>Plaintiff Eric Drew</u>

Plaintiff is expected to testify concerning his credit and financial history, the contents of his Equifax credit report, his alleged damages, his disputes with Equifax, his disputes and communications with the former co-defendants and the matters alleged in his Complaint.

– 2 –

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S WITNESS LIST**
Case No: 3:07-cv-00726-SI

5.   <u>Dr. George Bach-y-Rita, M.D.</u>, San Francisco, California.

Dr. Bachy-y-Rita is expected to testify as an expert witness concerning those matters contained in his expert report, a copy of which has been provided to plaintiff

6.   <u>Fred Kotrozo</u>, Diablo Funding Group, Pleasanton, CA.

Mr. Kotrozo is expected to testify, either live or via deposition, regarding Plaintiff alleged mortgage applications with Diablo Funding and relevant, admissible matters discussed in his deposition.

7.   <u>Julie Gerut or another representative of FIA Card Services, N.A.</u>

This representative is expected to testify, either live or via deposition, concerning plaintiff's account with FIA/Bank of America, the reporting of the account information to the credit bureaus, the policies and procedures of FIA/Bank of America concerning identity theft, all communications between FIA/Bank of America and Plaintiff concerning the subject account and relevant, admissible matters discussed in the deposition of FIA/Bank of America.

8.   Any witnesses listed on Plaintiff's witness lists.

9.   Any impeachment or rebuttal witness deemed appropriate.

KING & SPALDING LLP

Dated: May 24, 2010          /s/  K. Ann Broussard
                             K. ANN BROUSSARD

                             Attorneys for Defendant EQUIFAX
                             INFORMATION SERVICES LLC

- 3 –

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
WITNESS LIST
Case No: 3:07-cv-00726-SI

ATL_IMANAGE-6968545.1

# PROOF OF SERVICE

STATE OF GEORGIA

COUNTY OF FULTON

I am employed in the County of Fulton, State of Georgia.  I am over the age of 18 and not a party to the within action.  My business address is 1180 Peachtree Street, N.E., Atlanta, Georgia, 30309.

On May 24, 2009, I served the foregoing document(s) described as **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S WITNESS LIST** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

[  ]     **BY PERSONAL DELIVERY.**  I delivered such envelope by hand to the offices of the addressee.

[ X ]    **BY MAIL.**  I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Atlanta, Georgia.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S postal service on that same day with postage thereon fully prepaid at Atlanta, Georgia in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ]     **BY FACSIMILE TRANSMISSION.**  I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein.  The facsimile machine used complies with Rule 2003 and no error was reported by the machine.  Pursuant to Rule 2008(e), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[  ]     **BY UNITED PARCEL SERVICE.**  I caused such document to be deposited with the United Parcel Service at the offices of King & Spalding LLP for guaranteed one day delivery with delivery charges prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by United Parcel Service delivery service.  Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Atlanta, Georgia in the ordinary course of business for delivery to the addressee.

[ ]     **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

**SEE ATTACHED SERVICE LIST**

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

– 4 –

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
WITNESS LIST
Case No: 3:07-cv-00726-SI

ATL_IMANAGE-6968545.1

1        I hereby certify under the penalty of perjury under the laws of the United States of

2   America that the foregoing is true and correct.

3

4                              /s/  Stephanie Peltier
                           STEPHANIE PELTIER

5

6   Place of Mailing:  Atlanta, Georgia

7   Executed on May 24, 2010, at Atlanta, Georgia.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 –

DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
WITNESS LIST
Case No: 3:07-cv-00726-SI

ATL_IMANAGE-6968545.1

1

# SERVICE LIST

2

ERIC ROBERT DREW v EQUIFAX, et al, CASE NO: 3:07-cv-00726 SI

3

4  John Bradford Keating, Esq.
   Attorney At Law
5  2995 Woodside Road., Ste. 350
   Woodside, CA 94062
6  Tel: (650) 851-5900
   Fax: (650) 851-5912
7  Email: jbkeating@aol.com
   Attorney for Plaintiff ERIC ROBERT DREW
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 –

ATL_IMANAGE-6968545.1