IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC ROBERT DREW,                                                    No. C 07-0726 SI

        Plaintiff,
   v.

EQUIFAX INFORMATION SERVICES LLC,

        Defendant.
                                                                    /

**DRAFT VERDICT**

*Note to Counsel:*

    *This form is similar to but not the same as defendant's earlier draft. Defendant's earlier draft asked the jury to find actual damages in the event of a negligent violation of the FCRA (defendant's part II), but not if it found a willful violation (the form sent the jury directly to part III, skipping the actual damage findings). I have changed this by asking the jury to consider actual damages in either situation. I have also added nominal damages to the form, in part III.*

    *Please consider whether this is clear enough to cover a situation where the jury found two or more violations, with some negligent and some willful. I believe part III would apply if the jury found any willful violation in such a circumstance.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC ROBERT DREW,   No. C 07-0726 SI

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,

      Defendant.
                                              /

**VERDICT**

I.    We, the jury in the above entitled case, find, by a preponderance of the evidence, that Equifax Information Services LLC:

*[You must check either (a), (b) or (c).]*

    (a) _____ did not violate the FCRA *[You are finished and do not need to answer any further questions. The Presiding Juror should date and sign the verdict form.]*

    (b) _____ did negligently violate the FCRA. *[Please go to Part II and respond.]*

    (c) _____ did willfully violate the FCRA. *[Please go to Part III and respond.]*

2

II.  *[If you find that violation is negligent.]*

    (a) Do you unanimously find that plaintiff proved, by a preponderance of the evidence, that he was caused actual damages as a result of Equifax's violation of the Fair Credit Reporting Act as found above?

        Yes _____        No _____ *[If your answer is "Yes," proceed to question (b). If your answer is "No," you are finished and do not need to answer any further questions. The Presiding Juror should date and sign the verdict form.]*

    (b) What is the total amount of actual damages that you unanimously award plaintiff?

        Monetary loss    $_____

        Emotional distress    $_____ *[You are finished and do not need to answer any further questions. The Presiding Juror should date and sign the verdict form.]*

III.  *[If you find that violation is willful]*

    (a) Do you unanimously find that plaintiff proved, by a preponderance of the evidence, that he was caused actual damages as a result of Equifax's violation of the Fair Credit Reporting Act as found above?

        Yes _____        No _____ *[If your answer is "Yes," proceed to question (b). If your answer is "No," proceed to question (c).]*

    (b) What is the total amount of actual damages that you unanimously award plaintiff?

        Monetary loss    $_____

        Emotional distress    $_____ *[Proceed to question (d).]*

    (c) What is the total amount of nominal damages, if any, that you unanimously award plaintiff? *[Must be an amount between $100 and $1000.]*

        Nominal damages    $_____ *[Proceed to question (d).]*

(d) Do you unanimously find that plaintiff proved, by a preponderance of the evidence, that he is entitled to punitive damages as a result of Equifax's willful violation of the Fair Credit Reporting Act?

Yes _____    No _____   *[If your answer is "No," you are finished and do not need to answer any further questions. The Presiding Juror should date and sign the verdict form. If your answer is "Yes," please answer the next question.]*

(e) What is the total amount of punitive damages, if any, that you unanimously award Plaintiff against Equifax?

$ _____

Date _____

_____
PRESIDING JUROR