IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 30 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ERIC ROBERT DREW,          No. C 07-0726 SI

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.
                                          /

**VERDICT**

I.    We, the jury in the above entitled case, find, by a preponderance of the evidence, that Equifax Information Services LLC:

*[You must check either (a), (b) or (c).]*

(a) _____ did not violate the FCRA *[You are finished and do not need to answer any further questions. The Presiding Juror should date and sign the verdict form.]*

(b) _____ did negligently violate the FCRA. *[Please go to Part II and respond.]*

(c) __X__ did willfully violate the FCRA. *[Please go to Part III and respond.]*

1

II.  *[If you find that violation is negligent.]*

(a) Do you unanimously find that plaintiff proved, by a preponderance of the evidence, that he was caused actual damages as a result of Equifax's violation of the Fair Credit Reporting Act as found above?

Yes _____    No _____   *[If your answer is "Yes," proceed to question (b). If your answer is "No," you are finished and do not need to answer any further questions. The Presiding Juror should date and sign the verdict form.]*

(b) What is the total amount of actual damages that you unanimously award plaintiff?

Out-of-pocket
Monetary loss          $ _____

Emotional distress   $ _____   *[You are finished and do not need to answer any further questions. The Presiding Juror should date and sign the verdict form.]*

III. *[If you find that violation is willful]*

(a) Do you unanimously find that plaintiff proved, by a preponderance of the evidence, that he was caused actual damages as a result of Equifax's violation of the Fair Credit Reporting Act as found above?

Yes __X__    No _____   *[If your answer is "Yes," proceed to question (b). If your answer is "No," proceed to question (c).]*

(b) What is the total amount of actual damages that you unanimously award plaintiff?

Out-of-pocket
Monetary loss          $ 6,326.60

Emotional distress   $ 315,000   *[Proceed to question (d).]*

(c) What is the total amount of nominal damages, if any, that you unanimously award plaintiff? *[Must be an amount between $100 and $1000.]*

Nominal damages    $ _____   *[Proceed to question (d).]*

(d) Do you unanimously find that plaintiff proved, by a preponderance of the evidence, that he is entitled to punitive damages as a result of Equifax's willful violation of the Fair Credit Reporting Act?

Yes __X__  No _____  *[If your answer is "No," you are finished and do not need to answer any further questions. The Presiding Juror should date and sign the verdict form. If your answer is "Yes," please answer the next question.]*

(e) What is the total amount of punitive damages, if any, that you unanimously award Plaintiff against Equifax?

$ __700,000__

Date __July 30th 2010__

_____
PRESIDING JUROR