IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROBERT DREW, | No. C 07-0726 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | |

In accordance with the jury verdict returned on July 30, 2010, judgment in the amount of $1,021,326.60 is entered in favor of plaintiff and against defendant Equifax Information Services LLC.

By order dated March 5, 2009, summary judgment was granted against plaintiff and in favor of defendants Experian Information Solutions, Inc, Citigroup, Inc and Citibank (South Dakota) N.A.  By order dated March 20, 2010, summary judgment was granted against plaintiff and in favor of defendant Chase Bank USA, N.A. and FIA Card Services, N.A.  By order dated January 15, 2008, all charges against defendant Transunion LLC were dismissed with prejudice.

Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 5, 2010

SUSAN ILLSTON
United States District Judge