THOMAS P. QUINN (SBN: 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

S. STEWART HASKINS [Pro Hac Vice]
Georgia Bar No. 336104
J. ANTHONY LOVE [Pro Hac Vice]
Georgia Bar No: 459155
K. ANN BROUSSARD [Pro Hac Vice]
Georgia Bar No: 100142
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: shaskins@KSLAW.com
       tlove@KSLAW.com
       abroussard@KSLAW.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT, CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,<br><br>  Defendants. | **Case No. 3:07-cv-00726-SI**<br><br>**[PROPOSED] ORDER ON STIPULATION TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**<br><br>Hearing Date: October 5, 2010<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge: The Honorable Susan Illston |

1  The stipulation of the parties having been considered, and good cause appearing:

2  IT IS HEREBY ORDERED that the briefing schedule on Plaintiff's Motion for Attorney's Fees ("Motion") (Doc. No. 455) shall be modified to allow the parties additional time to submit response and reply briefs as follows:

September 14, 2010:    Equifax shall file its response to Plaintiff's Motion

September 21, 2010:    Plaintiff shall file a reply in support of his Motion

IT IS SO ORDERED.

_____
The Honorable Susan J. Illston
United States District Court Judge

- 2 –

**[PROPOSED] ORDER ON STIPULATION TO MODIFY BRIEFING SCHEDULE FOR MOTION FOR ATTORNEY'S FEES**

Case No: 3:07-cv-00726-SI