THOMAS P. QUINN (SBN: 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

S. STEWART HASKINS [Pro Hac Vice]
Georgia Bar No. 336104
J. ANTHONY LOVE [Pro Hac Vice]
Georgia Bar No: 459155
K. ANN BROUSSARD [Pro Hac Vice]
Georgia Bar No: 100142
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: shaskins@KSLAW.com
       tlove@KSLAW.com
       abroussard@KSLAW.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT, CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100,<br><br>　　　　Defendants. | **Case No. 3:07-cv-00726-SI**<br><br>**[PROPOSED] ORDER ON STIPULATION TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS**<br><br>Hearing Date: October 5, 2010<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge: The Honorable Susan Illston |

- 1 –

[PROPOSED] ORDER ON STIPULATION TO MODIFY
BRIEFING SCHEDULE FOR MOTION FOR
ATTORNEY'S FEES AND BILL OF COSTS

Case No: 3:07-cv-00726-SI

1   The stipulation of the parties having been considered, and good cause appearing:

2   IT IS HEREBY ORDERED that the briefing schedule on Plaintiff's Motion for Attorney's Fees ("Motion") and Bill of Costs (Doc. Nos. 455 and 457) shall be modified to allow the parties additional time to submit response and reply briefs as follows:

| | |
|---|---|
| September 16, 2010: | Equifax shall file its response to Plaintiff's Motion and Bill of Costs |
| September 23, 2010: <br> ___10/25/10 @ 9 A.M.___ | Plaintiff shall file a reply in support of his Motion <br> Hearing date on Motion continued to this date |

IT IS SO ORDERED.

_____
The Honorable Susan J. Illston
United States District Court Judge

- 2 –

**[PROPOSED] ORDER ON STIPULATION TO MODIFY BRIEFING SCHEDULE FOR MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS**

Case No: 3:07-cv-00726-SI