John B. Keating (SBN148729)
2995 Woodside Road, Suite 350
Post Office Box 620622
Woodside, California  94062
Telephone:  (650) 851-5900
Facsimile:   (650) 851-5912
E-mail: jbkeating@aol.com

Attorney for Plaintiff,
ERIC ROBERT DREW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A., and DOES 1-100,<br>and<br>FIA CARD SERVICES, N.A. [Previously Doe 1], CITIBANK (SOUTH DAKOTA) N.A. [Previously Doe 2], CHASE BANK USA, N.A. [Previously Doe 3]<br><br>　　　　　　Defendants. | **Case No.: CV 07-00726 SI**<br><br>PLAINTIFF'S NOTICE OF OPPOSITION TO DEFENDANT EQUIFAX'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL<br><br>Trial:　　　　July 19, 2010<br>Judgment:　　August 5, 2010<br><br>Hearing Date:  October 5, 2010<br>Cont. Hearing Date: October 25, 2010<br>Time:　　　　9:00 a.m.<br>Courtroom:　　10, 19th Floor<br><br>Judge:　　　The Honorable Susan Illston |

　　　　Plaintiff opposes Defendant Equifax's Renewed Motion for Judgment as a Matter of Law Or, in the Alternative, Motion for New Trial (Dkt. No. 464) and in light of the briefing schedule changes submits this protective interim notice of opposition and intent to subsequently file a memorandum of points and authorities and declaration in opposition to the motion.

　　　　The motion was set for hearing on October 5, 2010 at the same time as the hearing on Plaintiff's motion for attorneys fees.  Counsel for Plaintiff and Defendant Equifax

Drew v. Equifax, et al.
USDC, N.D. Calif No. CV 07-00726 SI

PLAINTIFF'S NOTICE OF OPPOSITION TO DEFENDANT EQUIFAX'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL　　　　　　　　　　　Page i

1 contemplated that Plaintiff's opposition to Defendant's motion would be due on September 16,
2 2010 and stipulated to a two week extension of time until September 30, 2010 for Plaintiff to
3 respond to the motion. (Dkt. 469; with pending proposed order at Dkt. 470). Counsel further
4 stipulated to allow Defendant Equifax additional time to respond to Plaintiff's motion for
5 attorneys fees and that the two motions would continue to be heard on the same date if the
6 hearing date was continued. (Dkt 471; proposed order at Dkt. 472).

7 The Court issued the Proposed Order on Stipulation regarding the motion for
8 attorneys fees and continued the hearing date to October 25, 2010. (Dkt 473). Because the Order
9 does not specifically refer to moving the hearing date regarding Defendants motion for judgment
10 as a matter of law, Plaintiff submits this notice of opposition and notice of the stipulation to
11 extend the briefing schedule in the event the hearing date is not continued and opposition might
12 be construed to be due three weeks prior to the hearing date.

13 Plaintiff's grounds for opposing the motion include that judgment as a matter of
14 law is not warranted with regard to the evidence of Defendant's improper reporting regarding the
15 Chase and Citibank accounts or the liability under the 15 USC 1681i(a)(5)(B), 15 USC
16 1681i(a)(5)(C) and 15 USC 1681i(a)(6) subsections identified by Equifax or for the willfulness
17 conclusion and punitive damages. Contrary to the summary conclusions of the Equifax motion
18 sufficient evidence was presented for such liability. Moreover, the punitive damages were not
19 excessive or disproportionate to the compensatory damages and were warranted in light of the
20 evidence of willfulness and reckless disregard, including the reprehensible and intentional
21 continuing statutory violation policy of Defendant Equifax.

22 Plaintiff's grounds for opposing the alternative motion for new trial include that
23 the listed supposed evidentiary ruling errors were not in fact error and unfairly prejudicial, that
24 even were such evidence precluded there was ample other evidence sufficient to support the jury
25 verdict, that the amendment to conform to proof was warranted and the damages awards were not
26 excessive or unsupported by evidence.

27 Dated: September 14, 2010
                                                                                                                                   _____
28                                                                                                                                     John B. Keating
                                                                                                                                    Attorney for Plaintiff Eric Robert Drew

Drew v. Equifax, et al.
USDC, N.D. Calif No. CV 07-00726 SI

PLAINTIFF'S NOTICE OF OPPOSITION TO DEFENDANT EQUIFAX'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL                          Page ii