1  John B. Keating (SBN 148729)
   2995 Woodside Road, Suite 350
2  Post Office Box 620622
   Woodside, California  94062
3  Telephone:  (650) 851-5900
   Facsimile:   (650) 851-5912
4  E-mail: jbkeating@aol.com

5  Attorney for Plaintiff,
   ERIC ROBERT DREW

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11 ERIC ROBERT DREW,                         )   Case No.: CV 07-00726 SI
                                             )
12              Plaintiff,                   )   [Proposed] ORDER ON
                                             )   STIPULATION AND
13       v.                                  )   APPLICATION TO MODIFY
                                             )   BRIEFING SCHEDULE FOR
14 EQUIFAX INFORMATION SERVICES LLC,         )   MOTION FOR JUDGMENT AS A
   EXPERIAN INFORMATION SOLUTIONS,           )   MATTER OF LAW
15 INC., TRANSUNION LLC, NCAC, BANK OF       )
   AMERICA, FLEET CREDIT CARD SERVICE,       )
16 AT&T UNIVERSAL CARD SERVICES,             )   Trial:         July 19, 2010
   CITIGROUP, BANK ONE CARDMEMBER            )   Judgment:      August 5, 2010
17 SERVICES, FIRST USA BANK, N.A., and       )
   DOES 1-100,                               )   Hearing Date: October 25, 2010
18 and                                       )   Time:          9:00 a.m.
   FIA CARD SERVICES, N.A. [Previously Doe   )   Courtroom:     10, 19th Floor
19 1], CITIBANK (SOUTH DAKOTA) N.A.          )
   [Previously Doe 2], CHASE BANK USA, N.A.  )   Judge:         The Honorable
20 [Previously Doe 3]                        )                  Susan Illston
                                             )
21              Defendants.                  )
   _____ )
22

23

24

25

26

27

28
   _____
   Drew v. Equifax, et al.              [Proposed} ORDER ON STIPULATION AND
   USDC, N.D. Calif No. CV 07-00726 SI  APPLICATION TO MODIFY BRIEFING SCHEDULE
                                        FOR MOTION FOR JUDGMENT AS A MATTER OF
                                        LAW                               Page 1

**ORDER**

The stipulation of the parties and application of Plaintiff having been considered and good cause appearing:

IT IS HEREBY ORDERED THAT the briefing schedule regarding Defendant Equifax's Renewed Motion for Judgment as a Matter of Law Or, in the Alternative, Motion for New Trial (Dkt. No. 464) shall be modified such that Plaintiff may file a revised opposition by Friday, October 8, 2010 and any Reply by Defendant may be filed by Tuesday, October 19, 2010.

IT IS SO ORDERED

Dated: October ____, 2010

_____
The Honorable Susan Illston
United States District Court Judge

Drew v. Equifax, et al.
USDC, N.D. Calif No. CV 07-00726 SI

[Proposed} ORDER ON STIPULATION AND APPLICATION TO MODIFY BRIEFING SCHEDULE FOR MOTION FOR JUDGMENT AS A MATTER OF LAW                                                    Page 2