THOMAS P. QUINN (SBN: 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

S. STEWART HASKINS [Pro Hac Vice]
Georgia Bar No. 336104
J. ANTHONY LOVE [Pro Hac Vice]
Georgia Bar No: 459155
K. ANN BROUSSARD [Pro Hac Vice]
Georgia Bar No: 100142
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: shaskins@KSLAW.com
       tlove@KSLAW.com
       abroussard@KSLAW.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ERIC ROBERT DREW, | **Case No. 3:07-cv-00726-SI** |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT, CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A. and DOES 1-100, | Hearing Date: November 10, 2010<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge: The Honorable Susan Illston |
| Defendants. | |

The stipulation of the parties having been considered, and good cause appearing:

1  IT IS HEREBY ORDERED that the Stipulation for Extension of Time to File Reply Brief
2  is hereby GRANTED.  Equifax has through and including Friday, October 22, 2010, within
3  which to file its reply brief in this matter.
4  IT IS SO ORDERED.

_____
The Honorable Susan J. Illston
United States District Court Judge

**[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Case No: 3:07-cv-00726-SI