UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Time in Court:** 36 mins.

**Judge:** Susan Illston

**Date**: November 12, 2010

**Case No:** C07-726SI

**Case Title**: Eric Drew v. Equifax

**Appearances:**

    For Plaintiff(s): John Keating

    For Defendant(s): Stewart Haskins, J. Anthony Love

**Deputy Clerk**: Susan Imbriani      **Court Reporter**: Joan Columbini

## PROCEEDINGS

1. Defendant's Motion for Judgment as a Matter of Law

MOTION/MATTER: ( X) Taken under submission

Order to be prepared by:      ( ) Plaintiff   ( ) Defendant   ( X) Court

## SUMMARY

    Arguments heard. Matter taken under submission.

    Parties inform the Court that Plaintiff's Motion for Attorney's Fees has been settled.