John B. Keating (SBN148729)
2995 Woodside Road, Suite 350
Post Office Box 620622
Woodside, California 94062
Telephone: (650) 851-5900
Facsimile: (650) 851-5912
E-mail: jbkeating@aol.com

Attorney for Plaintiff,
Eric Robert Drew

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A., and DOES 1-100,<br>and<br>FIA CARD SERVICES, N.A. [Previously Doe 1], CITIBANK (SOUTH DAKOTA) N.A. [Previously Doe 2], CHASE BANK USA, N.A. [Previously Doe 3]<br><br>    Defendants. | Case No.: 3:07-cv-00726 SI<br><br>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT CHASE<br><br>[On remand after issuance of mandate from the United States Court of Appeal for the Ninth Circuit Case No. 11-15008]<br><br>Trial: July 19, 2010<br>Judgment: August 5, 2010<br>Ctrm: 10, 19th Floor<br><br>Judge: Honorable Susan Illston |

WHEREAS, plaintiff Eric Robert Drew ("Plaintiff") and defendant Chase Bank USA, N.A., successor to First USA Bank, N.A., Bank One, Delaware, N.A., and Chase Manhattan Bank, N.A. ("Chase") have reached a settlement of the claims against Chase in the above-captioned action; and

WHEREAS, the terms of such agreement have been memorialized in a confidential Agreement of Settlement and Release (the "Settlement") resolving all claims as between Plaintiff

Drew v. Equifax, et al.
USDC, N.D. Calif No. CV 07-00726 SI

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT CHASE                                   Page 1

1 | and Chase, including any claims for costs or attorneys fees arising from this action or the appeal.

2 | NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and
3 | Chase through their respective counsel as follows:

4 | 1. All claims and causes of action alleged against Chase in the above-captioned
5 | action shall be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil
6 | Procedure 41(a)(2);

7 | 2. Plaintiff and Chase shall bear their own costs and attorneys' fees in regard to the
8 | above-captioned action and appeal as to the claims between Plaintiff and Chase.

Dated: October 10, 2012

/s/
John B. Keating
Attorney for Plaintiff Eric Robert Drew

Dated: ~~October~~ Nov 27, 2012

/s/
George G. Weickhardt
Susan H. Handelman
ROPERS, MAJESKI, KOHN & BENTLEY, P.C.
Attorneys for Defendant Chase Bank USA, N.A.

ORDER

IT IS SO ORDERED.

Dated: October _____, 2012

The Honorable Susan Illston
Judge of the United States District Court

Drew v. Equifax, et al.
USDC, N.D. Calif No. CV 07-00726 SI

STIPULATION AND ORDER TO DISMISS WITH
PREJUDICE ALL CLAIMS AGAINST
DEFENDANT CHASE                                    Page 2