1  John B. Keating (SBN148729)
   2995 Woodside Road, Suite 350
2  Post Office Box 620622
   Woodside, California 94062
3  Telephone: (650) 851-5900
   Facsimile: (650) 851-5912
4  E-mail: jbkeating@aol.com

5  Attorney for Plaintiff,
   Eric Robert Drew

6

7                          UNITED STATES DISTRICT COURT

8                         NORTHERN DISTRICT OF CALIFORNIA

9                              SAN FRANCISCO DIVISION

10

11 | ERIC ROBERT DREW,                          )  Case No.: 3:07-cv-00726 SI
                                                )
12 |         Plaintiff,                         )  STIPULATION AND ORDER TO
                                                )  DISMISS WITH PREJUDICE
13 |    v.                                      )  ALL CLAIMS AGAINST
                                                )  DEFENDANT CHASE
14 | EQUIFAX INFORMATION SERVICES LLC,          )
   | EXPERIAN INFORMATION SOLUTIONS,            )  [On remand after issuance of
15 | INC., TRANSUNION LLC, NCAC, BANK OF        )  mandate from the United States
   | AMERICA, FLEET CREDIT CARD SERVICE,        )  Court of Appeal for the Ninth
16 | AT&T UNIVERSAL CARD SERVICES,              )  Circuit Case No. 11-15008]
   | CITIGROUP, BANK ONE CARDMEMBER             )
17 | SERVICES, FIRST USA BANK, N.A., and        )  Trial: July 19, 2010
   | DOES 1-100,                                )  Judgment: August 5, 2010
18 | and                                        )  Ctrm: 10, 19th Floor
   | FIA CARD SERVICES, N.A. [Previously Doe    )
19 | 1], CITIBANK (SOUTH DAKOTA) N.A.           )  Judge: Honorable Susan Illston
   | [Previously Doe 2], CHASE BANK USA, N.A.   )
20 | [Previously Doe 3]                         )
                                                )
21 |         Defendants.                        )
                                                )

22

23         WHEREAS, plaintiff Eric Robert Drew ("Plaintiff") and defendant Chase Bank USA,

24  N.A., successor to First USA Bank, N.A., Bank One, Delaware, N.A., and Chase Manhattan

25  Bank, N.A. ("Chase") have reached a settlement of the claims against Chase in the

26  above-captioned action; and

27         WHEREAS, the terms of such agreement have been memorialized in a confidential

28  Agreement of Settlement and Release (the "Settlement") resolving all claims as between Plaintiff

---

Drew v. Equifax, et al.                STIPULATION AND ORDER TO DISMISS WITH
USDC, N.D. Calif No. CV 07-00726 SI    PREJUDICE ALL CLAIMS AGAINST
                                       DEFENDANT CHASE                        Page 1

and Chase, including any claims for costs or attorneys fees arising from this action or the appeal.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Chase through their respective counsel as follows:

1. All claims and causes of action alleged against Chase in the above-captioned action shall be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);

2. Plaintiff and Chase shall bear their own costs and attorneys' fees in regard to the above-captioned action and appeal as to the claims between Plaintiff and Chase.

Dated: October 10, 2012

/s/
John B. Keating
Attorney for Plaintiff Eric Robert Drew

Dated: Nov 27, 2012

/s/
George G. Weickhardt
Susan H. Handelman
ROPERS, MAJESKI, KOHN & BENTLEY, P.C.
Attorneys for Defendant Chase Bank USA, N.A.

ORDER

IT IS SO ORDERED.

Dated: ~~October~~ November 27, 2012

The Honorable Susan Illston
Judge of the United States District Court

---

Drew v. Equifax, et al.
USDC, N.D. Calif No. CV 07-00726 SI

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT CHASE

Page 2