John B. Keating (SBN148729)
2995 Woodside Road, Suite 350
Post Office Box 620622
Woodside, California 94062
Telephone: (650) 851-5900
Facsimile: (650) 851-5912
E-mail: jbkeating@aol.com

Attorney for Plaintiff,
Eric Robert Drew

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC ROBERT DREW,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, NCAC, BANK OF AMERICA, FLEET CREDIT CARD SERVICE, AT&T UNIVERSAL CARD SERVICES, CITIGROUP, BANK ONE CARDMEMBER SERVICES, FIRST USA BANK, N.A., and DOES 1-100,<br>and<br>FIA CARD SERVICES, N.A. [Previously Doe 1], CITIBANK (SOUTH DAKOTA) N.A. [Previously Doe 2], CHASE BANK USA, N.A. [Previously Doe 3]<br><br>    Defendants. | Case No.: 3:07-cv-00726 SI<br><br>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT FIA<br><br>[On remand after issuance of mandate from the United States Court of Appeal for the Ninth Circuit Case No. 11-15008]<br><br>Trial: July 19, 2010<br>Judgment: August 5, 2010<br>Ctrm: 10, 19th Floor<br><br>Judge: Honorable Susan Illston |

WHEREAS, plaintiff Eric Robert Drew ("Plaintiff") and defendant FIA Card Services, N.A., successor-in-interest to Bank of America, N.A., and Fleet Credit Card Services, ("FIA") have reached a settlement of the claims against FIA in the above-captioned action; and

WHEREAS, the terms of such agreement have been memorialized in a confidential Agreement of Settlement and Release (the "Settlement") resolving all claims as between Plaintiff and FIA, including any claims for costs or attorneys fees arising from this action or the appeal.

Drew v. Equifax, et al.
USDC, N.D. Calif No. CV 07-00726 SI

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT FIA

Page 1

1     NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and FIA through their respective counsel as follows:

2     1.    All claims and causes of action alleged against FIA in the above-captioned action shall be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

2.    Plaintiff and FIA shall bear their own costs and attorneys' fees in regard to the above-captioned action and appeal as to the claims between Plaintiff and FIA.

Dated: ~~October~~ November 30, 2012

/s/
John B. Keating
Attorney for Plaintiff Eric Robert Drew

Dated: October 11, 2012

/s/
Terry B. Bates
REED SMITH LLP
Attorneys for Defendant FIA Card Services, N.A., successor-in-interest to Bank of America, N.A., and Fleet Credit Card Services

<u>ORDER</u>

IT IS SO ORDERED.

Dated: October _____, 2012

_____
The Honorable Susan Illston
Judge of the United States District Court

---

Drew v. Equifax, et al.
USDC, N.D. Calif No. CV 07-00726 SI

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT FIA

Page 2